**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eagle Valley Development, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-4100604** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13413 Galleria Circle, Suite Q-100 Austin, TX 78738** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Travis** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.eaglevalleyenergy.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **Eagle Valley Development, LLC**                                    Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2131**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

Debtor  **Eagle Valley Development, LLC**                                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                                    Relationship  _____

District  _____  When  _____  Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

| **Statistical and administrative information** |

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Eagle Valley Development, LLC**                                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Eagle Valley Development, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2023**
                      MM / DD / YYYY

**X** **/s/ Gary Barton**                                        **Gary Barton**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ Tom A. Howley**                          Date   **January 27, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Tom A. Howley**
Printed name

**Howley Law PLLC**
Firm name
**Pennzoil Place - South Tower**
**711 Louisiana Street, Ste. 1850**
**Houston, TX 77002**

Number, Street, City, State & ZIP Code

Contact phone   **(713) 333-9125**        Email address   **tom@howley-law.com**

**24010115 TX**
Bar number and State

Debtor  **Eagle Valley Development, LLC**                                   Case number (*if known*) _____
        Name

| Fill in this information to identify your case: |
| :--- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (*if known*) _____    Chapter  __11__

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| Debtor | **Eagle Valley Energy Partners, LLC** | | | Relationship to you | | **Affiliate Entity** |
| District | **Western District of Texas** | When | 01/27/2023 | Case number, if known | | 23-10034 |
| Debtor | **Eagle Valley Minerals, LLC** | | | Relationship to you | | **Affiliated Entity** |
| District | **Western District of Texas** | When | 01/27/2023 | Case number, if known | | |
| Debtor | **Eyrie Holdings, LLC** | | | Relationship to you | | **Affiliated Entity** |
| District | **Western District of Texas** | When | 01/27/2023 | Case number, if known | | |
| Debtor | **Eyrie Mineral Holdings, LP** | | | Relationship to you | | **Affiliated Entity** |
| District | **Western District of Texas** | When | 01/27/2023 | Case number, if known | | |

## OMNIBUS WRITTEN CONSENT OF THE (I) BOARD OF MANAGERS
## AND MANAGEMENT OF EAGLE VALLEY ENERGY PARTNERS, LLC AND (II) THE
## SOLE MEMBER AND GENERAL PARTNER OF ITS SUBSIDIARIES

### Dated effective January 25, 2023

The undersigned, being (i) the members of the Board of Managers (the "*Board*") of Eagle Valley Energy Partners, LLC ("*EVEP*"), (ii) senior management ("*Management*") of EVEP, (iii) EVEP, as the sole member (the "*Sole Member*") of each of Eagle Valley Minerals, LLC ("*EVM*"), Eyrie Holdings, LLC ("*EH*"), and Eagle Valley Development, LLC ("*EVD*"), and (iv) EVM, as the general partner (the "*General Partner*") of Eyrie Mineral Holdings, LP ("*EMH*" and, together with EVM, EH, and EVD, the "*Subsidiaries*" and, together with EVEP, the "*Company*") each hereby consent to the following actions and adopt the following resolutions with respect to EVEP and each of the Subsidiaries in lieu of a meeting, effective as of the date hereof.

WHEREAS, the Board, Management, the Sole Member, and the General Partner have reviewed (i) the historical performance of the Company, (ii) the recent arbitration award to Halliburton Energy Services, Inc., (iii) the Company's current operations, (iv) the Company's current liquidity and capital needs and (v) the current and long-term liabilities of the Company; and

WHEREAS, the Company is unable to obtain financing from any sources commensurate with the prepetition secured loan, debtor in possession financing, and exit financing being offered by AB Eagle Holdings, LLC, a Delaware limited liability company ("*Lender*");

WHEREAS, after consultation with counsel to the Company, Management has recommended to the Board, the Sole Member, and the General Partner that the Company file chapter 11 cases and obtain financing from Lender to protect the assets and properties of the Company and to preserve the value of the Company for the benefit of their creditors, stockholders and other interested parties and have requested the approval of the Board to make such filing;

WHEREAS, the Board, the Sole Member, and the General Partner have reviewed and considered the materials presented by Management and the Company's legal advisors regarding the liabilities and liquidity of the Company, the alternatives available to it, and the impact of the foregoing on the Company's business;

WHEREAS, the Board, the Sole Member, and the General Partner have had the opportunity to consult with Management and the Company's legal advisors and fully consider each of the alternatives available to the Company;

WHEREAS, the Company has retained Gary Barton of Riveron Management Services, LLC ("*Riveron*") to serve as Chief Restructuring Officer for the Company, subject to the terms and conditions of the retainer letter dated December 15, 2022.

Filing and Prosecution of Chapter 11 Cases

RESOLVED, that EVEP and each Subsidiary file or cause to be filed voluntary petitions (the "***Chapter 11 Petitions***") seeking relief (the "***Chapter 11 Cases***") under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"); and it is further

RESOLVED, that, in connection with the commencement of the Chapter 11 Cases, each of the executive officers of the Company, including the Chief Restructuring Officer ( (collectively, the "***Authorized Officers***") is authorized and directed to seek approval of an order or orders authorizing the incurrence of postpetition debtor-in-possession financing from the Lender, and any Authorized Signatory be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement such orders, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 Cases, which agreement(s) may require the Company to grant liens to the Lender and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval; provided, however, that the following members of the Board have abstained from voting on this resolution: Michael Land, Cody Richards, and Petter Stensland; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized and directed to execute and verify the Chapter 11 Petitions and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas (the "***Bankruptcy Court***"), in such form and at such time as such Authorized Officer(s) shall determine; and it is further

RESOLVED, that the form, terms and provisions of the plan of reorganization are hereby authorized and approved, and that the Authorized Officers be, and each of them hereby is, authorized and directed, for and in the name and on behalf of the Company, to cause to be filed with the Bankruptcy Court (or direct others to do so on behalf of the Company as provided herein) such documents together with the Chapter 11 Petitions, or at such time as is reasonably practicable after the filing of the Chapter 11 Petitions; and it is further

RESOLVED, that all first day motions, as may be determined to be advisable by Management and/or the Chief Restructuring Officer, are hereby authorized and approved, and the Authorized Officers be, and each of them hereby is, authorized and directed, for and in the name and on behalf of the Company, to cause to be filed with the Bankruptcy Court (or direct others to do so on behalf of the Company as provided herein) such motions together with the Chapter 11 Petitions, or at such time as is reasonably practicable after the filing of the Chapter 11 Petitions; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct other to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, motions for use of cash collateral, financing agreements and security agreements and related documents, stipulations as needed under all sections of the Bankruptcy Code, a plan of reorganization and other papers in connection with the chapter 11 cases; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Company is authorized, empowered and directed to retain the law firm of Howley Law PLLC ("*Howley Law*") as bankruptcy counsel to represent and assist the Company and its Subsidiaries in carrying out their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiaries' rights in connection therewith, and the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Howley Law; and it is further

RESOLVED, that the Chief Restructuring Officer is authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Chief Restructuring Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 cases, including, but not limited to post-petition financing, a sale of the Company's and Subsidiaries' assets, the development, filing and prosecution to confirmation of a chapter 11 plan; and it is further

RESOLVED, that any and all actions heretofore taken by the Company or Chief Restructuring Officer in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and it is further

<u>General Authorizing Resolutions for Chapter 11</u>

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Company, under the corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized acts, transactions or agreements undertaken prior to the adoption of these resolutions by any officer of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer of the affixing of any seal of the Company; and it is further

Omnibus Resolutions

RESOLVED, that any of the Authorized Officers be, and each of them hereby is, authorized (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses and (iii) to take such other actions, in the name and on behalf of the Company, as each such officer, in his or her discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts shall be conclusive evidence of the approval of the Board thereof and all matters relating thereto; and it is further

RESOLVED, that all actions heretofore taken by the officers and directors of the Company with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed.

IN WITNESS HEREOF, and subject to the abstentions noted herein, the undersigned execute this written consent to be effective as of January 25, 2023.

**[Signature Pages Follow}**

**BOARD OF MANAGERS**

_____
Petter Stensland

_____
Cody Richards

_____
Michael Land

_____
Matthew J. Telfer

_____
Jonathan J. Nash

**[Signatures Continue on Next Page]**

**BOARD OF MANAGERS**

_____

Petter Stensland

_____

Cody Richards

_____

Michael Land

_____

Matthew J. Telfer

_____

Jonathan J. Nash

**[Signatures Continue on Next Page]**

**BOARD OF MANAGERS**

_____

Petter Stensland


_____

Cody Richards


_____

Michael Land


_____

Matthew J. Telfer


_____

Jonathan J. Nash


**[Signatures Continue on Next Page]**

**BOARD OF MANAGERS**

_____
Petter Stensland

_____
Cody Richards

_____
Michael Land

_____
Matthew J. Telfer

_____
Jonathan J. Nash

**[Signatures Continue on Next Page]**

*ACTIVE 684420563v2*

_____

Petter Stensland


_____

Cody Richards


_____

Michael Land


_____

Matthew J. Telfer


_____

Jonathan J. Nash

**[Signatures Continue on Next Page]**

**EAGLE VALLEY ENERGY PARTNERS, LLC,** on behalf of itself and as Sole Member of each of Eagle Valley Minerals, LLC, Eyrie Holdings, LLC, and Eagle Valley Development, LLC

By: _____
Name: MATTHEW J. TELFER
Title: CHIEF EXECUTIVE OFFICER

**[Signatures Continue on Next Page]**

**EAGLE VALLEY MINERALS, LLC**, as General Partner of Eyrie Mineral Holdings, LP

By: Eagle Valley Energy Partners, LLC
Its: Sole Member

By: _____
Name:
Title:  MATTHEW J. TREFER
        CHIEF EXECUTIVE OFFICER

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors")[1], with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 1007 and 1009 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Western District of Texas (the "Local Rules").

The Debtors submit these *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements of Financial Affairs* (the "Global Notes"), which pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor (if such statements are prepared). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, includes: Eagle Valley Energy Partners, LLC (5181); Eagle Valley Development, LLC (0604); Eyrie Mineral Holdings, LP (7804); Eagle Valley Minerals, LLC (3790); and Eyrie Holdings, LLC (3103). The location of Debtor Eagle Valley Energy Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 13413 Galleria Circle, #Q-100, Austin, TX 78738

(including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

**Gary Barton,** Chief Restructuring Officer, has signed each of the Schedules and Statements. Mr. Barton is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Barton necessarily has relied upon the efforts, statements, and representations of various personnel involved in the Debtors' businesses and their advisors as well as Debtors' books and records. Mr. Barton has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

**Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

**Description of Cases and "As of" Information Date.** On **(date)** (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset and liability information provided herein represents the asset and liability data of the Debtors as of October 31, 2022 except as otherwise noted.**

To timely close the books and records of the Debtors as of October 31, 2022 the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, as well as reported revenues and expenses. Actual amounts could differ, including with respect to claims that have been satisfied or otherwise resolved since the October 31, 2022 (including with respect to payments authorized by the Bankruptcy Court), and the Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenues and expenses to reflect changes in those estimates and assumptions.

**Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Thus, the Debtors reserve all rights, but shall not be required to, to amend or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

**Basis of Presentation.** For financial reporting purposes, the Debtors historically prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a nonconsolidated basis. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or at any time prior to the Petition Date.

**Accounts Payable and Disbursement System.** The Debtors utilize a cash management payable and disbursement system in their day-to-day operations, the effect of which, in part, is that certain accounts payable and or payment detail may not be readily available on a legal entity basis. Although reasonable efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve their right to modify or amend the Schedules and Statements to attribute such payable to a different legal entity, if appropriate. Payments made are listed by the entity making such payment, notwithstanding that certain of such payments may have been made on behalf of another entity.

**Intercompany Claims and Transfers.** Receivables and payables among the Debtors in these cases (each an "Intercompany Receivable" or "Intercompany Payable") are reported in the Schedules. To the extent that a Debtor owes an Intercompany Payable, it is reported on Schedule E/F as a claim of such Debtor. To the extent a Debtor has an Intercompany Receivable, it is reported on Schedule A/B as an asset of such Debtor. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the Schedules and Statements, including, but not limited to, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors.

3

The Debtors have listed all Intercompany Payables as unsecured nonpriority claims on Schedule E/F for each applicable Debtor, but reserve their rights to later change the characterization, classification, categorization, or designation of such claims.

**Confidential or Sensitive Information.**  There may be instances in which certain information in the Schedules and Statements has been redacted intentionally due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. Any redactions will be limited to only what is necessary to protect the Debtors or third party and Debtors will provide interested parties with sufficient information to discern the nature of the listing.

**Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**Current Market Value and Net Book Value.**  In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtors. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily ascertainable. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book values rather than current market values and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, at sometimes materially, from net book value. Additionally, the amount of certain assets and liabilities may be "undetermined," and/or "unknown" and, thus, ultimate assets and liabilities may differ materially from those stated in the Schedules and Statements.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date or that any creditor was secured or unsecured.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections, recoupments, and/or setoffs with respect to the same.

4

**Real Property and Personal Property–Leased.** In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other real property interests and equipment from third-party lessors for use in the daily operation of their businesses. Any known pre-petition obligations of the Debtors pursuant to the same have been listed on Schedule E/F. The underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state law, on Schedule A/B. However, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

**Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Excluded Assets and Liabilities**. The Debtors may have excluded certain categories of unliquidated assets and liabilities from the Schedules and Statements, including, without limitation, certain accruals, goodwill, de minimis deposits, certain prepaid expenses, accrued liabilities, including, without limitation, tax accruals, and accrued accounts payable, and rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

**The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. Prepetition liabilities which have been paid postpetition or those which the Debtors plan to pay via this authorization may have been excluded from the Schedules and Statements.**

**Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, does not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority

5

of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend <u>Schedule G.</u>

Moreover, the Debtors may not set forth all executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.

**Umbrella or Master Service Agreements.**  Contracts listed in the Schedules and Statements may be umbrella or master service agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. These master service agreements may have been listed in Schedule G, but do not reflect any decision by the Debtor as to whether or not such agreements are executory in nature.

**Classification.** Listing a: (i) Claim on <u>Schedule D</u> as "secured," (ii) Claim on <u>Schedule E</u> as "priority," (iii) Claim on <u>Schedule F</u> as "unsecured priority," or (iv) contract or lease on <u>Schedule G</u> as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. In addition, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize or redesignate Claims, assets, liabilities, executory contracts, unexpired leases and other items reported in the Schedules and Statements at a later time, as necessary or appropriate, as additional information becomes available.

**Causes of Action**.  Despite their best efforts to identify all known assets, the Debtors may not have set forth in the Schedules and Statements all of their filed or potential claims and causes of actions against, and potential recoveries from, third parties or the values of any such claims. The Debtors reserve all rights to assert any and all such claims and causes of action, whether or not listed in the Schedules and Statements, and nothing contained in these Global Notes, the Schedules or Statements shall constitute a waiver of any such claims or causes of action, or in any way prejudice or impair the assertion of such claims or causes of action.

**Claims Description.**  Any failure to designate a Claim on the Schedules as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" and/or "unliquidated." The Debtors reserve their rights to: (i) dispute, or assert offsets or defenses to, any Claim reflected on the Schedules on any grounds, including, but not limited to, amount, liability, priority, status, description or classification, or (ii) amend the Schedules to add one or more of the above-referenced designations to any Claim.

Claim amounts that could not be readily quantified by the Debtors are scheduled as "undetermined", "unknown" or "unliquidated." The description of an amount as such is not intended to reflect upon the materiality of such amount.

**Guarantees and Other Secondary Liability Claims.**  The Debtors have used their reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtors' review of their contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees. The Debtors have placed Guarantee obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Such Guarantees were additionally placed on Schedule D or Schedule E/F, as appropriate, for each guarantor, except to the extent that such Guarantee is associated with obligations under an executory contract or unexpired lease identified on Schedule G. Further, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right, but shall not be required, to amend the Schedules and Statements to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

**Totals.**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtors' books and records. To the extent that there are undetermined or unknown amounts, and to the extent that the Debtors made post-petition payments on prepetition claims pursuant to the First Day Orders or other order of the Bankruptcy Court, the actual total may be different from the listed total.

**Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Intercompany Transactions.**  In the ordinary course of business, the Debtors engage in routine business relationships with each other (the "Intercompany Transactions") resulting in intercompany receivables and payables (the "Intercompany Claims"), which are described more fully in the Debtors' first day cash management motion. Any intercompany receivables or payables that would result from such activity are included on Schedule B as an asset or on Schedule F as a liability.  The Statements in Part 2 (Transfers) do not address those transactions which are reflected as book entries in Debtors' financials.

**Setoffs**.  The Debtors periodically incur certain setoffs or recoupments in the ordinary course of business. Setoffs and recoupments in the ordinary course can result from various items including, but not limited to, transportation and marketing costs, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes or agreements between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly

for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

**Specific Notes.** These Global Notes are in addition to the specific notes set forth below. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

**Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**Fiscal Year.** Each Debtor's fiscal year ends on December 31, 2022.

**Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### Schedule A/B: Assets – Real and Personal Property.

**Personal Property**. Personal property owned by any of the Debtors is listed in the Schedule A/B for that individual Debtor.

Part 1: Cash and cash equivalents. The cash values held in the financial accounts listed on Schedule A/B are all as of January 13, 2023.

Part 2: Deposits and Prepayments. The Debtors maintain certain insurance policies and other prepaid related expenses. The Debtors have identified the related prepaid amounts for these matters.

Part 3: Accounts Receivable. The account receivable balances for Joint Interest Billings, Joint Interest Billings Gross, Joint Interest Billings Clearing and Joint Interest Billings Cash Calls, have all been reflected as one entry and netted against each other.

8

Part 8: Machinery, equipment, and vehicles. There may be certain machinery and equipment assets for which the value is included in Part 9: Real Property or certain assets with a net book value of zero which are not set forth on in Part 8: Machinery, equipment, and vehicles.

Part 9: Real Property. The Debtors interest in certain oil and gas wells, a salt water disposal well, mineral rights, overriding royalty interests as well as active term leases and leases held by production are reflected on Part 9. Note that the Debtors only own the percentage of lease as reflected in the county that the lease was recorded. The Debtors have not made any determination as to the percentage ownership reflected in these schedules.

Part 10: Intangibles and intellectual property. The Debtors own certain URLs and other intellectual property that have little to no cash value and may not have included all of them in their response to Schedule A/B.

Part 11: All other assets, Item 72. The Debtors are members of an affiliated group of corporations that file a consolidated U.S. federal income tax return.

**Schedule D – Creditors Holding Secured Claims.** The values listed on Schedule D are all as of the petition date. Additionally, except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is, or becomes, final, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.

The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions in Schedule D are intended to be only a summary. Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

Real property lessors, utility companies, and other parties that may hold security deposits may not have been listed on Schedule D. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights; deposits posted by, or on behalf of, the Debtors; or inchoate statutory liens rights.

**Schedule E/F – Creditors Who Have Unsecured Claims.** The values listed on Schedule E/F are as of the petition date or unknown.

Part 1: List All Creditors with Priority Unsecured Claims. Listing a claim on Schedule E/F as "unsecured priority" does not constitute an admission by the Debtors of the legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under Bankruptcy Code section 507 thereby constituting an unsecured nonpriority claim.

The claims listed on Schedule E/F arose, or were incurred on, various dates and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, however, appear to have arisen, or to have been incurred, on or before the Petition Date.

Part 2: List All Creditors with Nonpriority Unsecured Claims. Pursuant to certain First Day Orders, the Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims, such as interest holder claims and severance claims. Although not all claims previously paid pursuant to a First Day Order will be listed in the Schedules and Statements, certain of these claims that have been paid may appear in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent that such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as necessary and appropriate.

Listing a claim on Schedule E/F as "unsecured nonpriority" does not constitute an admission by the Debtors of any legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule E/F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule E/F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule E/F is not subject to setoff or dispute any claim to such setoff.

The Debtors have attempted to relate all liabilities to the applicable Debtor. However, due to the related nature of the Debtors' businesses, debts of one Debtor may be inadvertently listed on the Schedules of another. Readers of the Schedules should review all of the Debtors' Schedules for a complete understanding of the unsecured debts of the Debtors.

The Debtors may have certain rights of setoff and/or recoupment with respect to the claims set forth on Schedule E/F. Likewise, creditors may assert similar rights and Debtors reserve all rights to challenge such setoff and/or recoupment rights asserted. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as

required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed on Schedule E/F arose, or were incurred, on various dates, and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts, agreements, and leases listed on Schedule G are hereby reserved and preserved. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.

The Debtors may have included certain interests in real or personal property and other interests on Schedule G. The placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any agreement listed on Schedule G does not constitute an executory contract within the meaning of Bankruptcy Code section 365.

The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as surety bond agreements, letters of credit, indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth in Schedule G. Moreover, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters or other documents, instruments, and agreements that may not be listed on Schedule G. Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory or unexpired.

Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations may not be set forth on Schedule G.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of these agreements or any other agreements on Schedule G does not constitute an admission that any such agreement is an executory contract

11

or unexpired lease.

The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule. Further, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such agreements, if any, may not be set forth in Schedule G.

The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G. However, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases. Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity, which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. Additionally, certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.

**Schedule H: Your Codebtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

## SPECIFIC DISCLOSURES RELATED TO THE DEBTORS' STATEMENTS

**Part 2: Questions 3 & 4.**  These disbursements were made from the bank account of the relevant Debtors.  The <u>disbursements</u> provided herein represent data as of January 13, 2023. It is possible that some of those disbursements may have been for the benefit of the other Debtors and appropriate Intercompany Transactions may have been recorded in the Debtors' books and records reflecting such transactions.

All amounts that remain outstanding to any creditor listed on Part 2: Questions 3 & 4 are reflected on Schedules D, E, and F, as applicable. Any creditor wishing to verify any outstanding indebtedness should review those schedules.

Certain intercompany transactions may be accounted for through transfers of cash to and from appropriate bank accounts in and out of the Debtors' cash management system after certain adjustments are made to intercompany accounts receivable and accounts payable among the Debtors.  These payments and transactions have not been listed.  However, readers of the Schedules and Statements wishing to verify any outstanding Intercompany Payables and Intercompany Receivables should refer to Schedule A/B and Schedule E/F, as applicable.

The listing of a party as an "insider" throughout the Statement and Schedules is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim right, or defense, and all such rights, claims and defenses are hereby expressly reserved.

The Debtors' response includes payments made to such creditors who are or were insiders only to the extent that such payments were made during the time in which the creditor was an insider and only in that creditor's capacity as an insider.

**Part 2: Question 6**.  The Debtors routinely incur setoffs and netting of payments during the ordinary course of their business. Setoffs and nettings in the ordinary course can result from various items including transportation and marketing costs, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, and other transaction true-ups. These normal setoffs and nettings are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all normal set-offs.  Therefore, normal setoffs and nettings are excluded from the Debtors' responses.

13

**Fill in this information to identify the case:**

Debtor name     **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2023**          X **/s/ Gary Barton**
                                                        Signature of individual signing on behalf of debtor

                                              **Gary Barton**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Eagle Valley Development, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **6684 ENERGY HOLDINGS LLC ATTN: MARTIN WHITE 104 DECKER COURT STE 300 IRVING, TX 75062** | | **Petty Suspense Payable** | | | | $0.00 |
| **A. R. DILLARD INC. P.O. BOX 8206 WICHITA FALLS, TX 76107** | | **Other Suspense Payables** | | | | $0.00 |
| **A. R. DILLARD INC. P.O. BOX 8206 WICHITA FALLS, TX 76107** | | **Revenue Payable** | | | | $0.00 |
| **A.T. JONES** | | **Other Suspense Payable** | | | | $0.00 |
| **ADVANCE HYDROCARBON CORP 10343 Sam Houston Park Drive Suite 325 HOUSTON, TX 77064** | | **Trade Payable** | | | | $0.00 |
| **AGATHA BUSA Box 26, Hwy 30 East ROANS PRARIE, TX 77875** | | **Other Suspense Payable** | | | | $0.00 |
| **AIMEE REDDING 23825 112 St TREVOR, WI 53179** | | **Petty Suspense Payable** | | | | $0.00 |
| **AKIN GUMP STRAUSS HAUER & FELD LLP 2300 N. Field St Suite 1800 DALLAS, TX 75201** | | **Trade Payable** | **Disputed** | | | $0.00 |

Debtor  **Eagle Valley Development, LLC**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALBERT WEATHERLY RECEIVER IN CAUSE C1934764 c/o DISTRICT CLERK NACOG. CO. 101 W Main, Suite 120 NACOGDOCHES, TX 75961 | | Other Suspense Payable | | | | $0.00 |
| ALICE FAYE WATSON 9401 SHADY BLUFF DR BATON ROUGE, LA 70818-4530 | | Other Suspense Payable | | | | $0.00 |
| ALISON IRBY 109 Kalis Cove BUDA, TX 78610 | | Revenue Payable | | | | $0.00 |
| ALTA FAYE SCALES 747 Monterey Blvd Apt #3 SAN FRANCISCO, CA 94127 | | Other Suspense Payable | | | | $0.00 |
| ALTA FAYE SCALES 747 Monterey Blvd Apt #3 SAN FRANCISCO, CA 94127 | | Other Suspense Payable | | | | $0.00 |
| ALTA FAYE SCALES 747 Monterey Blvd Apt #3 SAN FRANCISCO, CA 94127 | | Other Suspense Payable | | | | $0.00 |
| AMA LYNN MCKINNEY 179 PENNSYLVANIA AVE SHREVEPORT, LA 71105 | | Revenue Payable | | | | $0.00 |
| AMANDA LOVING-GIBBARD 250 Columbine Street #314 DENVER, CO 80206 | | Revenue Payable | | | | $0.00 |

Debtor **Eagle Valley Development, LLC** _____  Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMBER BERRY 43455 Huron St LANCASTER, CA 93535-5527** | | **Other Suspense Payable** | | | | **$0.00** |
| **AMY SQUYRES 2110 WEBSTER ST LIBERTY, TX 77575** | | **Petty Suspense Payable** | | | | **$0.00** |
| **ANDREW TYREE BESING** | | **Other Suspense Payable** | | | | **$0.00** |
| **Halliburton Energy Services P O Box 301341 DALLAS, TX 75303-1341** | | **Trade Payable** | **Contingent** | | | **$2,832,876.40** |

**Fill in this information to identify the case:**

Debtor name    **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................    $    0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................    $    909,466.75

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................    $    909,466.75

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    830,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    57,312,346.73

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b    $    58,142,346.73

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number *(if known)*

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Operating Account** | **9782** | **$8,389.06** |
| 3.2. | **PNC Bank** | **Revenue Account** | **6107** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **PNC Bank-Certificate of Deposit Operator CD** | **$51,325.73** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$59,714.79**

**Part 2:**  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  **Eagle Valley Development, LLC**                    Case number (If known) _____
        Name

Description, including name of holder of prepayment

8.1.  **Insurance Payment**                                                          $25,909.60

8.2.  **Software License**                                                           $40,317.90

9.  **Total of Part 2.**                                                      | $66,227.50 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:    **116,787.52**    -    **0.00**    = ....    $116,787.52
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **32,367.78**    -    **0.00**    = ....    $32,367.78
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **470,279.99**    -    **0.00**    = ....    $470,279.99
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **280.27**    -    **0.00**    = ....    $280.27
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **59,317.79**    -    **0.00**    = ....    $59,317.79
                         face amount              doubtful or uncollectible accounts

11a. 90 days old or less:    **40,730,740.22**    -    **40,730,740.22**    = ....    $0.00
                         face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    **101,442.17**    -    **0.00**    = ....    $101,442.17
                         face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                      | $780,475.52 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

Debtor **Eagle Valley Development, LLC**                    Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer Hardware** | **$2,236.30** | | **$2,236.30** |
| **Computer Software** | **$812.64** | | **$812.64** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$3,048.94** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

| Debtor | **Eagle Valley Development, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

| 71. | **Notes receivable** Description (include name of obligor) | |
| --- | --- | --- |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Bayou Land & Royalty Co. Payment of Joint Interest Billings** | **Unknown** |

| Nature of claim | **P&A Liability** |
| --- | --- |
| Amount requested | **$31,759.29** |

| | **Citizens Bank Payment of Joint Interest Billings** | **Unknown** |
| --- | --- | --- |

| Nature of claim | **P&A Liability** |
| --- | --- |
| Amount requested | **$79,249.23** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| --- | --- | --- |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor **Eagle Valley Development, LLC**                Case number *(If known)* _____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,714.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,227.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $780,475.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,048.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $909,466.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $909,466.75 |

**Fill in this information to identify the case:**

Debtor name  **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **AB Eagle Holdings, LLC** Creditor's Name | Describe debtor's property that is subject to a lien **Lien on all assets** | **$830,000.00** | **$0.00** |

**1345 Avenue of the Americas**
**New York, NY 10105**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **Burleson County Tax Office** Creditor's Name | Describe debtor's property that is subject to a lien **Wells in Burleson County** | Unknown | Unknown |

**Attn: Jessica Lucero**
**100 West Buck Street**
**Suite 202**
**Caldwell, TX 77836**
Creditor's mailing address

Describe the lien
**Ad Valorem Tax Payable**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Eagle Valley Development, LLC**                          Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

| | |
|---|---|
| ☐ Contingent | |
| ■ Unliquidated | |
| ☐ Disputed | |

---

| 2.3 | **Grimes CAD** |
|---|---|

Creditor's Name

**P. O. Box 489360
Hill Street
Anderson, TX 77830**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          **Unknown**          **Unknown**
**Wells in Grimes County**

_____

**Describe the lien**
**Ad Valorem Tax Payable**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **KRISTEEN ROE, BRAZOS COUNTY TAX A/C** |
|---|---|

Creditor's Name

**4151 County Park Ct
BRYAN, TX 77802**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          **Unknown**          **Unknown**
**Wells located in Brazon County**

_____

**Describe the lien**
**Ad Valorem Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Nacogdoches Central Appraisal District** |
|---|---|

Creditor's Name

**216 W Hospital St
Nacogdoches, TX 75961**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          **Unknown**          **Unknown**
**Wells in Nacogdoches County**

_____

**Describe the lien**
**Ad Valorem Tax Payable**

---

Debtor **Eagle Valley Development, LLC**
Name

Case number (if known) _____

---

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **PNC Bank** | | **Unknown** | **$51,325.73** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**PNC Bank-Certificate of Deposit Operator CD**

**1703 W 5th Street**
**Austin, TX 78703**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Washington County** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Wells in Washington County**

**100 East Main**
**Suite 100**
**Brenham, TX 77833**
Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax Payable**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$830,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Revenue Accounting Div- BK Section**
**P.O. Box 12548, MC-008**
**Austin, TX 78711**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Taxes**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Eagle Valley Development, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Workforce Commission**
**TWC Building - Regulatory**
**Integrity Div.**
**101 East 15th Street**
**Austin, TX 78778**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**6684 ENERGY HOLDINGS LLC**
**ATTN: MARTIN WHITE**
**104 DECKER COURT STE 300**
**IRVING, TX 75062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A. R. DILLARD INC.**
**P.O. BOX 8206**
**WICHITA FALLS, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Other Suspense Payables

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A. R. DILLARD INC.**
**P.O. BOX 8206**
**WICHITA FALLS, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A.T. JONES**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADVANCE HYDROCARBON CORP**
**10343 Sam Houston Park Drive**
**Suite 325**
**HOUSTON, TX 77064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Eagle Valley Development, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AGATHA BUSA**
**Box 26, Hwy 30 East**
**ROANS PRARIE, TX 77875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AIMEE REDDING**
**23825 112 St**
**TREVOR, WI 53179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**2300 N. Field St**
**Suite 1800**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALBERT WEATHERLY**
**RECEIVER IN CAUSE C1934764**
**c/o DISTRICT CLERK NACOG. CO.**
**101 W Main, Suite 120**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALICE FAYE WATSON**
**9401 SHADY BLUFF DR**
**BATON ROUGE, LA 70818-4530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALISON IRBY**
**109 Kalis Cove**
**BUDA, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALTA FAYE SCALES**
**747 Monterey Blvd**
**Apt #3**
**SAN FRANCISCO, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALTA FAYE SCALES**
**747 Monterey Blvd**
**Apt #3**
**SAN FRANCISCO, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ALTA FAYE SCALES**
**747 Monterey Blvd**
**Apt #3**
**SAN FRANCISCO, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AMA LYNN MCKINNEY**
**179 PENNSYLVANIA AVE**
**SHREVEPORT, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AMANDA LOVING-GIBBARD**
**250 Columbine Street**
**#314**
**DENVER, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AMBER BERRY**
**43455 Huron St**
**LANCASTER, CA 93535-5527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**AMY SQUYRES**
**2110 WEBSTER ST**
**LIBERTY, TX 77575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ANDREW TYREE BESING**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                    Case number (if known) _____
        Name

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGELA CHRISTINE GROFF**
**16204 Mones Lane**
**LEANDER, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGELA P WEBB**
**576 County Rd 330**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANN & ROBERT LURIE**
**Children's Hospital of Chicago**
**225 E Chicago Ave**
**CHICAGO, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANN BAILEY GONZALEZ**
**31 Columbia Crest Place**
**SPRING, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANN HUGHES CARTER**
**49 Smith Ridge Road**
**CHARLOTTE, ME 04666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANNE ASHBURN LEAZER**
**2608 Ingram Rd**
**SACHSE, TX 75048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANNE H PIPER**
**6307 Whitmar Place N**
**MEMPHIS, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                          Case number (if known) _____

Name

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ANNE KREBS JOHNSON**
**846 Binbrook Dr**
**MESQUITE, TX 75149-8806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ANNE KREBS JOHNSON**
**846 Binbrook Dr**
**MESQUITE, TX 75149-8806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ANNE S YOUNGBLOOD**
**126 Verano Loop RR#3**
**Santa Fe, NM 87508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ANNIE LEE PRESCOTT, LIFE ESTATE,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ANNIE LEE PRESCOTT, LIFE ESTATE,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**APACHE CORP**
**2000 Post Oak Blvd., 3rd Fl.**
**Attn: Expenditure Acct**
**DALLAS, TX 75284-0133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ARDITH ARNOLD**
**557 Island View Dr**
**CAMANO ISLAND, WA 98282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**ARETE MINERAL HOLDINGS LLC**
**3334 W Main St #235**
**NORMAN, OK 73072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**ARLENE BROWN**
**16 Pine Brook**
**LIVINGSTON, TX 77351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**ARLENE PRESCOTT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**ARLENE PRESCOTT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**ARTHUR D. EATON**
**705 A. Turner St**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**AUGUSTA C STANFORD**
**189 Napa Valley Cir**
**MADISON, MS 39110-9081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**BABS BALLENGER KERSH**
**1133 Buford Ln**
**HENDERSON, TX 75652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BAMBI LOOKABAUGH HILL**<br>**2030 CR 131**<br>**COLORADO CITY, TX 78414-3013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Other Suspense Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA A POWELL**<br>**12409 FM 1935**<br>**BRENHAM, TX 77833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Revenue Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA A SCHWARTZ SAUER**<br>**1216 Oak Hallow Dr**<br>**DICKINSON, TX 77539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Revenue Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA G. WEBB**<br>**P. O. Box 2954**<br>**LOS LUNAS, NM 87031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Petty Suspense Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA GAIL NAMAN**<br>**1655 Sotogrande Blvd. #607**<br>**HURST, TX 76053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Petty Suspense Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA MITCHELL**<br>**310 E. Main St.**<br>**SAN AUGUSTIN, TX 75972** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Other Suspense Payable_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **BARBARA RHODES DECENDENT TRUST**<br>**Linda Arthur/Renee Rhodes CoTrustees**<br>**P. O. Box 676**<br>**BAYTOWN, TX 77522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** _Other Suspense Payables_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Eagle Valley Development, LLC**                                        Case number (if known) _____
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BARBARA RUNNELS**
**P O Box 631**
**SAN AUGUSTIN, TX 75972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BARRETT NAMAN**
**13518 Taylorcrest Rd**
**HOUSTON, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BARRY L. GROSSBACH, TRUSTEE**
**OF REVOCABLE TRUST FOR MDH**
**MINERALS**
**446 S 43rd St**
**PHILADELPHIA, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BAXSTO, LLC**
**P O Box 302857**
**AUSTIN, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BBX OPERATING LLC**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BEN TUCKER**
**P O Box 353**
**ARCHER CITY, TX 76351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BERNIE L MUELLER COOKE**
**P O Box 56429**
**HOUSTON, TX 77256-6429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
　　　　Name

Case number (if known) _____

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BETH BALLENGER WELCH**
3223 Rustic Villa Dr
KINGWOOD, TX 77345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BETSY C CRAIG**
3025 Iris Dr
HOOVER, AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BETTIE BOWEN HIGH**
1304 Verdant Way
AUSTIN, TX 79512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Petty Suspense Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BETTY HAAS CHILDREN'S TRUST**
Bob Haas, Trustee
2942 N. Umberland Dr
TALLAHASSEE, FL 23209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Other Suspense Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BETTY HAAS CHILDREN'S TRUST**
Bob Haas, Trustee
2942 N. Umberland Dr
TALLAHASSEE, FL 23209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Other Suspense Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BEVERLY HART BURKLOW**
4380 Castle Oak Ct
ORANGE PARK, FL 32065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BILL BALDRIDGE JR**
902 Memphis St
LONGVIEW, TX 75604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Other Suspense Payable 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BILL BALDRIDGE JR**
**902 Memphis St**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLACK STONE MINERALS COMPANY LP**
**P O Box 301267**
**DALLAS, TX 75303-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLAIRBAX ENERGY, LLC**
**1108 Lavaca St**
**Suite 110 #604**
**AUSTIN, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLANCHE ARNOLD PRESCOTT**
**P O Box 455**
**MILLICAN, TX 77866-0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLANCHE ARNOLD PRESCOTT**
**P O Box 455**
**MILLICAN, TX 77866-0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CREEK INVESTORS**
**3439 NE Sandy Blvd #327**
**PORTLAND, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BOB HAAS**
**2942 N Umberland Dr.**
**TALLAHASSEE, FL 23209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BOBBY JOE TRANT**
**13769 FM 244**
**IOLA, TX 77861-3673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BOBBY JOE TRANT**
**13769 FM 244**
**IOLA, TX 77861-3673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BONNIE S JACOBS**
**6187 FM 226**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BORDER TO BORDER #1LP**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BORDER TO BORDER #1LP**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BORDER TO BORDER #1LP**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BOWMAN'S OILFIELD SERVICE, LLC**
**608 E Main St, Suite 102**
**HENDERSON, TX 75652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Eagle Valley Development, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**BRADIE BYRON HICKS**
**9533 CR 173**
**IOLA, TX 77861**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**BRANTLEY H ELDRIDGE JR**
**810 Steubing Oaks**
**SAN ANTONIO, TX 78258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**BRENDAN B ANDERS**
**2215 Landford Hills Dr**
**CHARLOTTESVILLE, VA 22911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**BRONWYN BOWEN**
**c/o Bettie Bowen High**
**1304 Verdant Way**
**AUSTIN, TX 78746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**BRUCE C MARTIN**
**777 Burnet Ranch Rd**
**WIMBERLY, TX 78676**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**BTA ETG GATHERING LLC**
**P O Box 4018**
**HOUSTON, TX 77210-4018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**BTE ENERGY LLC**
**3001 RR 620 South**
**Suite 321**
**AUSTIN, TX 78738-6887**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**BUFFY ENERGY, LLC**
P O Box 1649
AUSTIN, TX 78767-1649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**BULLDOG WIRELINE, INC.**
18462 Hwy 21 W
NORTH ZULCH, TX 77872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CAA PREMIUM FINANCE FUNDING**
P O Box 66501
St. Louis, MO 63166-6501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CAD G SIMPSON WILLEFORD**
2503 Lazybrook Dr.
HOUSTON, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CAIN INTEREST & ROYALTY LLC**
P O Box 162426
AUSTIN, TX 78716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CANDACE GAETA**
2964 E Camellia Dr
GILBERT, AZ 85296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**CANDLEWOOD RESOURCES LLC**
P O Box 2402
MIDLAND, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
        Name

Case number (if known) _____

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAPROCK ENERGY LLC** | ☐ Contingent
| **P O Box 7172165** | ☐ Unliquidated
| **STATELINE, NV 89449** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CARL WILLIAM SAUER JR** | ☐ Contingent
| **1216 Oak Hollow Dr** | ☐ Unliquidated
| **DICKINSON, TX 77539** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAROL & WAYNE HADDOCK, JTROS** | ☐ Contingent
| **1006 Scenic Place** | ☐ Unliquidated
| **ALAMOGORDO, NM 88310** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Petty Suspense Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAROL ANN HACKLER** | ☐ Contingent
| **3312 Spencer Court** | ☐ Unliquidated
| **BATON ROUGE, LA 70809** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Petty Suspense Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAROL OLSON** | ☐ Contingent
| **2631 Country Hollow** | ☐ Unliquidated
| **SAN ANTONIO, TX 78209** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Petty Suspense Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAROL S WALDROP** | ☐ Contingent
| **104 Cloudland Ct** | ☐ Unliquidated
| **Spicewood, TX 78669** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **CAROL WILLIS, TRUSTEE** | ☐ Contingent
| **Carol Willis GST Ex TR** | ☐ Unliquidated
| **1118 Victoria Dr** | ☐ Disputed
| **NACOGDOCHES, TX 75965** |
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CAROLYN G SHANNON**
P O Box 2408
KILGORE, TX 75663

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CAROLYN JONES**
3394 E Jasper Dr
GILBERT, AZ 85296

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CAROLYN MANLEY**
3032 Candy Ln
BOZEMAN, MT 59715

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CAROLYN R STERNBERG**
135 NW 16th St
OAK ISLAND, NC 28465

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CARRIE MAE HENSON**
1407 Dugger Circle
Apt B
KILLEEN, TX 76543

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CATHERINE BRAGG**
1391 E Boston St
GILBERT, AZ 85295

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CATHY HALL**
104 Tower Dr
VICKSBURG, MS 77803

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Eagle Valley Development, LLC**

Name

Case number (if known) _____

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CATHY HALL**
104 Tower Dr
VICKSBURG, MS 77803

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | | Unknown |

**CBI MINERALS LLC**
c/o George Clark, IV
34 S Hawthorne Dir
THE WOODLANDS, TX 77384

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | | Unknown |

**CECILIA A. MINK**
1035 Pleasant Way
WHITEFISH, MT 59937

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | | Unknown |

**CFR ROYALTY PARTNERS LP**
6300 Ridglea Place
Suite 950
FORT WORTH, TX 76116

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | | Unknown |

**CHANDRA FAMILY HOLDINGS, LTD.**
925 S Kimball Ave
Suite 100
SOUTHLAKE, TX 76092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | | Unknown |

**CHANDRA FAMILY HOLDINGS, LTD.**
925 S Kimball Ave
Suite 100
SOUTHLAKE, TX 76092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | | Unknown |

**CHARLES A BENDELE**
P O Box 187
HYE, TX 78635-0187

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111**

**Nonpriority creditor's name and mailing address**

**CHARLES B. SCHUCK**
**1603 Brendon Lake Dr #106**
**ORANGE CITY, FL 32763**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112**

**Nonpriority creditor's name and mailing address**

**CHARLES E BEENE**
**22 Mike Beth Circle**
**HUNTSVILLE, TX 77320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113**

**Nonpriority creditor's name and mailing address**

**CHARLES E LINCOLN III**
**P O Box 111**
**ST PETERSBURG, FL 33731**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114**

**Nonpriority creditor's name and mailing address**

**CHARLES E LINCOLN IV**
**1313 Mulberry**
**CEDAR PARK, TX 78613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.115**

**Nonpriority creditor's name and mailing address**

**CHARLES E WEAVER III**
**6371 FM 2783**
**NACOGDOCHES, TX 75964**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116**

**Nonpriority creditor's name and mailing address**

**CHARLES LAYTON**
**d/b/a THP Resources**
**5985 FM 2609**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117**

**Nonpriority creditor's name and mailing address**

**CHARLES R HART**
**2220 Canterbury Dr**
**MANSFIELD, TX 76063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Eagle Valley Development, LLC**                     Case number (if known) _____
Name

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES WOODROW SCHROEDER TRUST**
**Patricia Louise Richey, Trustee**
**P O Box 39 Gallatin**
**GATEWAY, MT 59730-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES WOODROW SCHROEDER TRUST**
**Patricia Louise Richey, Trustee**
**P O Box 39 Gallatin**
**GATEWAY, MT 59730-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLOTTE B. KAMINSKI**
**1805 Carlotta**
**AUSTIN, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARMEL B WINKLER**
**P O Box 338**
**TISHOMINGO, OK 73460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chem-Ray Services, LLC**
**P O Box 113**
**SILSBEE, TX 77656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHERYL R. DAGOSTINO**
**10404 East Aperture**
**MESA, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHERYLL ANN WHIPPLE**
**7181 E Grandview Dr**
**PRESCOTT VALLEY, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHESAPEAKE EXPLORATION, LLC** | ☐ Contingent
| **P O Box 18496** | ☐ Unliquidated
| **OKLAHOMA CITY, OK 73154** | ☐ Disputed
| Date(s) debt was incurred | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHIQUITA S COSTEN** | ☐ Contingent
| **2313 Tremont Ave** | ☐ Unliquidated
| **Unit B** | ☐ Disputed
| **FORT WORTH, TX 76107** |
| Date(s) debt was incurred | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHIRENO INDEPENDENT SCHOOL DISTRICT** | ☐ Contingent
| **P O Box 85** | ☐ Unliquidated
| **CHIRENO, TX 75937** | ☐ Disputed
| Date(s) debt was incurred | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHRIS MILLS** | ☐ Contingent
| **35 Whitmarsh Pl** | ☐ Unliquidated
| **WAKE VILLAGE, TX 75501** | ☐ Disputed
| Date(s) debt was incurred | **Basis for the claim:  Petty Suspense Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHRISTINE E. MCLEAN** | ☐ Contingent
| **20 Luxury Dr** | ☐ Unliquidated
| **Apt 15** | ☐ Disputed
| **NEWPORT, NH 03773** |
| Date(s) debt was incurred | **Basis for the claim:  Other Suspense Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHRISTOPHER A. WERLINE** | ☐ Contingent
| **8180 S Lodge Ln** | ☐ Unliquidated
| **PENDLETON, IN 46064** | ☐ Disputed
| Date(s) debt was incurred | **Basis for the claim:  Petty Suspense Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **CHRISTOPHER G. KAHN** | ☐ Contingent
| **8826 Kona Way** | ☐ Unliquidated
| **Orangevale, CA 95662** | ☐ Disputed
| Date(s) debt was incurred | **Basis for the claim:  Revenue Payable**
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER S BESING**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**CHRISTY E JONES**
**310 Riverside Path**
**CANYON LAKE, TX 78133**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134**

**Nonpriority creditor's name and mailing address**
**CLARE H WREN**
**6125 Greenbrook Dr**
**RENO, NV 89511**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135**

**Nonpriority creditor's name and mailing address**
**CLARENCE E HUGHES**
**6009 E FM 40**
**LUBBOCK, TX 79403**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136**

**Nonpriority creditor's name and mailing address**
**CLARK FINANCIAL GROUP, LLC**
**c/o Doug Clark Mng Member**
**111 Bank St, PMB 201**
**GRASS VALLEY, CA 95945**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**CLEAR FORK ROYALTY II, LP**
**6300 Ridglea Place**
**Suite 950**
**FT WORTH, TX 76102**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**CLEMENTINE GLENN**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.139** Nonpriority creditor's name and mailing address<br>**COASTAL MANAGEMENT TRUST**<br>Perry L & Patricia B. Shaw<br>P O Box 1569<br>PORTER, TX 77365<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Petty Suspense Payable**<br>Is the claim subject to offset? ☐ No ☐ Yes |
| **3.140** Nonpriority creditor's name and mailing address<br>**CONCHO ROYALTY COMPANY LP**<br>4925 Greenville Ave<br>Suite 500<br>DALLAS, TX 75206<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Revenue Payable**<br>Is the claim subject to offset? ☐ No ☐ Yes |
| **3.141** Nonpriority creditor's name and mailing address<br>**Conley Rose, P.C.**<br>5601 Granite Parkway<br>Sutie 500<br>Houston, TX 77079<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Corp Lease**<br>Is the claim subject to offset? ☐ No ☐ Yes |
| **3.142** Nonpriority creditor's name and mailing address<br>**CONOR B FITZSIMONS**<br>P O Box 667<br>EAGLE, ID 83616<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Revenue Payable**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.143** Nonpriority creditor's name and mailing address<br>**CORONADO RESOURCES 2013 LP**<br>3811 Turtle Creek Blvd<br>Suite 1800<br>DALLAS, TX 75219<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Revenue Payable**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.144** Nonpriority creditor's name and mailing address<br>**CRAIG M BLOUNT**<br>302 Byrnes Dr<br>SAN ANTONIO, TX 78209<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Petty Suspense Payable**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.145** Nonpriority creditor's name and mailing address<br>**CROFT PRODUCTION SYSTEMS, INC.**<br>19230 FM 442<br>NEEDVILLE, TX 77461<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA A RIPTOE**
**20656 Washtenaw**
**HARPER WODS, MI 48225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA A RIPTOE**
**20656 Washtenaw**
**HARPER WODS, MI 48225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA BOONE IREY**
**1015 Huntington Rd**
**KANSAS CITY, MO 77270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA KAY MOSS BARKER**
**2007 Geney St**
**BRENHAM, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA L. MARTIN**
**1417 Jadens Way**
**WASHINGTON, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA PICKETT**
**a/k/a Cynthia Perrett**
**2504 Ashland Ave**
**BOSSIER CITY, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CYNTHIA TUCKER CURTIS**
**P O Box 51989**
**MIDDLEBURG, VA 20115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue Payable

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                                    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**3.153**

**Nonpriority creditor's name and mailing address**

**DANA F TROUSDALE**
**P O Box 802561**
**HOUSTON, TX 77280**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**DANA LYNNE HARDEY**
**504 Berwick Dr**
**BRANDON, MS 39047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.155**

**Nonpriority creditor's name and mailing address**

**DANIEL SPAIN**
**255 Arrowhead Lane**
**BOZEMAN, MT 59718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**DARLENE PRESCOTT**
**4610 Village Park Dr**
**PASADENA, TX 77504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157**

**Nonpriority creditor's name and mailing address**

**DAVID AND DENA GASKIN**
**10592 CR 175**
**IOLA, TX 77861**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.158**

**Nonpriority creditor's name and mailing address**

**DAVID EDWARD BUDIL**
**216 Walnut St**
**STOUGHTON, MA 02072**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159**

**Nonpriority creditor's name and mailing address**

**DAVID M. SORRELS**
**1120 Pointe Newport Terrace**
**Apt 302**
**CASSELBERRY, FL 32707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **Eagle Valley Development, LLC**                    Case number (if known) _____
_____
Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID MCLEAN**
**94 Grant St. South**
**SLOATSBURG, NY 10974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID MERRITT**
**11803 Hardwood Trl**
**AUSTIN, TX 78750-1311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID PAUL FORTUYN SCHUMACHER**
**3751 E Dartmouth Ave**
**DENVER, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID PAUL FORTUYN SCHUMACHER**
**3751 E Dartmouth Ave**
**DENVER, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVID PROSKE**
**723 Ellena Rd**
**HOUSTON, TX 77076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAVIS, JR., RICHARD T.**
**c/o The Rosine Blount McFaddin Mineral T**
**2615 Calder Avenue**
**Suite 1050**
**BEAUMONT, TX 77702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DEAN SCHROEDER**
**6230 Easley Ln**
**SANDIA, TX 78383-5700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Eagle Valley Development, LLC**
_____        Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

3.167 | **Nonpriority creditor's name and mailing address**
**DEBORAH D P BILLEAUD IRREVOCABLE TR**
**Attn: Deborah Dawn P. Billeaud**
**106 Royal Springs Lane**
**CRAWFORD, TX 76638**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.168 | **Nonpriority creditor's name and mailing address**
**DELORES S ANDERSON JENKINS**
**Faminly Limited Partnership**
**2823 Colonial Dr**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169 | **Nonpriority creditor's name and mailing address**
**DELTA 08, LLC**
**P O Box 471365**
**FORT WORTH, TX 76147**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.170 | **Nonpriority creditor's name and mailing address**
**DERRICK RAY BERRY**
**P O Box 278**
**KENTWOOD, LA 70444-0278**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.171 | **Nonpriority creditor's name and mailing address**
**DIAMOND P LEASE & WELL SERVICE INC.**
**P O Box 203**
**Dime Box, TX 77853**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.172 | **Nonpriority creditor's name and mailing address**
**DIXIE MAYFIELD L.**
**10016 Lakeshore Dr**
**TYLER, TX 75707**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

3.173 | **Nonpriority creditor's name and mailing address**
**DOLORES H PRICE**
**5020 Kelvin Drive**
**Apt 1801**
**HOUSTON, TX 77005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
--- | --- | --- | ---

**DON L. RENCHIE**
**3887 Bird Pond Road**
**COLLEGE STATION, TX 77845-3622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DONNA I HOLLIMAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DONNA WYATT**
**P O Box 985**
**CASPER, WY 82602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DONNIA ROBLES**
**2 Terrace Drive**
**SAN ANGELO, TX 76903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DONNIA SUE SEELY**
**27 E 33rd**
**SAN ANGELO, TX 76903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DORCHESTER RESOURCES, LP**
**P O Box 18879**
**OKLAHOMA CITY, OK 73154-8879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DORCHESTER RESOURCES, LP**
**P O Box 18879**
**OKLAHOMA CITY, OK 73154-8879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**DOROTHY D. WELBURN**
**1611 Andrews Drive**
**WICHITA FALLS, TX 76301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Douglas E. Sheetz**
**4600 Greenville Ave**
**Suite 300**
**DALLAS, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**DOUGLAS ERICK PECK IRREV TRUST**
**Attn: Douglas E. Peck**
**4900 Hwy 105**
**BRENHAM, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**DOUGLAS W. HOWELL, III**
**P O Box 4895**
**BRYAN, TX 77805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**DRC PETROLEUM LTD.**
**P O Box 19997**
**SUGAR LAND, TX 77496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**DW ENERGY GROUP LLC**
**104 Decker Court, Suite 300**
**IRVING, TX 75062-2757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Eagle Valley Energy Partners LLC**
**13413 Galleria Circle, Suite Q-100**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Other Suspense Payble**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eagle Valley Energy Partners LLC**
**13413 Galleria Circle, Suite Q-100**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,479,470.33** |
|---|---|---|---|

**Eagle Valley Energy Partners LLC**
**13413 Galleria Circle, Suite Q-100**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Intercompany Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EDDIE JOHN PROSKE**
**13200 Royal Shores Dr**
**CONROE, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EDDIE LARRY CONELEY**
**P O Box 1246**
**NAVASOTA, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EDGAR STARCKE**
**6001 Kelsing Cove**
**AUSTIN, TX 78835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EDWARDS, BURKE T.**
**3001 RR 620 South**
**Suite 321**
**AUSTIN, TX 78738-6876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EILEEN B. KUHL**
**3430 Candy Lane**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELEANOR PRESCOTT**
**7913 Spivey Rd**
**HIGHLANDS, TX 77562-4334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH COOK ASHBURN**
**P O Box 4275**
**PALESTINE, TX 75802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELIZABETH D KOLLET,RECEIVER IN**
**Cause #C1934920, 145th Dist. Ct.**
**2617 County Road 538**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELIZABETH SEALE-HUTCHESON HEIRS**
**PTNSHP**
**P O Box 3147**
**BELLAIRE, TX 77402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELLEN DOUGLAS MYERS**
**307 Arcadia Place**
**SAN ANTONIO, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELLIOTT INTERESTS LTD**
**P O Box 640**
**MILLICAN, TX 77866-0640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELSA L DANIELS DAVIS**
**10915 Warwick**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**

**EMILY C FORSYTHE**
**3402 Randolph Rd**
**AUSTIN, TX 78722**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.210**

**Nonpriority creditor's name and mailing address**

**EMMA W. CONWELL**
**5083 Stonespring Way**
**ANDERSON, IN 46012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.211**

**Nonpriority creditor's name and mailing address**

**ENERLEX, INC.**
**18452 E 111 St**
**BROKEN ARROW, OK 74011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.212**

**Nonpriority creditor's name and mailing address**

**ENVERUS**
**P O Box 735594**
**DALLAS, TX 75373-5732**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.213**

**Nonpriority creditor's name and mailing address**

**EPA - Region 6**
**Attn: Bankruptcy Division**
**1201 Elm Street, Suite 500**
**Dallas, TX 75270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.214**

**Nonpriority creditor's name and mailing address**

**Estate of Charles Werline**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.215**

**Nonpriority creditor's name and mailing address**

**ESTATE OF CYNTHIA BRISTOL BOWMER**
**John Robert Bowman Sr. Ind Executor**
**2022 Clarinda Ave**
**WHIICHITA FALLS, TX 76308-1311**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor  **Eagle Valley Development, LLC**

Name                Case number *(if known)*

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF DAVID B. SAVILLE  (DEC'D)**
**P O Box 2811**
**HICKORY, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF DAVID CALVIN SCHROEDER**
**David C. Schroeder, Trustee**
**17 Avery Lane, Apt 209**
**WALPOLE, NH 03608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF KATHRYN BAILEY**
**c/o Kathryn Ann Bailey Hutchison**
**25 Downs Lake Circle**
**DALLAS, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF LUTHER SWIFT,III,DECEASED**
**4375 Thomas Park**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF MATTIE STRINGFIELD**
**Deceased**
**P O Box 16595**
**GALVESTON, TX 77552-6595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ESTATE OF SUSAN M HINCHEE,DECEASED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ETC Texas Pipeline, LTD**
**800 East Sonterra Blvd.**
**Suite 400**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**

**EUGENE C GARRISON JR LIFE ESTATE**
**Leigh K Litteer & Eugene C. Garrison III**
**Remaindermen**
**1419 Dominion Dr**
**KATY, TX 77450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.224**

**Nonpriority creditor's name and mailing address**

**EUGENE C GARRISON, III**
**13031 123rd Lane NE**
**KIRKLAND, WA 98034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Eyrie Mineral Holdings, LP**
**13413 Galleria Circle, Suite Q-100**
**Austin, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.226**

**Nonpriority creditor's name and mailing address**

**F.I.G. ENERGY, LLC**
**251 Rainbow Dr. #15160**
**LIVINGSTON, TX 77399**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.227**

**Nonpriority creditor's name and mailing address**

**FADRIQUE TRUST**
**c/o RAYMOND B. KEATING, III**
**P O Box 62208**
**HOUSTON, TX 77205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**

**FIRST BAPTIST CHURCH DALLAS**
**Acting through Baptist Foundation TX**
**d/b/a Highground Advisors, Agen & AIF**
**P O Box 840350**
**DALLAS, TX 75284-0350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.229**

**Nonpriority creditor's name and mailing address**

**FLETCHER L. POOL FAMILY TRUST**
**Lynn Elliott, Acting Trustee**
**P O Box 454**
**MILLICAN, TX 77866-0640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **c/o RAYMOND B. KEATING, III**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230**

**Nonpriority creditor's name and mailing address**

**FLOY L. COLLINS**
**4894 Hwy 259 South**
**HENDERSON, TX 75654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**FRANCES CASON**
**861 W. Quinman St**
**EMORY, TX 75440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232**

**Nonpriority creditor's name and mailing address**

**FRANCES RICHARD**
**12828 Starbrimson Trail**
**ELGIN, TX 78621**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**FRANCIS A STANLEY BRUMBY**
**1436 Kveton Rd**
**SEALY, TX 77474**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**FRANCIS SCHOTT TESTAMENTARY TRUST**
**930 DR 620**
**NACOGDOCHES, TX 75964**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **REvenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**FRANK & FRANCES TUCKER REVOC**
**LIVING TRUS**
**Amy T. Hale, Trustee**
**189 Tucker Lane**
**NACOGDOCHES, TX 79631**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.236**

**Nonpriority creditor's name and mailing address**

**FRANK C ERWIN III**
**101 Westcott St, #1507**
**HOUSTON, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address**

**FRANK SHARP INTEREST REVOCABLE**
c/o Kay Baily Hutchison, Trustee
**25 Downs Lake Cir**
**DALLAS, TX 75230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.238** | **Nonpriority creditor's name and mailing address**

**FREDDIE RAY SCHROEDER**
**2410 Boca Chica Dr.**
**PORTLAND, TX 78374-2708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.239** | **Nonpriority creditor's name and mailing address**

**G.L. MILLARD ENTERPRISES LLC**
**3511 Chimney Rock**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.240** | **Nonpriority creditor's name and mailing address**

**GARRET HARRIS**
**1315 Elm Avenue**
**SILT, CO 81652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.241** | **Nonpriority creditor's name and mailing address**

**GARY W HIRSCH**
**284 Kempsey Dr**
**NORTH BRUNSWICK, NJ 08902**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.242** | **Nonpriority creditor's name and mailing address**

**GEOFFREY H. MCLEAN**
**78 Squires Ln**
**NEW LONDON, NH 03257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.243** | **Nonpriority creditor's name and mailing address**

**GEORGE ARNOLD, JR.**
**3647 Canyon Creek Cir**
**TYLER, TX 75707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**

**GEORGE E HOLLAND**
**6829 Midcrest Dr**
**DALLAS, TX 75254**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.245**

**Nonpriority creditor's name and mailing address**

**GEORGE H. MCLEAN, JR.**
**12 Mill Brook Dr**
**WILBRAHAM, MA 01095**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.246**

**Nonpriority creditor's name and mailing address**

**GEORGE MILLARD III**
**3511 Chimney Rock**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.247**

**Nonpriority creditor's name and mailing address**

**GEORGE S. WANNAMAKER &**
**SUCCESSORS**
**George S. Wanamaker EX TR**
**1480 County Rd 262**
**GEORGETOWN, TX 78633**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.248**

**Nonpriority creditor's name and mailing address**

**GEORGE STUBBLEFIELD AND WIFE**
**Inez Stubblefield**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.249**

**Nonpriority creditor's name and mailing address**

**GEORGI DAVIS DUWE**
**6802 Rockledge Cove**
**AUSTIN, TX 78731**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.250**

**Nonpriority creditor's name and mailing address**

**GILBERT J BESING**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GILBERT M ALLEN**
**16018 Cutten Rd**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GILLCO ENERGY, LP**
**500 S Taylor, Suite 101**
**Lobby Box 249**
**AMARILLO, TX 79101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GOLDEN GIANT PROPERTIES LLC**
**127 Corbett Ave**
**SAN FRANCISCO, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GRAHAM P STEWART III**
**P O Box 1408**
**GRAHAM, TX 76450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GREGORY C SMITH**
**3209 Walnut Avenue**
**MANHATTAN BEACH, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**GUNN MINERALS, LLC**
**Frontier Enterprises LLC, MGMT PARTNER**
**1001 Rice Mine Road N**
**TUSCALOOSA, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Gustavus Trucking, LLC**
**13238 Chelsea Lane**
**FRANKLIN, TX 77856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                                Case number (if known) _____
_____
Name

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**H A POTTER OIL AND GAS, LLC**
**10627 Pipine Rock Lane**
**HOUSTON, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**H3E LLC**
**14 Florence Court**
**SAN ANTONIO, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**H3E PARTNERS**
**Attn: Grebory Hickson**
**14 Florence Ct**
**SAN ANTONIO, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,832,876.40** |
|---|---|---|---|

**Halliburton Energy Services**
**P O Box 301341**
**DALLAS, TX 75303-1341**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HAROLD B. TRANT, JR.**
**14170 FM 3090**
**ANDERSON, TX 77830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HEATHER KEARNEY**
**3656 Wickersham Lane**
**HOUSTON, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HICKSON ENERGY CORPORATION**
**403 Hazeltine Dr.**
**AUSTIN, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Hill Country Texas Galleria, LLC**
**12700 Hill Country Boulevard**
**Suite T-100**
**Bee Cave, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Corp Lease**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**HILLMAN ROYALTIES, LP**
**1415 S Voss, Suite 110-105**
**HOUSTON, TX 77057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**HILLMAN ROYALTIES, LP**
**1415 S Voss, Suite 110-105**
**HOUSTON, TX 77057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**HOCH CHILDREN'S TRUST**
**Attn: Rober Hoch**
**3001 Ranch Rd 620 S**
**Suite 322**
**AUSTIN, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**HOWARD BAKER YOUNG**
**P O Box 20608**
**HOUSTON, TX 77225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**HRM-JJM LLC**
**John C. Mast, MGR**
**P O Box 635025**
**NACOGDOCHES, TX 75963-5025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**HUANG & THOMPSON INVESTMENTS, LLC**
**4249 Yucca Flats TRail**
**FORT WORTH, TX 76108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.272**

**Nonpriority creditor's name and mailing address**

**IAN D BLOUNT TRUST**
**Donna K. Blount, Trustee**
**12524 Taylor Dr**
**BUDA, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.273**

**Nonpriority creditor's name and mailing address**

**IATAN ROYALTY LLC**
**P O Box 9065**
**MIDLAND, TX 79708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.274**

**Nonpriority creditor's name and mailing address**

**IDA NELLE PHILLIPS**
**a/k/a Nell Phillips**
**7201 Chimney Corners**
**AUSTIN, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.275**

**Nonpriority creditor's name and mailing address**

**IRENE LEE PAGAN**
**P O Box 7710**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.276**

**Nonpriority creditor's name and mailing address**

**IRENE LEE PAGAN**
**P O Box 7710**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.277**

**Nonpriority creditor's name and mailing address**

**IRIS PAULINE WALLACE BY**
**Cindy Wallace McMorran, AIF**
**P O Box 550469**
**HOUSTON, TX 77255-0469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.278**

**Nonpriority creditor's name and mailing address**

**J R T MINERAL TRUST**
**Julia Ryman Holmes, Trustee**
**3804 Lovers Lane**
**DALLAS, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**J-W POWER COMPANY**
**16479 N Dallas Pkwy**
**Suite 850-LB-8**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**J.S. HUNTER OR SUCCESSORS IN INT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Other Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JACK E BRADY TRUST**
**2000 Republic Center**
**325 N. St. Paul St.**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Other Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JACK H ELDRIDGE**
**11618 Bolero Cir**
**SAN ANTONIO, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Petty Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JACLYN PANNELL**
**5313 Duck Creek Rd**
**SANGER, TX 76266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Petty Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JAMES CLAYTON VICK**
**22 Auburn Ridge**
**SPRING, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Petty Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JAMES JERRELL WELLS**
**2526 CR 256**
**NACOGDOCHES, TX 75965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Petty Suspense Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES KEITH LOWERY,  JR.**
**P O Box 62**
**ETOILE, TX 75944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES L. KARR**
**1787 Pacific Dr**
**CAMANO ISLAND, WA 98282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES M. FAULKNER**
**6301 Windhaven Pkwy #1103**
**PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES N. DEGNAN 2013 TRUST**
**P O Box 341243**
**AUSTIN, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES RICHARD HOLLAND IV**
**609 Barton Blvd**
**AUSTIN, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAMES WILLIS SEELY**
**27 East 33rd**
**SAN ANGELO, TX 76903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JAN GUNTER-OLIVER**
**1711 Fire Cracker**
**SAN ANTONIO, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
Name

Case number (if known) _____

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JAN M ZELLOW | ☐ Contingent |
| 69320 E 320 Rd | ☐ Unliquidated |
| GROVE, OK 74344-8022 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Petty Suspense Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JANET D MILLER FRY | ☐ Contingent |
| 3801 E Crest Dr, Apt 6304 | ☐ Unliquidated |
| BRYAN, TX 77802 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Petty Suspense Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JANICE COKER | ☐ Contingent |
| 204 Amelia Oaks Way | ☐ Unliquidated |
| COLUMBIA, SC 29209 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Other Suspense Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JANICE P. CLIFT | ☐ Contingent |
| 3658 Lake Adelaide Pl | ☐ Unliquidated |
| VIERA, FL 32955 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JARRETT PANNELL | ☐ Contingent |
| P O Box 1841 | ☐ Unliquidated |
| ARCHER CITY, TX 76351 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Other Suspense Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JASON ELLISON | ☐ Contingent |
| 703 East Meadonws St | ☐ Unliquidated |
| SAINT JO, TX 76265 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| JASON M DAVISON | ☐ Contingent |
| 40 E Ridge Ct | ☐ Unliquidated |
| PARACHUTE, CO 81635 | ☐ Disputed |
| Date(s) debt was incurred __ | **Basis for the claim:  Revenue Payable** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor  **Eagle Valley Development, LLC**                     Case number (if known) _____
_____
Name

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.300** **Nonpriority creditor's name and mailing address**

**JAY & DENISE JORDAN**
**2217 Avian Way**
**OKLAHOMA CITY, OK 73170**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.301** **Nonpriority creditor's name and mailing address**

**JDMI L.L.C**
**P O Box 271120**
**CORPUS CHRISTI, TX 78427-1120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302** **Nonpriority creditor's name and mailing address**

**JEAN C BULLOCH**
**600 S. Pear Orchard**
**Apt 253**
**RIDGELAND, MS 39157**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.303** **Nonpriority creditor's name and mailing address**

**JEANETTE LOUISE TUCK**
**167 Bar J**
**Johnson City, TX 78636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304** **Nonpriority creditor's name and mailing address**

**JEANETTE LOUISE TUCK**
**167 Bar J**
**Johnson City, TX 78636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305** **Nonpriority creditor's name and mailing address**

**JEANNE E PERRY**
**18744 South FM 225**
**DOUGLASS, TX 75943**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.306** **Nonpriority creditor's name and mailing address**

**JEANNE WHITEMORE LUECK**
**4708 Heron Lakes Circle**
**BRYAN, TX 77802-3468**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor  **Eagle Valley Development, LLC**
Name

Case number (if known) _____

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEFFERY B SMITH**
**1200 N. Central Ave**
**MODESTO, CA 95351-4809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEFFREY R COCHRAN**
**3235 Betsy Lane**
**HERNDON, VA 20171**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Other Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEFFREY S VINCENT**
**12353 Green Ash Drive**
**FT WORTH, TX 76244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JENNIFER E. SMITH HALL**
**c/o Raymond B. Keating, III**
**P O Box 62208**
**HOUSTON, TX 77205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JERALD H BEENE**
**183 Tanglewood Dr**
**HUNTSVILLE, TX 77320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JERRY FISH**
**9954 West 400 South**
**HUDSON, IN 46747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JERRY HICKSON**
**403 Hazeltine Dr**
**AUSTIN, TX 78734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.314**

**Nonpriority creditor's name and mailing address**

**JERRY LEE SEELY**
**107 S. Moore Road**
**CHATTANOOGA, TN 37411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.315**

**Nonpriority creditor's name and mailing address**

**JETX ENERGY, LLC**
**9200 E. Mineral Ave**
**Suite 200**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.316**

**Nonpriority creditor's name and mailing address**

**JEWEL E HARDEMAN**
**289 Ross Hardeman Rd**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**JIM E PERRETT**
**312 Norwood Dr**
**HURST, TX 76053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**JIMMY WATERS**
**1020 Riverchase Parkway W**
**BIRMINGHAM, AL 35244-1581**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**JOE A BEERY JR**
**P O Box 572392**
**HOUSTON, TX 77257-2392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**JOHN & THERESA HILLMAN FAMILY**
**PROPERTIES**
**P O Box 50187**
**MIDLAND, TX 79710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.321**

**Nonpriority creditor's name and mailing address**

**JOHN C. MAST SEP PROP PRTNR LP**
**P O Box 635025**
**NACOGDOCHES, TX 75963-5025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.322**

**Nonpriority creditor's name and mailing address**

**JOHN D SIMPSON**
**8315 Greenbush**
**HOUSTON, TX 77025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.323**

**Nonpriority creditor's name and mailing address**

**JOHN F LUBBEN, III**
**7413 Twilight Shadow Dr**
**AUSTIN, TX 78749-5221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.324**

**Nonpriority creditor's name and mailing address**

**JOHN G HOLLAND JR**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.325**

**Nonpriority creditor's name and mailing address**

**JOHN HARDEMAN**
**P O Box 26**
**OKLAHOMA CITY, OK 73101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.326**

**Nonpriority creditor's name and mailing address**

**JOHN L ALLEN, SR. ESTATE**
**1029 Simon Dr**
**PLANO, TX 75025-2559**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.327**

**Nonpriority creditor's name and mailing address**

**JOHN PAUL REINHART, SR.**
**2707 N. Beal**
**BELTON, TX 76513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JOHN STEPHEN POINDEXTER**
119 S. Choctaw
BARTLESVILLE, OK 74003-2814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JOHN STEPHEN POINDEXTER**
119 S. Choctaw
BARTLESVILLE, OK 74003-2814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JOHN W WHITE**
1951 Hunter Rd
Apt 5209
SAN MARCOS, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JOHN WALLACE POINDEXTER**
1115 Country Place Dr
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JOHNNIE STANLEY WHIDDON**
1875 Jackson League Cir
BRENHAM, TX 77833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JON K. COCHRAN**
127 Park Drive
SAN ANTONIO, TX 78212-2506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JON R FISH**
1211 South Anderson St
ELWOOD, IN 46036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JONATHAN A. BUDIL
11955 SW Cheshire Road
BEAVERTON, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JOS NATURAL RESOURCES LTD
P O Box 630876
NACOGDOCHES, TX 75963-0876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JOSEPH J GRAHAM
115 Brookgreen Circle N
MONTGOMERY, TX 77356-8359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JOSEPHINE BERRY
P O Box 278
KENTWOOD, LA 70444-0278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JOSEPHINE SCHWARTZ
5710 Pickwick
BEAUMONT, TX 77706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Other Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JOW W. & TOBY BREWSTER
P O Box 516
MILLICAN, TX 77866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

JUDITH BREEDING SANDERS
P O Box 910422
SAINT GEORGE, UT 84791-0422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Petty Suspense Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JUDITH BROWN**
**9222 Corbin Ave**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JUDITH LYNN SMITH MENDOZA**
**c/o Raymond B. Keating, III**
**P O Box 1310**
**COLDSPRING, TX 77331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JULIA ANN WEATHERSBEE**
**8911 Tweed Berwick Dr.**
**AUSTIN, TX 78750-3553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JULIA K. SCHROEDER-VILLARREAL**
**9621 E Navajo Pl**
**SUN LAKES, AZ 85248-7119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JULIA RYMAN HOLMES**
**3804 Lovers Lane**
**DALLAS, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JULIE CLIFT GREENWALT**
**328 W. Kari Ct**
**ST JOHNS, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JULIUS G SMITH II**
**4684 Beverly Dr**
**DALLAS, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Other Suspense Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

JUSTIN L PANNELL
1820 County Rd 3206
MT ENTERPRISE, TX 75681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KAREN CAMPBELL DENNEY
13105 N. Jaguar Ridge Rd
PRESCOTT, AZ 86305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KAREN J RIPTOE
3194 N Linden Rd
FLINT, MI 48504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KARICHI INVESTMENTS LP
2615 Calder Ave
#1050
BEAUMONT, TX 77702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KATHERINE E. DAUGHERTY
c/o Kimberly D. Scott
1010 Spring Cypress Rd
SPRING, TX 77373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KATHERINE L. PARKINS
4748 Lemona Ave
SHERMAN, CA 91403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KATHLEEN BOONE COLLINS
3527 S. Yorktown Pl
TULSA, OK 74105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
Name

Case number (if known) _____

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KATHRYN B. BREIHAN**
**2224 Tarlton Cove**
**AUSTIN, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KATHY SIMON CARR**
**5932 Walraven Cir**
**FT WORTH, TX 76133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KATIE DIMMIT GARRISON**
**328 Cordillera Trace**
**BOERNE, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KAYLEE D BLOUNT TRUSTEE**
**Donna Blount Trustee**
**12524 Taylor Dr**
**BUDA, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KELBY MCCALL**
**8206 E Hwy**
**LUFKIN, TX 75901-1053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KELLI ARMSTRONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KELLY BLOUNT KRUSE**
**4075 Deverell St**
**JOHNS CREEK, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

**3.363**

**Nonpriority creditor's name and mailing address**
**KENNETH N BEENE**
**3310 Texana Court**
**ROUND ROCK, TX 78681**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364**

**Nonpriority creditor's name and mailing address**
**KENNETH R MUCHMORE**
**4513 De Ette Ave**
**BAKERSFIELD, CA 93313**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365**

**Nonpriority creditor's name and mailing address**
**KERRCO INC.**
**808 Travis, Suite 2200**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366**

**Nonpriority creditor's name and mailing address**
**KERRCO INC.**
**808 Travis, Suite 2200**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367**

**Nonpriority creditor's name and mailing address**
**KIM K BASKETT**
**506 Plantation Lane**
**MARSHALL, TX 75762**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368**

**Nonpriority creditor's name and mailing address**
**KIMBALL'S LEGACY LLC**
**c/o Lisa M Colepand, MNG Member**
**3163 230th St**
**LAKE CITY, FL 32021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369**

**Nonpriority creditor's name and mailing address**
**KIMBERLY STRICKLAND BOATMAN**
**3410 Summer Hill Ct**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**

Name

Case number (if known) _____

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KIMBERLY WATERS KAEMPFFE**
**27298 Will Braden Cir**
**ATHENS, AL 35613-7536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LARRY KENT KEARY**
**P O Box 12943**
**JACKSON, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LAURA ASHBURN DUCKWORTH**
**P O Box 854**
**NAVASOTA, TX 77868-0854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LAURA BULLARD**
**1625 Degnen Lane**
**AUBREY, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LAURA F WORLEY**
**14123 White Oak Gardens**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LAURA J. DUNCOMBE**
**5651 S. Nettleton Ave**
**SPRINGFIELD, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LAURA J. DUNCOMBE**
**5651 S. Nettleton Ave**
**SPRINGFIELD, MO 65810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAURA L KENNER**
**1695 Rolling River View**
**SPRING BRANCH, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAURA MILLARD**
**1005 Kavanaugh Dr**
**AUSTIN, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAUREN A ORZACK**
**9 Commerce Ave**
**FRONT ROYAL, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAURIE ROMAN**
**4301 Parnell**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAURIE Y CRUMB**
**1128 Hidden Ridge #2159**
**IRVING, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAVITA C. BROWN**
**1495 CR 115**
**HICO, TX 76457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LAWRENCE C HOPKINS**
**4017 Alford Street**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LAWRENCE-HUNT THOMAS INTERESTS LTD**
**3202 Miramar**
**LAPORTE, TX 77571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LAZY S MINERALS, LLC**
**P O Box 100493**
**FORT WORTH, TX 76185**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LEIGH K GARRISON LITTEER**
**625 S Race St**
**DENVER, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LEONA LEE WELLS**
**303 Arrowdale Dr**
**HOUSTON, TX 77037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LEONARD LOUKANIS**
**3006 Carolyn**
**BACLIFF, TX 77518**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LESLIE PROSKE**
**3904 Amanda St**
**DICKINSON, TX 77539**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LILLIAN BROCK**
**1000 Evergreen Terrace**
**Apt 1111**
**SAN PABLO, CA 94806-3860**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.391**

**Nonpriority creditor's name and mailing address**

LILLIAN BROCK
1000 Evergreen Terrace
Apt 1111
SAN PABLO, CA 94806-3860

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.392**

**Nonpriority creditor's name and mailing address**

LINDA  SORRELS
1627 SW 82nd Terrace
GAINESVILLE, FL 32607

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.393**

**Nonpriority creditor's name and mailing address**

LINDA BLACK CANNON TRUST
Linda B. Cannon, Trustee
P O Box 129
TROY, TX 76579

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.394**

**Nonpriority creditor's name and mailing address**

LINDA C WERLINE LIFE ESTATE
Nicole Lau, Christopher Werline,
    Joshua Wersline, Remaindermen
10333 N. State Rd 37
ELWOOD, IN 46036

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.395**

**Nonpriority creditor's name and mailing address**

LINDA D ARTHUR
3218 Kathleen Dr
BAYTOWN, TX 77523

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.396**

**Nonpriority creditor's name and mailing address**

LINDA FINKELSTEIN
8762 Thunderbird Drive
PENSACOLA, FL 32514

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.397**

**Nonpriority creditor's name and mailing address**

LINDA R RUSSO YODER
P O Box 2962
WEATHERFORD, TX 76086

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Eagle Valley Development, LLC**                                   Case number (if known) _____
        Name

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LISA LUNSFORD**
**503 Dexter Dr**
**COLLEGE STATION, TX 77840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LIZA BARNHARDT WEEMS**
**1080 Poplar Ave**
**BOULDER, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LLOYD DAVIS**
**P O Box 2734**
**SACRAMENTO, CA 95812-2734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LOCO INVESTMENTS LLC**
**P O Box 635025**
**NACOGDOCHES, TX 75963-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LOIS A BLOUNT 2007 MINERAL TRUST**
**Tasca and Neal Feibel, Trustees**
**75 Abby Woods Lane**
**DALLAS, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LONGHORN LAND COMPANY**
**7908 Jefferson Circle**
**COLLEYVILLE, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LORA L MINK**
**P O Box 442**
**TERRA CEIA, FL 34250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.405**

**Nonpriority creditor's name and mailing address**
**LORETTA CAMMACK,DISTRICT CLERK**
**Est of J.M. Brittain, Deceased**
**Cause No C1934451, 145th Dist Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406**

**Nonpriority creditor's name and mailing address**
**LORETTA CAMMACK,DISTRICT CLERK**
**Est of Antoinette H Wynne, Deceased**
**Cause No C1934451, 145th Dist Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.407**

**Nonpriority creditor's name and mailing address**
**LORETTA CAMMACK,DISTRICT CLERK**
**Est of Willie K Mooreman, Deceased**
**Cause No C1934451, 145th Dist Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.408**

**Nonpriority creditor's name and mailing address**
**LORETTA CAMMACK,DISTRICT CLERK**
**Est of Willie Mettauer, Deceased**
**Cause No C1934451, 145th Dist Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.409**

**Nonpriority creditor's name and mailing address**
**LORETTA L RIPTOE**
**708 Worden St. SE**
**GRAND RAPIDS, MI 49507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.410**

**Nonpriority creditor's name and mailing address**
**LORRAINE HIRSCH NELLIS**
**756 Camino Magnifico**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.411**

**Nonpriority creditor's name and mailing address**
**LOUIS J WORTHAM III**
**1097 Redfish St**
**BAYOU VISTA, TX 77563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LOUISE F KEMP**
**5829 Calhurst**
**DALLAS, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LOUISE H RUNG III**
**222 Coconut St, Rt 2**
**GALVESTON, TX 77554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Other Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LOUISE H. DAVIS IRREVOCABLE TRUST**
**William V. Hanks, Trustee**
**c/o Raymond B. Keating, III**
**P O Box 62208**
**HOUSTON, TX 77205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LOYOLA P HOLLAND**
**204 Devonshire Dr**
**SAN ANTONIO, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Other Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LUTHER SWIFT III**
**4375 Thomas Place**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Other Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LVG TR OF MARY/EDWARD COLQUITT**
**Mary & Edward Colquitt, Trustees**
**2541 Moyers Rd**
**RICHMOND, CA 94806-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Other Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LYNDEL N BEENE JR**
**1425 Birdsall St**
**HOUSTON, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Petty Suspense Payable_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LYNN W HICKEY**
**4413 Bat Falcon**
**AUSTIN, TX 39180-8027**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MADGE WALLACE**
**c/o Robert Nettles**
**1218 Marilyn Jane Lane**
**ROCKWALL, TX 75087**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MAGNOLIA MARTIN ESTATE**
**Emmitt Martin, Jr. Executor**
**3728 Avenue N**
**GALVESTON, TX 77550-6612**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MALCOLM ENERGY, LLC**
**9601 Pine Lake Drive**
**HOUSTON, TX 77055**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MALCOLM L STEWART**
**1701 16th St. NW**
**#727**
**WASHINGTON, DC 20009**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MAMIE S BLOOM**
**2780 W Riverwalk Cr**
**LITTLETON, CO 80123**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MARGARET ANNE HENDERSON BECKMAN**
**606 Bayview Drive**
**KERENS, TX 75114**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARGARET H. DYER**
**7895 Joee Lane**
**NAVASOTA, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARGARET MICHELE GROSSAINT**
**2916 Camille Dr**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARGIE NORDT**
**P O Box 616**
**MILLICAN, TX 77866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARGIE SCHWARTZ STARKE**
**6001 Kelsing Cove**
**AUSTIN, TX 78835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARILYN H MUNGER WATSON**
**1400 Zillock Rd**
**Lot T417**
**SAN BENITO, TX 78586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARJORIE J WILLIAMS LIFE ESTATE**
**Sherry Sneed & Merry Waugh,**
**Remaindermen**
**3117 SW 28th**
**AMARILLO, TX 79109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARK A. JAEHNE**
**P O Box 726**
**GIDDINGS, TX 78942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
Name

Case number (if known) _____

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARK H DANIELS FAMILY TRUST**
Patricia Daniels, Trustee
**4504 Elm St**
**CHEVY CHASE, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARK L SHIDLER INC**
**1313 Campbell Rd, Suite D**
**HOUSTON, TX 77055-6429**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARK LEON HALE**
**2925 Gulf Fwy South**
**Suite B, Box 517**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARK WILLIAM MCLEAN**
**440 Route 103**
**SUNAPEE, NH 03782**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARTHA JANE SCHMIDT TAYLOR**
**1310 N. Fredonia St**
**NACOGDOCHES, TX 75963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARY ALICE GREEN**
**1153 Rumrill Blvd Trlr 36**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARY ANN COUSSONS**
**4523 Cypress Pond Ct**
**HOUSTON, TX 77059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Other Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

**3.440** Nonpriority creditor's name and mailing address
**MARY B MEHTA**
**944 Legacy Oaks Dr**
**PENSACOLA, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.441** Nonpriority creditor's name and mailing address
**MARY BETH HOLMES TRUST**
**2900 Cedarview**
**HENDERSON, TX 75652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.442** Nonpriority creditor's name and mailing address
**MARY C. STRICKLAND**
**5619 Dahlia Lane**
**KATY, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.443** Nonpriority creditor's name and mailing address
**MARY C. STRICKLAND**
**5619 Dahlia Lane**
**KATY, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.444** Nonpriority creditor's name and mailing address
**MARY D. AMES**
**P O Box 892**
**PROCTOR, TX 76468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.445** Nonpriority creditor's name and mailing address
**MARY F HARDEMAN ECKELS**
**24807 Mt Auburn Dr**
**KATY, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.446** Nonpriority creditor's name and mailing address
**MARY F HARDEMAN ECKELS**
**24807 Mt Auburn Dr**
**KATY, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Eagle Valley Development, LLC**

Name

Case number (if known)

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARY JOYCE**
**2832 Ranch Road 1323**
**JOHNSON CITY, TX 78636-4436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARY L. RICHARDS**
**22525 7th Ave S, #419**
**DES MOINES, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARY LOUISE SCHROEDER**
**1802 Mission Dr**
**VICTORIA, TX 77901-3122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARY M LATSOS**
**435 Stacy Lane**
**BOSSIER CITY, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARY R BLOUT BIGGERSTAFF**
**4002 Pueblo Ct**
**GRANBURY, TX 76048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MARYANA H SYMES**
**1809 Club House Ln**
**SAN ANGELO, TX 76904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MATNEY NEATHERLIN**
**4265 Cottonwood Ln**
**EXCELSIOR, MN 55331-9328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MATTHEW ALLEN THOMPSON**
**18224 Ashford Oaks Drive**
**WILDWOOD, MO 63038**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MAXINE HARDEMAN**
**2980 Wooden Rd**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MAY BENELLEN SISSON**
**450 Southwest 9th**
**COOPER, TX 75432**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MAYO MINERALS LLC**
**P. R. Mayo Jr.**
**1250 NE Loop 410, Suite 415**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MBOE, INC.**
**1020 E. Levee St, Suite 130**
**DALLAS, TX 75207**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MBOE, INC.**
**1020 E. Levee St, Suite 130**
**DALLAS, TX 75207**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**MCGILLICUDDY LLC**
**4408 Steeplewood Trail**
**ARLINGTON, TX 76016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.461** | Nonpriority creditor's name and mailing address

**MELANIE A. HOEFER**
**2 Wickham Pl**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.462** | Nonpriority creditor's name and mailing address

**MELANIE BUDIL**
**1805 S Buhr Mill Ct**
**SPRINGFIELD, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.463** | Nonpriority creditor's name and mailing address

**MELINDA A TAUNTON**
**2306 Wesley Circle**
**BOSSIER CITY, LA 71111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.464** | Nonpriority creditor's name and mailing address

**MELISSA VINCENT CASTRO**
**313 East McCart St**
**KRUM, TX 76249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.465** | Nonpriority creditor's name and mailing address

**MEREDITH LAND & MINERALS COMPANY**
**2001 Kirby Drive, Suite 1350**
**HOUSTON, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.466** | Nonpriority creditor's name and mailing address

**MEREDITH LAND & MINERALS COMPANY**
**2001 Kirby Drive, Suite 1350**
**HOUSTON, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.467** | Nonpriority creditor's name and mailing address

**MEREDITH LAND & MINERALS COMPANY**
**2001 Kirby Drive, Suite 1350**
**HOUSTON, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MEREDITH LAND & MINERALS COMPANY**
**2001 Kirby Drive, Suite 1350**
**HOUSTON, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MERRY P WAUGH**
**P O Box 274**
**ENCAMPMENT, WY 82325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MICHAEL A. LOVERA**
**362 N FM 730**
**DECATUR, TX 76234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MICHAEL E  & KIMBERLY KAY HUDSON**
**129 CR 4377**
**DECATUR, TX 76234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MICHAEL LOWERY**
**P O Box 63**
**ETOILE, TX 75944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MICHAEL NEIL BROWN**
**18727 Thorntree Ln**
**DALLAS, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MICHAEL S. COCHRAN**
**51 Saddle Rock Ridge**
**WIMBERLEY, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eagle Valley Development, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**3.475**

**Nonpriority creditor's name and mailing address**
**MICHAEL T HOLLAND**
**8 Bretagne Cir**
**LITTLE ROCK, AR 72223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.476**

**Nonpriority creditor's name and mailing address**
**MIDDLEBROOK MINERAL PARTNERSHI**
**P O Box 632399**
**NACOGDOCHES, TX 75963-2399**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477**

**Nonpriority creditor's name and mailing address**
**MIKE REEDER**
**3001 RR 620 S**
**Suire 323**
**AUSTIN, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.478**

**Nonpriority creditor's name and mailing address**
**MINNIE F HUCKABEE**
**9437 Palmetto Ln**
**SHREVEPORT, LA 71118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479**

**Nonpriority creditor's name and mailing address**
**MINNIE LAURA KOSCH**
**8017 S. Neenah**
**BURBANK, IL 60459-1752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.480**

**Nonpriority creditor's name and mailing address**
**MIRANDA D HOLLIMAN**
**1001 County Rd 419**
**NACOGDOCHES, TX 75961**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.481**

**Nonpriority creditor's name and mailing address**
**MIRIMAR EAGLEBINE LLC**
**4143 Maple Ave, Suite 300**
**DALLAS, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.482** | Nonpriority creditor's name and mailing address

**MOLLY TUCKER SMITH**
**822 Millard Dr**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.483** | Nonpriority creditor's name and mailing address

**MONTANA STATE UNIVERSITY**
**1501 S. 11th**
**BOZEMAN, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.484** | Nonpriority creditor's name and mailing address

**MOONSHADOW RESOURCES LLC**
**185 Quail Run**
**ODESSA, TX 79761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.485** | Nonpriority creditor's name and mailing address

**MPH PRODUCTION COMPANY**
**P O Box 2955**
**VICTORIA, TX 77902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.486** | Nonpriority creditor's name and mailing address

**MS. FLOY R HEDDEN**
**3606 Lucas Drive**
**AUSTIN, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.487** | Nonpriority creditor's name and mailing address

**MS. FLOY R HEDDEN**
**3606 Lucas Drive**
**AUSTIN, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.488** | Nonpriority creditor's name and mailing address

**MS. FLOY R HEDDEN**
**3606 Lucas Drive**
**AUSTIN, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MS. LAUREL H JUNG**
**7260 York Ave So., #401**
**EDINA, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MS. SAVILLE INMAN**
**N4238 Pelsdorf Ave**
**GRANTON, WI 54436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**MYRON M BEENE**
**14390 FM 244**
**IOLA, TX 77861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NANCY A HACKNEY**
**704 Center Way**
**LAKE JACKSON, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NANCY G. DAVIS**
**P O Box 101141**
**FT. WORTH, TX 76185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NANCY H GREENSHIELD**
**17818 Burnt Leav Ln**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NANCY LANHAM**
**1023 St. Hwy 361**
**Suite C**
**PORT ARANSAS, TX 78373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.496**

**Nonpriority creditor's name and mailing address**
**NANCY SNYDER**
**6543 Fair Valley Trail**
**AUSTIN, TX 78749**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497**

**Nonpriority creditor's name and mailing address**
**NELL ABNEY LIFE ESTATE**
**Mark Abney, Remainderman**
**3905 S. Chestnut**
**LUFKIN, TX 75901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498**

**Nonpriority creditor's name and mailing address**
**NEREA ENTERPRISES LLC**
**P O Box 635426**
**NACOGDOCHES, TX 75963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499**

**Nonpriority creditor's name and mailing address**
**NEW DAWN ENERGY LLC**
**3100 S. Gessner, Suite 105**
**HOUSTON, TX 77063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500**

**Nonpriority creditor's name and mailing address**
**NEW DAWN ENERGY LLC**
**3100 S. Gessner, Suite 105**
**HOUSTON, TX 77063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501**

**Nonpriority creditor's name and mailing address**
**NEW DAWN ENERGY LLC**
**3100 S. Gessner, Suite 105**
**HOUSTON, TX 77063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502**

**Nonpriority creditor's name and mailing address**
**NORMA SCHUNIOR SOWELL**
**697 Schunior Road**
**CHIRENO, TX 75937**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.503**

**Nonpriority creditor's name and mailing address**
**NTG Environmental**
**911 Regional Park Drive**
**HOUSTON, TX 77060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Payables_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.504**

**Nonpriority creditor's name and mailing address**
**OLIVE WISTER KAMPMANN**
**1 Towers Park Lane #616**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.505**

**Nonpriority creditor's name and mailing address**
**OMA LLC**
**9118 Lake Lewisville Court**
**CYPRESS, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Petty Suspense Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.506**

**Nonpriority creditor's name and mailing address**
**ORION DRILLING COMPANY, LLC**
**P O Box 71509**
**CORPUS CHRISTI, TX 78467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Other Suspense Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.507**

**Nonpriority creditor's name and mailing address**
**OSBORNE FAMILY PROPERTIES, LTD.**
**P O Box 8206**
**WICHITA FALLS, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Other Suspense Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.508**

**Nonpriority creditor's name and mailing address**
**OSBORNE FAMILY PROPERTIES, LTD.**
**P O Box 8206**
**WICHITA FALLS, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.509**

**Nonpriority creditor's name and mailing address**
**OSPREY RESOURCES INC**
**P O Box 56449**
**HOUSTON, TX 77256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Petty Suspense Payable_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor __**Eagle Valley Development, LLC**__
      Name

Case number (*if known*) _____

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PAGAN REVOCABLE LIFETIME TRUST**
**Leah Pagan Olivarri & Allan C. Pagan, TR**
**P O Box 3867**
**CORPUS CHRISTI, TX 78463-3867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Petty Suspense Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATCH ENERGY LLC**
**P O Box 51068**
**MIDLAND, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Revenue Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATRICIA M GEORGE**
**John C Mast, Agent & AIF**
**P O Box 635025**
**NACOGDOCHES, TX 75963-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Revenue Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATRICIA M WILLIAMS HAMMONS**
**16223 Robinwood Ln**
**SAN ANTONIO, TX 78248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Revenue Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATRICIA SMITH,RECEIVER ON BEHALF**
**of Estate of J H Teutsch, Deceased**
**145th District Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Other Suspense Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATRICIA SMITH,RECEIVER ON BEHALF**
**of Estate of Jennie Scott, Deceased**
**Cause No C1934452, 145th District Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Other Suspense Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PATRICIA SMITH,RECEIVER ON BEHALF**
**of Estate of M L Teutsch, Deceased**
**Cause No C1934452, 145th District Court**
**101 W Main St, Suite 120**
**NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Other Suspense Payable**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**     Case number (if known) _____

Name

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PATRICIA SMITH,RECEIVER ON BEHALF of Estate of W A Teutsch, Deceased Cause No C1934452, 145th District Court 101 W Main St, Suite 120 NACOGDOCHES, TX 75961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PATRICIA SWIFT ROBERT 4375 Thomas Place BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PATRICK W WALLACE 10299 Jackrabbit Ln BRYAN, TX 77808-4027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PATSY L. LANGFORD 9075 CR 174 ANDERSON, TX 77830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PATTI MOORE TODD 2930 Lakeview Rd SHREVEPORT, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PAUL C BESING**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PAULINE J LOW TRUST John Low, Trustee 4040 Broadway St, Suite 510 SAN ANTONIO, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                    Case number (if known) _____
          Name

| | |
|---|---|

**3.524**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PEGGY BULL**<br>**4757 County Road 69**<br>**ROBSTOWN, TX 78380-5805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Petty Suspense Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.525**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PENELOPE A DOUGHERTY**<br>**Or Her Successors-in-Interest** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Other Suspense Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.526**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PERI LOOKABAUGH WEAKS**<br>**601 Sandalwood Ct**<br>**COPPELL, TX 75019-2223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Petty Suspense Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.527**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PHILIP E SANDERS JR**<br>**2900 Cedarview**<br>**AUSTIN, TX 78704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Other Suspense Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.528**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PHILLIP EISEN**<br>**262 Beth Dr**<br>**LIVINGSTON, TX 77351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.529**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PLAYMOORE HOLDINGS LLC**<br>**Attn: Jeff Lynch**<br>**5891 SH 119**<br>**GILLETT, TX 78116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Petty Suspense Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.530**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PLAYMOORE VENTURES, LLC**<br>**5891 State Highway 119**<br>**GILLETT, TX 78116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue Payable**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PMG RESOURCES LC**
**4205 McFarlin Blvd**
**DALLAS, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**POWELL'S' BLUFF CONSOLIDATION**
**12409 FM 1935**
**BRENHAM, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRELLY MINERALS**
**P O Box 1385**
**FORT WORTH, TX 76101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRISCILLA DAVIS GRAVELY**
**3510 St. Johns Dr.**
**DALLAS, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Q2 ARTIFICIAL LIFT SERVICES LLC**
**3611 Hwy 158**
**MIDLAND, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**QUARTZ ROYALTY LLC**
**P O Box 1433**
**CHICKASHA, OK 73023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**QUORUM BUSINESS SOLUTIONS USA INC.**
**P O Box 734963**
**DALLAS, TX 75373-4963**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RANDALL W PECK IRREV TRUST**
**UTA Dated 12/05/2012**
**Randall W. Peck, Trustee**
**1675 Godfrey Lane**
**VIRGINIA BEACH, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RAY KOWALIK**
**4570 Matt Wright Road**
**NAVASOTA, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RAYMOND O KLUSSMANN**
**3553 FM 3456**
**BRENHAM, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RDG LAND SERVICES LLC**
**105 N West St**
**ATLANTA, TX 75551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**REBECCA A HALE FISHER**
**6505 Geisler Crossing Lane**
**DICKINSON, TX 77539-1158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**REBECCA SCHOTT TESTAMENTARY**
**TRUST**
**930 CR 620**
**NACOGDOCHES, TX 75964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**REGINALD W ADAMS**
**3514 Colquitt Rd**
**SHREVEPORT, LA 71118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eagle Valley Development, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.545** | Nonpriority creditor's name and mailing address

**RENEE L RHODES**
3103 Knight Lane
BAYTOWN, TX 77521

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address

**RICHARD A POWELL IRREV TRUST**
Attn: Richard A. Powell
13095 CR 31
STERLING, CO 80751

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address

**RICHARD G FOCKE**
7422 Carew
HOUSTON, TX 77004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address

**RICHARD KIRK MOSS**
17 Scattered Oaks
HUNTSVILLE, TX 77320

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address

**RICHARD M. VICK**
2211 Windsor Dr
BRYAN, TX 77802-4649

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address

**RICHARD PENA**
2902 W 28th St
BRYAN, TX 77803-6200

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address

**RICK PRESCOTT**
P O Box 22002
FT. LAUDERDALE, FL 33335

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**
_____    Case number *(if known)* _____
         Name

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RICK PRESCOTT**
**P O Box 22002**
**FT. LAUDERDALE, FL 33335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RITA MOORE HARRIS**
**9253 Wallace Lake Rd**
**SHREVEPORT, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RJH ENERGY, LTD.**
**3001 RR 620 South**
**Suite 322**
**AUSTIN, TX 78738-6887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT C BLOUNT &**
**Klaudia E J Blount, JTROS**
**398 CR 1895**
**YANTIS, TX 75497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT DOUGLAS NAMAN**
**1800 Glen Road**
**KERRVILLE, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT ELLISON FLYNN**
**16511 Riverpointe Dr**
**CHARLOTTE, NC 28278-5804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT L. TICHENOR**
**437 Walnut Ave**
**WAYNESBORO, VA 22980-4717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Eagle Valley Development, LLC**
_____  Case number (if known) _____
Name

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT L. TICHENOR**
437 Walnut Ave
WAYNESBORO, VA 22980-4717

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT NOBLE SMITH LEGACY LLC**
P O Box 65
MCCORDSVILLE, IN 46055

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT OLIN WHIDDON**
1400 S Park St
BRENHAM, TX 77833

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT SIDNEY YARBROUGH**
2018 Sidney Baker St
KERRVILLE, TX 78028

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT T HARDEMAN**
903 Rober E. Lee Dr
GREENWOOD, MS 38930

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT T MARTIN**
2726 Oak Rd
PEARLAND, TX 77584

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ROBERT W SUTTON JR**
2160 Woodsfield
BEAUMONT, TX 77706

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eagle Valley Development, LLC**                              Case number (if known) _____
_____
Name

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT W SUTTON JR &**
**BRANDA RAE SUTTON**
**2160 Woodsfield**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERTA A. KAHN**
**5372 Laurel Drive**
**CONCORD, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBIN F FERNANDEZ**
**7910 Tizerton Ct**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBIN PANTALION SMITH**
**580 County Rd 255**
**NACOGDOCHES, TX 75965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBIN TRANT JOHNSON**
**P O Box 130**
**IOLA, TX 77861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBIN TUCKER HENDERSON LIM**
**408 Cielo Vis**
**CANYON LAKE, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROCK HOUSE RESOURCES LLC**
**316 Bailey Ave, Suite 100**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.573**

**Nonpriority creditor's name and mailing address**
**ROCK HOUSE RESOURCES LLC**
**316 Bailey Avenue, Suite 100**
**FORT WORTH, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.574**

**Nonpriority creditor's name and mailing address**
**Rockin A-4H Services**
**2890 Enloe Drive**
**BRYAN, TX 77807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.575**

**Nonpriority creditor's name and mailing address**
**RODMAN SAVILLE TRUST**
**Pamela B. Saville Springall, Trustee**
**3 Juniper Rd**
**PLACITAS, NM 87043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.576**

**Nonpriority creditor's name and mailing address**
**RODOLFO MARTIN ACOSTA TRANT**
**9440 SW 100th St**
**MIAMI, FL 33176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.577**

**Nonpriority creditor's name and mailing address**
**ROGER N & BELINDA K WILLIAMS**
**6494 Waterway Drive**
**COLLEGE STATION, TX 77845**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.578**

**Nonpriority creditor's name and mailing address**
**ROMAN TRANT**
**P O Box 5205**
**BRYAN, TX 77805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.579**

**Nonpriority creditor's name and mailing address**
**RONALD E. LOVERA**
**601 Lasater Ct**
**KELLER, TX 76248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSALIE A. MAXEY**
**11265 E FM 219**
**HICO, TX 76457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSEMARY S. BARNETT**
**517 Dell Place**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSEMARY S. BARNETT**
**517 Dell Place**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSEMARY S. BARNETT**
**517 Dell Place**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSS TUCKER**
**P O Box 1524**
**ARCHER CITY, TX 76351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ROSSCER C TUCKER II**
**2902 Cedar Woods Place**
**HOUSTON, TX 77068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RUSSELL H WHITE**
**117 Franklin Blvd #102**
**AUSTIN, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.587**

**Nonpriority creditor's name and mailing address**
**RUTH RASCH MERIC LIFE ESTATE**
**3733 Westheimer, Apt 1030**
**HOUSTON, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.588**

**Nonpriority creditor's name and mailing address**
**RYAN S FORSYTHE**
**922 W Westover Rd**
**SPOKANE, WA 99218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.589**

**Nonpriority creditor's name and mailing address**
**SALLY MGMT LLC**
**P O  Box 80335**
**AUSTIN, TX 78708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.590**

**Nonpriority creditor's name and mailing address**
**SAMANTHA BROOKE STONE**
**8700 Millway**
**AUSTIN, TX 78757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591**

**Nonpriority creditor's name and mailing address**
**SAMANTHA BROOKS SCHELL**
**6208 Draftwood Dr**
**MIDLAND, TX 79707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592**

**Nonpriority creditor's name and mailing address**
**SAMCO OIL & GAS PROPERTIES LLC**
**P O Box 23247**
**OVERLAND PARK, PARK 66283-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.593**

**Nonpriority creditor's name and mailing address**
**SANDRA ACOSTA**
**521 E 12th St**
**HOUSTON, TX 77008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.594**

**Nonpriority creditor's name and mailing address**

**SANDRA C. MUNGER**
**1050 Reef Road, Unit 101**
**VERO BEACH, FL 32962**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payables**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.595**

**Nonpriority creditor's name and mailing address**

**SARAH ELLA MELTON MARTIN, LIFE TNT**
**2726 Oak Road**
**PEARLAND, TX 77584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.596**

**Nonpriority creditor's name and mailing address**

**SCHUMACHER MINERALS, LTD**
**c/o Travis Property Management LLC**
**P O Box 56429**
**HOUSTON, TX 77256-6429**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.597**

**Nonpriority creditor's name and mailing address**

**SCOTT B BLOUNT**
**8026 Sandpiper Ln NE**
**BAINBRIDGE ISLAND, WA 98110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.598**

**Nonpriority creditor's name and mailing address**

**SCOTTY G. HERIN**
**20511 Barron Road**
**COLLEGE STATION, TX 78029-0040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.599**

**Nonpriority creditor's name and mailing address**

**SEALE/HUTCHESON DESCEN**
**PARTNERSHIP**
**P O Box 3147**
**BELLAIRE, TX 77402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.600**

**Nonpriority creditor's name and mailing address**

**SENECA RESOURCES CO, LLC**
**Attn: Accounting Dept**
**2000 Westinghouse Dr, Suite 400**
**CRANBERRY TOWNSHIP, PA 16066**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Eagle Valley Development, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.601**

Nonpriority creditor's name and mailing address

**SHEPHERD OIL & GAS LLC**
Attn: Gary Redwine
5949 Sherry Lane, Suite 1175
DALLAS, TX 75225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.602**

Nonpriority creditor's name and mailing address

**SHEPHERD ROYALTY LLC**
5949 Sherry Lane, Suite 1175
DALLAS, TX 75225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.603**

Nonpriority creditor's name and mailing address

**SHERRIE HOPKINS**
3801 East Crest Dr
Apt. #4306
BRYAN, TX 77802

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.604**

Nonpriority creditor's name and mailing address

**SHERRY GAYLE SNEED**
4108 O'Neill Dr
AMARILLO, TX 79109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.605**

Nonpriority creditor's name and mailing address

**SHERWIN L HARDEMAN**
625 Millard Dr
NACOGDOCHES, TX 75965

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.606**

Nonpriority creditor's name and mailing address

**SHERYL K MCDANIEL REVOC TRUST**
Sheryl K McDaniel, Trustee
P O Box 2040
FLINT, TX 75762

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.607**

Nonpriority creditor's name and mailing address

**SHRINER'S HOSPITALS FOR CHILDREN**
c/o Northern Trust Co
P O Box 226270
DALLAS, TX 75222

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Eagle Valley Development, LLC**                                      Case number (if known) _____
       Name

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SIDNEY DAVIS SMITH**
**2407 E 72 Place**
**TULSA, OK 74136-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SIDNEY DAVIS TRUST**
**Georgi D. Duwe, Trustee**
**P O Box 26547**
**AUSTIN, TX 78755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SKILLERN FAMILY CEMETERY**
**1219 McLemore Court**
**NACOGDOCHES, TX 75964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Southeast Texas Oilfield Supply**
**1147 E. Gibson St.**
**P O Box 2170**
**JASPER, TX 75951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payables

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SOUTHWEST MINERALS GROUP LTD**
**P O Box 153220**
**LUFKIN, TX 75915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Petty Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SOUTHWEST PETROLEUM COMPANY, LP**
**P O Box 702377**
**DALLAS, TX 75370-2377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Other Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SOUTHWEST PETROLEUM COMPANY, LP**
**P O Box 702377**
**DALLAS, TX 75370-2377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Other Suspense Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SOUTHWEST PETROLEUM COMPANY, LP**
P O Box 702377
DALLAS, TX 75370-2377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SOUTHWEST RESOURCES, INC.**
P O Box 1805
BRENHAM, TX 77834-1805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SOVOS COMPLIANCE, LLC**
200 Ballardvale St.
Bldg, 1, 4th Floor
WILMINGTON, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SPALDING PROSPECTS, LLC**
2407 Stoney Brook Dr.
HOUSTON, TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SPIRO RESOURCES LTD**
P O Box 6387
SAN ANTONIO, TX 78209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**STEFANIE S NIELSON**
5518 Tanbark Road
DALLAS, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**STEPHANIE T GRANGER**
3790 Hwy 12
VIDOR, TX 77662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.622**

**Nonpriority creditor's name and mailing address**

**STEPHEN BRUCE FRUEN**
**8373 E Via De Ventura Dr**
**Apt K-142**
**SCOTTSDALE, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**

**Nonpriority creditor's name and mailing address**

**STEPHEN I MUNGER IV**
**Credit Shelter Trust**
**32 Hunting Hill Dr.**
**DIX HILLS, NY 11746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.624**

**Nonpriority creditor's name and mailing address**

**STEPHEN LAWRENCE NAMAN**
**4855 Chamblee Dunwood Rd**
**ATLANTA, GA 30338**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.625**

**Nonpriority creditor's name and mailing address**

**STEPHYN P HOLLAND**
**19425 Haude Rd**
**SPRING, TX 77388**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.626**

**Nonpriority creditor's name and mailing address**

**STERLING W JENIGAN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.627**

**Nonpriority creditor's name and mailing address**

**STEVEN CRAIG**
**180 Orchard Hill Ln**
**NEWPORT, VA 24128-3536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.628**

**Nonpriority creditor's name and mailing address**

**STEVEN LEE BROWN**
**1229 CR 663**
**Lot #246**
**OAK GROVE, AR 72660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Eagle Valley Development, LLC**                                          Case number (if known) _____
_____
Name

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**STEVEN S VINCENT**
**419 Brett Drive**
**DAYTON, OH 45433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STEVEN S VINCENT**
**419 Brett Drive**
**DAYTON, OH 45433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STEVEN SPAIN**
**P O Box 4147**
**BOZEMAN, MT 59772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STEWART LOVING-GIBBARD**
**3439 NE Sandy Blvd. #327**
**PORTLAND, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STEWART MINERAL CORPORATION**
**P O Box 1408**
**GRAHAM, TX 76450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STEWART MINERAL CORPORATION**
**P O Box 1408**
**GRAHAM, TX 76450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**STUART M WILLIAMS**
**7630 Lynn Ann**
**SAN ANTONIO, ANTONIO 78240-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.636** | Nonpriority creditor's name and mailing address
**SUE ANN MARTIN**
**1614 Stuart Dr**
**RICHMOND, TX 77406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address
**SUSAN CRAIG HUNTER**
**6302 Sault Dr**
**CORPUS CHRISTI, TX 78414-3013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address
**SUSAN D. JUMONVILLE**
**504 Lora Ln**
**WINTERVILLE, NC 28590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address
**SUSAN NAMAN GARFINKEL**
**241 Confederate Cir**
**CHARLESTON, SC 29407**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address
**SUSAN SCHMIDT POSTON**
**11423 Falcon Dr**
**TEMPLE, TX 76502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address
**SUSAN TUCKER ALEXANDER**
**1575 Preston Rd**
**DENISON, TX 75020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address
**SUTTON & COMPANY LP**
**8312 W Breeze Way**
**JONESTOWN, TX 78645**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
_____
Name

Case number (if known) _____

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SUTTON4 NATURAL RESOURCES LLC**
**4005 Raquet St**
**NACOGDOCHES, TX 75965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SUZANNA FULCHER**
**5218 Braeburn Dr**
**BELLAIRE, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SUZANNE DAVIS, LP**
**Roger Love, Manager**
**1101 Butternut**
**ABILENE, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SVN MINERALS LLC**
**P O Box 56429**
**HOUSTON, TX 77256-6429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SYLVIA SWIFT BESING**
**8523 Thackery St**
**DALLAS, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SYLVIA T PORTEOUS REVOC TRUST**
**P O Box 56429**
**HOUSTON, TX 77256-6429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**T. DON HUTTON REVOCABLE TRUST**
**Terrell Don Hutton, Trustee PMB 220**
**73 White Bridge Rd**
**Suite 103**
**NASHVILLE, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**

Name

Case number *(if known)* _____

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TAILAI HUANG**
**4249 Yucca Flats Trail**
**FORT WORTH, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Revenue Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TASCA G FEIBEL**
**75 Abby Woods Ln**
**DALLAS, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Petty Suspense Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TCEQ**
**Attn: BKCY Division**
**P.O. Box 13087**
**Austin, TX 78711**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TED H. YORK LIFE ESTATE**
**4541 Lake Pointe Ave**
**BATON ROUGE, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Petty Suspense Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TERESA LYNN HICKS**
**9533 CR 173**
**IOLA, TX 77861**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Revenue Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TERRI ANN ELLISON**
**P O Box 22**
**CHAPPELL HILL, TX 77426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Revenue Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TERRY F HARDEMAN**
**620 Mission View Ct**
**NEW BRAUNFELS, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Petty Suspense Payable**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                                    Case number (if known) _____

Name

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TESTAMENTARY TRUST UWO CLARA**
c/o Regions Bank/Operations Group
P O Box 11566
Account#6412000127
**BIRMINGHAM, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Railroad Commission**
**Enforcement Division**
**Office of General Counsel**
**P.O. Box 12967**
**Austin, TX 78711**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THADDEUS ALLEN BERRY**
P O Box 73
**ROSELAND, LA 70456-0073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THE ANNA MARY TRAINER REVOCABL**
2615 Calder Ave, Suite 1050
**BEAUMONT, TX 77702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THE ANNA MARY TRAINER REVOCABL**
2615 Calder Ave, Suite 1050
**BEAUMONT, TX 77702**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Dispute**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THE ESTATE OF DORIS EVANS, DECEASED**
c/o Julia Ann Weathersbee
8911 Tweed Berwick Dr
**AUSTIN, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THE OUTBACK RANCH LLC**
1851 Deer Park Dr
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Eagle Valley Development, LLC**                                          Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**THE OUTBACK RANCH LLC**
**1851 Deer Park Dr**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THE OUTBACK RANCH LLC**
**1851 Deer Park Dr**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THE R.J. AND C.S. ST. GERMAIN**
**PARTNERSHIP, LTD DULUTH 1889 LC, GP**
**P O Box 1889**
**WIMBERLEY, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THE ROSINE BLOUNT MCFADDIN MIN**
**2615 Calder Ave, Suite 1050**
**BEAUMONT, TX 77702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THE ROSINE BLOUNT MCFADDIN MIN**
**2615 Calder Ave, Suite 1050**
**BEAUMONT, TX 77702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalty Dispute**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THERMON A. MOORE**
**902 Joseph St**
**SHREVEPORT, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Petty Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**THOMAS J SIMMONS (LIFE ESTATE)**
**603 CR 3017**
**DAYTON, TX 77535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Other Suspense Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.671** | Nonpriority creditor's name and mailing address

**THOMAS K BOONE**
**4417 Lorraine Ave**
**DALLAS, TX 75205-3610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address

**THOMAS L PRICE**
**294 Hickory Hills Loop**
**PURVIS, MS 39475**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Revenue Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address

**THOMAS W HOCH**
**4515 Merle Dr #B**
**AUSTIN, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address

**THOMAS WILLIAM WALLACE**
**15119 Jones Road**
**Houston, TX 77070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.675** | Nonpriority creditor's name and mailing address

**TIMOTHY EDWARD BLOUNT**
**P O Box 73**
**WAPANUCKA, OK 73461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.676** | Nonpriority creditor's name and mailing address

**TLW INVESTMENTS INC.**
**1001 Fannin, Suite 2020**
**HOUSTON, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.677** | Nonpriority creditor's name and mailing address

**TOM HAAS**
**P O Box 375**
**CAMPTON, NH 03223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.678**

**Nonpriority creditor's name and mailing address**

**TOMMY HOLIDY**
**P O Box 4275**
**PALESTINE, TX 75802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.679**

**Nonpriority creditor's name and mailing address**

**TRACEY FREEZIA**
**14085 Denver West Cir**
**Apt 2307**
**LAKEWOOD, CO 80401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.680**

**Nonpriority creditor's name and mailing address**

**TRACEY L HARDEMAN**
**2314 S Acoma St**
**DENVER, CO 80223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Other Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.681**

**Nonpriority creditor's name and mailing address**

**TRANT L. KIDD FAM PRT LTD**
**102 N College Ave**
**Suite 106**
**TYLER, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Petty Suspense Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.682**

**Nonpriority creditor's name and mailing address**

**TRAVIS HARRIS**
**530 Birch Court**
**RIFLE, CO 81650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.683**

**Nonpriority creditor's name and mailing address**

**TRI-STATE VACUUM & RENTAL LLC**
**8204 US Hwy 59 N**
**TENAHA, TX 75974**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.684**

**Nonpriority creditor's name and mailing address**

**TRIPLE CROWN ACQUISITIONS LLC**
**P O Box 376**
**JACKSONVILLE, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue Payable__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.685**

**Nonpriority creditor's name and mailing address**
**TUSK ROYALTY, LLC**
**316 Bailey Ave, Suite 100**
**Ft. Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.686**

**Nonpriority creditor's name and mailing address**
**TWO RIVERS ENERGY INVESTORS LP**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.687**

**Nonpriority creditor's name and mailing address**
**TWO RIVERS ENERGY INVESTORS LP**
**3698 RR 620 S**
**Suite 113**
**AUSTIN, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.688**

**Nonpriority creditor's name and mailing address**
**TY TUCKER**
**P O Box 1524**
**ARCHER CITY, TX 76351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.689**

**Nonpriority creditor's name and mailing address**
**UNITED EAGLE FORD #1, LP**
**320 S Oak St**
**Suite 216**
**ROANOKE, TX 76262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue Payable**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.690**

**Nonpriority creditor's name and mailing address**
**US ARMY CORPS OF ENGINEERS**
**P O Box 76102-0300**
**FORT WORTH, TX 76102-0300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.691**

**Nonpriority creditor's name and mailing address**
**V J RANCH INTERESTS, LP**
**P O Box 60768**
**SAN ANGELO, TX 76906**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.692**

**Nonpriority creditor's name and mailing address**
**VELA ROBERTSON**
**211 N  L Ave.**
**WAPANUCKA, OK 73461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.693**

**Nonpriority creditor's name and mailing address**
**VELMA MURPHY**
**7405 David Dr**
**FRISCO, TX 75034-5439**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.694**

**Nonpriority creditor's name and mailing address**
**VERA PRESCOTT**
**9101 Business Hwy 83, #345**
**HARLINGEN, TX 78552**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.695**

**Nonpriority creditor's name and mailing address**
**VERNON E KENNER**
**2803 Marquis Cir. West**
**ARLINGTON, TX 76016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.696**

**Nonpriority creditor's name and mailing address**
**VERNON JAY MARTIN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.697**

**Nonpriority creditor's name and mailing address**
**VERNON MOORE**
**4720 Old Mooringsport Rd**
**SHREVEPORT, LA 71107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.698**

**Nonpriority creditor's name and mailing address**
**VICK MINERAL INTERESTS, LP**
**2817 Persimmon Ridge Ct**
**BRYAN, TX 77807-4861**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.699** | Nonpriority creditor's name and mailing address
**VICTOR E MIDYETT**
**15434 Peermont**
**HOUSTON, TX 77062**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspenses Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.700** | Nonpriority creditor's name and mailing address
**VIK RANCH, LLC**
**7680 Greencrest Cir**
**BASTROP, LA 71220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.701** | Nonpriority creditor's name and mailing address
**VIRGINIA A SCELFO**
**27010 Carmel Falls Ln**
**KATY, TX 77494**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.702** | Nonpriority creditor's name and mailing address
**VIRGINIA ANN SMITH FOSS TRUST**
**c/o Raymond B. Keating, III**
**P O Box 62208**
**HOUSTON, TX 77205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.703** | Nonpriority creditor's name and mailing address
**VIRGINIA ANN SMITH FOSS TRUST**
**c/o Raymond B. Keating, III**
**P O Box 62208**
**HOUSTON, TX 77205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.704** | Nonpriority creditor's name and mailing address
**VIRGINIA ANN SMITH FOSS TRUST**
**c/o Raymond B. Keating, III**
**P O Box 62208**
**HOUSTON, TX 77205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.705** | Nonpriority creditor's name and mailing address
**VIRGINIA HOWE SMITH OIL & GAS TRUST**
**Susan Smith Loriga, Trustee**
**c/o R. Keati**
**P O Box 62208**
**HOUSTON, TX 77205-2208**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**VIRGINIA RYMAN LARSSON TRUST**
c/o Julia Ryman Holmes
3804 Lovers Lane
DALLAS, TX 75225-7101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**VIVIAN P. WORRELL**
607 Blue Ridge Drive
SHENANDOAH, TX 77381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**W.M. ALEXANDER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**WALTER S ADAMS**
107 Katy Lane
BOSSIER CITY, LA 71111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**WARD N. ADKINS, JR.**
5519 Tupper Lake
HOUSTON, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**WARREN RANDOLPH FLYNN, III**
28250 Canal Road, Unit 505
ORANGE BEACH, AL 36561-4062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**WASHINGTON CO TREASURER**
105 W Main St, Suite 105
BRENHAM, TX 77833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle Valley Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.713** | Nonpriority creditor's name and mailing address

**WESLEY LOUIS BERRY**
**P O Box 278**
**KENTWOOD, LA 70444-0278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address

**WESTSTAR OIL & GAS INC**
**1601 E 19th**
**EDMOND, OK 73013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address

**WILLIAM ANTHONY MILLS**
**15 West Warwick Ave West**
**WARWICK, RI 02893**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address

**WILLIAM ANTHONY MILLS**
**15 West Warwick Ave West**
**WARWICK, RI 02893**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address

**WILLIAM DALE VICK, III**
**1340 Hwy 2807**
**CISCO, TX 76437**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address

**WILLIAM E STEPP**
**121 Donniebrook Dr.**
**PALESTINE, TX 75803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address

**WILLIAM EDWARD WHIDDON JR**
**P O Box 111**
**CHAPPELL HILL, TX 77426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other Suspense Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**
Name

Case number (if known) _____

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM EDWARD WHIDDON JR**
P O Box 111
CHAPPELL HILL, TX 77426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM F DANIELS**
14301 Echo Bluff
AUSTIN, TX 78737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM M WALLACE EXEMPT TRUST**
Sheila Wallace Holmes, Trustee
3836 Mablewood Ave
DALLAS, TX 75205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM M WALLACE EXEMPT TRUST**
Sheila Wallace Holmes, Trustee
3836 Mablewood Ave
DALLAS, TX 75205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM NOBLE SMITH JR 1984 TRUST**
c/o Raymond B. Keating, III
P O Box 62208
HOUSTON, TX 77205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Petty Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM R BRUNNER**
P O Box 6191
SAN ANTONIO, TX 78209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLIAM R MIDYETT**
5183 Lupine St
YOUBA LINDA, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Other Suspense Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eagle Valley Development, LLC**                     Case number (if known) _____
_____
Name

| 3.727 | **Nonpriority creditor's name and mailing address**<br>**WILLIAM THOMPSON** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Other Suspense Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address**<br>**WILLIE J LUNDY JONES**<br>**5956 Arlington Ave**<br>**LOS ANGELES, CA 90043-3243** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address**<br>**ZEUS PETROLEUM**<br>**P O Box 458**<br>**BELLAIRE, TX 77402-0458** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Petty Suspense Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 57,312,346.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 57,312,346.73 |

**Fill in this information to identify the case:**

Debtor name __**Eagle Valley Development, LLC**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **(Dan) Orbeck & Associates**<br>**9215 Braes Bayou Dr**<br>**Houston, TX 77074** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3D Oilfield Services and Rental**<br>**621 N Washington Ave**<br>**Livingston, TX 77351** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Moss Creek Operating Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **A. R. DILLARD INC.**<br>**P.O. BOX 8206**<br>**WICHITA FALLS, TX 76107** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Ride Lonesome Operating Agreeement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **A. R. DILLARD INC.**<br>**P.O. BOX 8206**<br>**WICHITA FALLS, TX 76107** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Security Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AB Eagle Holdings, LLC** |
| | List the contract number of any government contract | | **1345 Avenue of the Americas**<br>**New York, NY 10105** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Adageo Energy Partners, LP** |
| | List the contract number of any government contract | | **1250 S. Capital of Texas Hwy**<br>**Bldg 1, Suite 400**<br>**Austin, TX 78746** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ADVANCE HYDROCARBON CORP** |
| | List the contract number of any government contract | | **10343 Sam Houston Park Drive**<br>**Suite 325**<br>**HOUSTON, TX 77064** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Alamo Tubing Testers Corp** |
| | List the contract number of any government contract | | **PO Box 2087**<br>**Alvin, TX 77512** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Alliance Crane Service, LLC** |
| | List the contract number of any government contract | | **1806 Highway 290 East**<br>**Brenham, TX 77833** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ALY Energy Services, Inc and Austin Chal**<br>**3 Riverway**<br>**Suite 920**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Amarado Oil Company, Ltd.**<br>**3001 RR 620 South, Suite 323**<br>**Austin, TX 78738** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **American Cooler & Equipment**<br>PO Box 782309<br>San Antonio, TX 78278 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Anchor USA**<br>**11700 Katy Fwy**<br>**Suite 200**<br>**Houston, TX 77079** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Weiss Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Apache Corporation**<br>**PO BOX 840133**<br>**DALLAS, TX 75284-0133** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental and Services Contract** |
|---|---|---|
| | State the term remaining | **AXIP Energy Services, LP** |
| | List the contract number of any government contract | **1301 McKinney** **Suite 900** **Houston, TX 77010** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **B&D Flowback** |
| | List the contract number of any government contract | **3808 S Eastman Rd** **Longview, TX 75602** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** |
|---|---|---|
| | State the term remaining | **BBX OPERATING LLC** |
| | List the contract number of any government contract | **3698 RR 620 S** **Suite 113** **AUSTIN, TX 78738** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Beacon Land Management** |
| | List the contract number of any government contract | **1800 St. James Place** **Suite 308** **Houston, TX 77056** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Bee Right There Courier Services, Inc db** |
| | List the contract number of any government contract | **2257 N Loop 336 W** **#140 PMB 507** **Conroe, TX 77304** |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Biscoe Investments, LLC** |
| | List the contract number of any government contract | | **P.O. Box 92314** |
| | | | **Austin, TX 78709-2314** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BJ Services, LLC** |
| | List the contract number of any government contract | | **11211 FM 2920 Rd** |
| | | | **Tomball, TX 77375** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BOP Ram-Block & Iron Rock Rentals, Inc** |
| | List the contract number of any government contract | | **PO Box 872** |
| | | | **Weatherford, OK 73096** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BORDER TO BORDER #1LP** |
| | List the contract number of any government contract | | **3698 RR 620 S** |
| | | | **Suite 113** |
| | | | **AUSTIN, TX 78738** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BORDER TO BORDER #1LP** |
| | List the contract number of any government contract | | **3698 RR 620 S** |
| | | | **Suite 113** |
| | | | **AUSTIN, TX 78738** |

Debtor 1  **Eagle Valley Development, LLC**
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.25. State what the contract or lease is for and the nature of the debtor's interest **Powell Unit Operating Agreement** | |
| State the term remaining | **BORDER TO BORDER #1LP** **3698 RR 620 S** **Suite 113** **AUSTIN, TX 78738** |
| List the contract number of any government contract | |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest **Deja Vu Prospect Development Agreement** | |
| State the term remaining | **BORDER TO BORDER #1LP** **3698 RR 620 S** **Suite 113** **AUSTIN, TX 78738** |
| List the contract number of any government contract | |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest **Acquisition and Development Agreement** | |
| State the term remaining | **Border to Border Exploration, LLC** **3698 RR 620 S** **Suite 113** **Austin, TX 78738** |
| List the contract number of any government contract | |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest **Deja Vu Prospect Development Agreement** | |
| State the term remaining | **Border to Border Exploration, LLC** **3698 RR 620 S** **Suite 113** **Austin, TX 78738** |
| List the contract number of any government contract | |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | **Borehole Seismic** **10500 Northwest Fwy** **Suite 224** **Houston, TX 77092** |
| List the contract number of any government contract | |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BOS Solutions** |
| | List the contract number of any government contract | | **742 Scarlet Dr** **Grand Junction, CO 81505** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Gathering and Treating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BTA ETG GATHERING LLC** |
| | List the contract number of any government contract | | **P O Box 4018** **HOUSTON, TX 77210-4018** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BTE ENERGY LLC** |
| | List the contract number of any government contract | | **3001 RR 620 South** **Suite 321** **AUSTIN, TX 78738-6887** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BTE ENERGY LLC** |
| | List the contract number of any government contract | | **3001 RR 620 South** **Suite 321** **AUSTIN, TX 78738-6887** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BTE ENERGY LLC** |
| | List the contract number of any government contract | | **3001 RR 620 South** **Suite 321** **AUSTIN, TX 78738-6887** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** |
|---|---|---|
| | State the term remaining | **BTE ENERGY LLC** |
| | List the contract number of any government contract | **3001 RR 620 South**<br>**Suite 321**<br>**AUSTIN, TX 78738-6887** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **BULLDOG WIRELINE, INC.** |
| | List the contract number of any government contract | **18462 Hwy 21 W**<br>**NORTH ZULCH, TX 77872** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Butch's Rat Hole & Anchor Services, Inc** |
| | List the contract number of any government contract | **700 Austin St**<br>**Levelland, TX 79336** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Cactus Wellhead, LLC** |
| | List the contract number of any government contract | **920 Memeorial City Way**<br>**Suite 300**<br>**Houston, TX 77024** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** |
|---|---|---|
| | State the term remaining | **CAIN INTEREST & ROYALTY LLC** |
| | List the contract number of any government contract | **P O Box 162426**<br>**AUSTIN, TX 78716** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chandraco, LP** |
| | List the contract number of any government contract | | **1841 Broken Bend Dr** **Westlake, TX 76262** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chandraco, LP** |
| | List the contract number of any government contract | | **1841 Broken Bend Dr** **Westlake, TX 76262** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Circle 8 Crane Services** |
| | List the contract number of any government contract | | **14950 Heathrow Forest Pkwy** **Ste 175** **Houston, TX 77032** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Common Disposal** |
| | List the contract number of any government contract | | **PO Box 1871** **Center, TX 75935** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Office Sublease Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **Conley Rose, P.C.** |
| | List the contract number of any government contract | | **5601 Granite Parkway** **Sutie 500** **Houston, TX 77079** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

Covenant Testing Technologies
1600 Highway 6
Suite 360
Sugarland, TX 77478

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

CROFT PRODUCTION SYSTEMS, INC.
19230 FM 442
NEEDVILLE, TX 77461

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Master Lease and Servicing Agreement**

State the term remaining

List the contract number of any government contract

CROFT PRODUCTION SYSTEMS, INC.
19230 FM 442
NEEDVILLE, TX 77461

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Land Entry Permit**

State the term remaining

List the contract number of any government contract

Crown Pine Timber 1, LP
702 N TEMPLE Dr
DIBOLL, TX 75941

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Austin Lease Agreement**

State the term remaining

List the contract number of any government contract

CSHV HCG Office, LLC
12700 Hill Country Blvd
Suite T-100
Bee Cave, TX 78738

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cti Fishing and Completions, Inc** |
| | List the contract number of any government contract | | **4401 Sandune Rd**<br>**Liberty, TX 77575** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Curtis Oilfield Services,LLC** |
| | List the contract number of any government contract | | **4779 Hwy 96 N**<br>**Silsbee, TX 77656** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cypress Creek Resources** |
| | List the contract number of any government contract | | **7485 Phelan**<br>**Baeaumont, TX 77706** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dalton Crane** |
| | List the contract number of any government contract | | **599 State Hwy 111 N**<br>**Edna, TX 77957** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Davenel's Welding Services** |
| | List the contract number of any government contract | | **PO Box 594**<br>**Franklin, TX 77856** |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Defiance Energy Services, LLC |
| | List the contract number of any government contract | | 415 Texas St<br>Suite 111<br>Shreveport, LA 71161 |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Dependable Pressure Testers, Inc |
| | List the contract number of any government contract | | 2481 State Hwy 315<br>Carthage, TX 75633 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Derrick Equipment Company |
| | List the contract number of any government contract | | 15630 Export Plaza Dr<br>Houston, TX 77032 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Downhole Products USA |
| | List the contract number of any government contract | | 4730 Consulate Plaza Dr<br>Suite 190<br>Houston, TX 77032 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Drilling Fluid Solutions, LLC |
| | List the contract number of any government contract | | 270 Industrial<br>Rayne, LA 70578 |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Drilling Tools International, Inc**
**3701 Briarpark Dr**
**Ste 150**
**Houston, TX 77042**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Acquisition and Development Agreement**

State the term remaining

List the contract number of any government contract

**DW ENERGY GROUP LLC**
**104 Decker Court, Suite 300**
**IRVING, TX 75062-2757**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — **Moss Creek Operating Agreement**

State the term remaining

List the contract number of any government contract

**DW ENERGY GROUP LLC**
**104 Decker Court, Suite 300**
**IRVING, TX 75062-2757**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Powell Unit Operating Agreement**

State the term remaining

List the contract number of any government contract

**DW ENERGY GROUP LLC**
**104 Decker Court, Suite 300**
**IRVING, TX 75062-2757**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Deja Vu Prospect Development Agreement**

State the term remaining

List the contract number of any government contract

**DW ENERGY GROUP LLC**
**104 Decker Court, Suite 300**
**IRVING, TX 75062-2757**

---

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DW ENERGY GROUP LLC** |
| | List the contract number of any government contract | | **104 Decker Court, Suite 300** |
| | | | **IRVING, TX 75062-2757** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **DW ENERGY GROUP LLC** |
| | List the contract number of any government contract | | **104 Decker Court, Suite 300** |
| | | | **IRVING, TX 75062-2757** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DW ENERGY GROUP LLC** |
| | List the contract number of any government contract | | **104 Decker Court, Suite 300** |
| | | | **IRVING, TX 75062-2757** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Valley Operating, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100** |
| | | | **Austin, TX 78738** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Valley Operating, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100** |
| | | | **Austin, TX 78738** |

Debtor 1  **Eagle Valley Development, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.70. State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Energy Supervisors, LLC**<br>**1278 Wafer Rd**<br>**Haughton, LA 71037** |
| 2.71. State what the contract or lease is for and the nature of the debtor's interest | **Gathering and Natural Gas Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **ETC Texas Pipeline, LTD**<br>**800 East Sonterra Blvd**<br>**Suite 400**<br>**San Antonio, TX 78258** |
| 2.72. State what the contract or lease is for and the nature of the debtor's interest | **Gathering and Processing Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **ETC Texas Pipeline, LTD**<br>**800 East Sonterra Blvd**<br>**Suite 400**<br>**San Antonio, TX 78258** |
| 2.73. State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Evergreen Chemical Solutions**<br>**6700 Woodlands Pkwy.**<br>**The Woodlands, TX 77382** |
| 2.74. State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Eyrie Holdings, LLC**<br>**13413 Galleria Circle, Suite Q-100**<br>**Austin, TX 78738** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eyrie Holdings, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100**<br>**Austin, TX 78738** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **Eyrie Holdings, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100**<br>**Austin, TX 78738** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Weiss Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eyrie Holdings, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100**<br>**Austin, TX 78738** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eyrie Holdings, LLC** |
| | List the contract number of any government contract | | **13413 Galleria Circle, Suite Q-100**<br>**Austin, TX 78738** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **FDF Energy Services** |
| | List the contract number of any government contract | | **100 Asma Blvd**<br>**Suite 151**<br>**Lafayette, LA 70508** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Fleming Oilfield Services** |
| | List the contract number of any government contract | | **5112 Carrabba Rd** **Bryan, TX 77808** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **FlowCo Production Solutions, LLC** |
| | List the contract number of any government contract | | **12514 Cutten Rd** **Suite A** **Houston, TX 77066** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Flying V Rentals, LLC** |
| | List the contract number of any government contract | | **2406 Irving Blvd** **Irving Blvd** **Dallas, TX 75207** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Force Pressure Control** |
| | List the contract number of any government contract | | **PO Box 429** **Seguin, TX 78156** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Frontier International Frontier Oil Tool** |
| | List the contract number of any government contract | | **7904 N Sam Houston Pkwy** **4th Floor** **Houston, TX 77064** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **G&G Services Unlimited, LLC** |
| | List the contract number of any government contract | | **101 Viking Dr**<br>**Suite M**<br>**Suite M Bossier City, LA 71111** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Genesis Fluids, LLC** |
| | List the contract number of any government contract | | **9701 N BRdway Ext**<br>**Oklahoma City, OK 73114** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GeoSouthern Energy Corporation** |
| | List the contract number of any government contract | | **1425 Lake Front Circle Suite 200**<br>**Woodlands, TX 77380** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **GILLCO ENERGY, LP** |
| | List the contract number of any government contract | | **500 S Taylor, Suite 101**<br>**Lobby Box 249**<br>**AMARILLO, TX 79101** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GILLCO ENERGY, LP** |
| | List the contract number of any government contract | | **500 S Taylor, Suite 101**<br>**Lobby Box 249**<br>**AMARILLO, TX 79101** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GR Wireline** |
| | List the contract number of any government contract | | **2150 Town Square Place Suite 410 Sugar Land, TX 77479** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gustavus Trucking LLC** |
| | List the contract number of any government contract | | **13238 Chelsea Ln Franklin, TX 77856** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **H3E LLC** |
| | List the contract number of any government contract | | **14 Florence Court SAN ANTONIO, TX 78257** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **H3E LLC** |
| | List the contract number of any government contract | | **14 Florence Court SAN ANTONIO, TX 78257** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **H3E LLC** |
| | List the contract number of any government contract | | **14 Florence Court SAN ANTONIO, TX 78257** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Acquisition and Development Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hasinai Development, LLC**<br>**3698 RR 620 S**<br>**Suite 113**<br>**Austin, TX 78738-6811** |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hi-Tech Tubular Service, LLC**<br>**1608 Hwy 90 E**<br>**New Iberia, LA 70560** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest — **Powell Unit Operating Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **HICKSON ENERGY CORPORATION**<br>**403 Hazeltine Dr.**<br>**AUSTIN, TX 78734** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Deja Vu Prospect Development Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **HICKSON ENERGY CORPORATION**<br>**403 Hazeltine Dr.**<br>**AUSTIN, TX 78734** |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Kelly Heroes Operating Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **HICKSON ENERGY CORPORATION**<br>**403 Hazeltine Dr.**<br>**AUSTIN, TX 78734** |

Debtor 1  **Eagle Valley Development, LLC**　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Huang & Thompson Investments, LLC** |
| | List the contract number of any government contract | | **5900 Balcones Drive, Suite 100** **Austin, TX 78731** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Huang & Thompson Investments, LLC** |
| | List the contract number of any government contract | | **5900 Balcones Drive, Suite 100** **Austin, TX 78731** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hunter Directional Services, LLC** |
| | List the contract number of any government contract | | **525 N Sam Houston Pkwy** **Suite 680** **Houston, TX 77060** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hydroline Drilling, LLC** |
| | List the contract number of any government contract | | **4713 Hazel Jones Rd** **Bossier City, LA 71111** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Innovex Downhole Solutions, Inc** |
| | List the contract number of any government contract | | **4310  N Sam Houston Pkwy East** **Houston, TX 77032** |

Debtor 1 **Eagle Valley Development, LLC**　　　　　　　　　　Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | **Intense Wireline Solutions** |
| List the contract number of any government contract | **100 Independence Place Suite 405 Tyler, TX 75703** |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | **Iron Horse Oilfield Service Group** |
| List the contract number of any government contract | **2622 Salt Grass Trl Deer Park, TX 77536** |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | **Joyce Steel Erection** |
| List the contract number of any government contract | **31 FRJ Dr Longview, TX 75602** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest **Gas Compression Contract-JWP-2022-163 39** | |
| State the term remaining | **JW Power Company** |
| List the contract number of any government contract | **P.O. Box 803527 Dallas, TX 75380-3527** |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest **Gas Compression Contract-JWP-2021-151 22** | |
| State the term remaining | **JW Power Company** |
| List the contract number of any government contract | **P.O. Box 803527 Dallas, TX 75380-3527** |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contract-JWP-2021-153 37** | |
|---|---|---|---|
| | State the term remaining | | **JW Power Company** |
| | List the contract number of any government contract | | **P.O. Box 803527** **Dallas, TX 75380-3527** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **JW Power Company** |
| | List the contract number of any government contract | | **16479 N Dallas Pkwy** **Suite 850** **Addison, TX 75001** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **K&B Oilfiled Services** |
| | List the contract number of any government contract | | **120 Taylor St** **Henderson, TX 75652** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **K&C Custom Services** |
| | List the contract number of any government contract | | **3656 FM 1696** **Iola, TX 77861** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kerrco, Inc.** |
| | List the contract number of any government contract | | **808 Travis, Suite 2200** **Houston, TX 77002** |

Debtor 1   **Eagle Valley Development, LLC**                    Case number *(if known)* _____
    First Name       Middle Name       Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.115.** State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**

State the term remaining

List the contract number of any government contract

> Key Energy Services, LLC
> 1301 McKinney
> Suite 1800
> Houston, TX 77010

**2.116.** State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**

State the term remaining

List the contract number of any government contract

> Kil-Tex Oilfield Services, LLC
> 1300 Oakwood Ln
> Kilgore, TX 75662

**2.117.** State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**

State the term remaining

List the contract number of any government contract

> Kingsley Directional
> 13921 Hwy 105 W
> Suite 359
> Conroe, TX 77304

**2.118.** State what the contract or lease is for and the nature of the debtor's interest    **Kelly Heroes Operating Agreement**

State the term remaining

List the contract number of any government contract

> Kodiak Resources, Inc.
> 3698 RR 620 Street, Suite 113
> Austin, TX 78738

**2.119.** State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement**

State the term remaining

List the contract number of any government contract

> Kureha Energy Solutions, LLC
> 3151 Briarpark Dr
> Suite 1050
> Houston, TX 77042

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.120.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Leam Drilling Services**
**3114 West Old Spanish Trail**
**Iberia, LA 70560**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Legacy Pressure Control**
**3802 Brighton Creek Circle**
**Tyler, TX 75707**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Legend Energy Services**
**409 E. California Ave**
**Oklahoma City, OK 73104**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Maverick Field Services, LLC**
**PO Box 262**
**LaGrange, TX 78945**

---

**2.124.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Maxum Enterprises**
**201 N Rupart St**
**Ft Worth, TX 76107**

---

Debtor 1  **Eagle Valley Development, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MBOE, INC.** |
| | List the contract number of any government contract | | **1020 E. Levee St, Suite 130** **DALLAS, TX 75207** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MBOE, INC.** |
| | List the contract number of any government contract | | **1020 E. Levee St, Suite 130** **DALLAS, TX 75207** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **McAda Drilling** **720 Ave F North** **Rear Bldg** |
| | List the contract number of any government contract | | **Bay City, TX 77414** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **McBride Operating, LLC** **4010 Waterview** |
| | List the contract number of any government contract | | **Longview, TX 75605** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition, Development, and Area of Mutual Interest Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Meredith Land & Minerals Company** **1001 MCKINNEY ST** **Suite 2200** |
| | List the contract number of any government contract | | **Houston, TX 77002** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Meredith Land & Minerals Company** |
| | List the contract number of any government contract | | **2001 Kirby Dr. Suite 130** |
| | | | **Dallas, TX 77019** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Reeder** |
| | List the contract number of any government contract | | **3001 RR 620 SOUTH** |
| | | | **SUITE 321** |
| | | | **AUSTIN, TX 78738-6887** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Reeder** |
| | List the contract number of any government contract | | **3001 RR 620 SOUTH** |
| | | | **SUITE 321** |
| | | | **AUSTIN, TX 78738-6887** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Dawn Energy, LLC** |
| | List the contract number of any government contract | | **3100 S GESSNER** |
| | | | **Suite 105** |
| | | | **Houston, TX 77063** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Dawn Energy, LLC** |
| | List the contract number of any government contract | | **3100 S GESSNER** |
| | | | **Suite 105** |
| | | | **Houston, TX 77063** |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New IPT, Inc**<br>**1707 Cole Blvd**<br>**Suite 200**<br>**Golden, CO 80401** |
| | List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Tech Global Environmental, LLC**<br>**911 Regional Park Dr**<br>**Houston, TX 77060** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Nine Energy**<br>**2001 Kirby Dr**<br>**Suite 200**<br>**Houston, TX 77019** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline Easement Contract** | |
|---|---|---|---|
| | State the term remaining | | **Norma Schunior Sowell**<br>**697 Schunior Rd**<br>**Chireno, TX 75937** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Surface Damage Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Norma Schunior Sowell**<br>**697 Schunior Rd**<br>**Chireno, TX 75937** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Surface Damage Agreement and Release** |
|---|---|---|
| | State the term remaining | **Norma Schunior Sowell** |
| | List the contract number of any government contract | **697 Schunior Rd** **Chireno, TX 75937** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **OFS International** |
| | List the contract number of any government contract | **7735 Miller Rd** **#3** **Houston, TX 77049** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Oil Patch Group, INC** |
| | List the contract number of any government contract | **12012 Wickchester Ln.** **Suite 475** **Houston, TX 77079** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|
| | State the term remaining | **Oil States Energy Services** |
| | List the contract number of any government contract | **333 Clay St** **Suite 4620** **Houston, TX 77002** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** |
|---|---|---|
| | State the term remaining | **Orion Drilling Company, LLC** |
| | List the contract number of any government contract | **P.O. Box 71509** **Corpus Chrisie, TX 78467** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Osborne Family Properties, LTD.** |
| | List the contract number of any government contract | | P.O. Box 8206<br>Wichita Falls, TX 76107 |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Payzone Energy Services** |
| | List the contract number of any government contract | | 1201 Brashear Ave<br>Suite 421<br>Morgan City, LA 70380 |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Phoenix Services, LLC** |
| | List the contract number of any government contract | | PO Box 421328<br>Houston, TX 77242 |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pioneer Wireline Services** |
| | List the contract number of any government contract | | 1250 NE Loop 410<br>Suite 1000<br>San Antonio, TX 78209 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pipe Pros** |
| | List the contract number of any government contract | | 1729 N Clarkwood Rd<br>Bldg 101<br>Corpus Christi, TX 78409 |

| Debtor 1 | **Eagle Valley Development, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Playmoore Ventures, LLC** |
| | List the contract number of any government contract | | **5891 STATE HIGHWAY 119**<br>**Gillett, TX 78116-4519** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Playmoore Ventures, LLC** |
| | List the contract number of any government contract | | **5891 STATE HIGHWAY 119**<br>**Gillett, TX 78116-4519** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Letter of Credit** | |
|---|---|---|---|
| | State the term remaining | **386** | **PNC Bank** |
| | List the contract number of any government contract | | **2200 Post Oak Boulevard**<br>**17th Floor**<br>**Houston, TX 77056** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Power Rig Rental Tool** |
| | List the contract number of any government contract | | **PO Box 61520**<br>**Lafayette, LA 70596** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Professional Directional Enterprises** |
| | List the contract number of any government contract | | **850 Conroe Park West Dr**<br>**Conroe, TX 77303** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.155.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Pruitt Tool & Supply Co**
**9700 Aire Circle**
**Fort Smith, AR 72916**

---

**2.156.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Pyramid Tubular Products**
**2 Northpoint Dr**
**Suite 610**
**Houston, TX 77060**

---

**2.157.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Quail Tools, LP**
**3713 HWY 14**
**NEW IBERIA, LA 70560**

---

**2.158.** State what the contract or lease is for and the nature of the debtor's interest — **Surface Use Agreement**

State the term remaining

List the contract number of any government contract

**Raymond Klussman**
**3553 FM 3456**
**Brenham, TX 77833**

---

**2.159.** State what the contract or lease is for and the nature of the debtor's interest — **Amendment to Surface Use Agreement**

State the term remaining

List the contract number of any government contract

**Raymond Klussman**
**3553 FM 3456**
**Brenham, TX 77833**

---

Debtor 1  **Eagle Valley Development, LLC**                                   Case number *(if known)* _____
    First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.160.** State what the contract or lease is for and the nature of the debtor's interest — **Pipeline Easement Contract**

State the term remaining

List the contract number of any government contract

**Raymond Klussman**
**3553 FM 3456**
**Brenham, TX 77833**

---

**2.161.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Red Diamond Pressure Control, LLC**
**1268 Magnolia Rd.**
**Waskom, TX 75692**

---

**2.162.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Red Rock Rentals**
**116 N Pinecrest Dr**
**Ruston, LA 71270**

---

**2.163.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Rig Runner**
**519 N Sam Houston Pkwy E**
**Suite 600**
**Houston, TX 77060**

---

**2.164.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**RioTex Swabbing**
**101 Coletoville Rd**
**Victoria, TX 77905**

---

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Riverbend Land**<br>**800 Bering Dr**<br>**Suite 218**<br>**Houston, TX 77057** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RJH Energy, LTD**<br>**3001 RR 620 SOUTH, SUITE 322**<br>**AUSTIN, TX 78738-6876** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RJH ENERGY, LTD.**<br>**3001 RR 620 South**<br>**Suite 322**<br>**AUSTIN, TX 78738-6887** |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Powell Unit Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RJH ENERGY, LTD.**<br>**3001 RR 620 South**<br>**Suite 322**<br>**AUSTIN, TX 78738-6887** |
| | List the contract number of any government contract | | |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Deja Vu Prospect Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RJH ENERGY, LTD.**<br>**3001 RR 620 South**<br>**Suite 322**<br>**AUSTIN, TX 78738-6887** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition, Development, and Area of Mutual Interest Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rock House Resources, LLC**<br>**3973 W. Vickery**<br>**Suite 101**<br>**Fort Worth, TX 76107** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rock House Resources, LLC**<br>**3973 W. Vickery**<br>**Suite 101**<br>**Fort Worth, TX 76107** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rocking W Energy**<br>**PO Box 458**<br>**Banquete, TX 78339-0458** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RWLS, LLC**<br>**1937 West Ave**<br>**Levelland, TX 79336** |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Scout Downhole,Inc**<br>**1125 Beach Airport Rd**<br>**Conroe, TX 77301** |
| | List the contract number of any government contract | | |

Debtor 1    **Eagle Valley Development, LLC**
    First Name        Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.175. State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | SDS Petroleum Consultants 1406 Rice Rd Suite 400 Tyler, TX 75703 |
| List the contract number of any government contract | |
| 2.176. State what the contract or lease is for and the nature of the debtor's interest **Kelly Heroes Operating Agreement** | |
| State the term remaining | Shelfish Oil & Gas LLP 7485 Phelan Beaumont, TX 77706 |
| List the contract number of any government contract | |
| 2.177. State what the contract or lease is for and the nature of the debtor's interest **Powell Unit Operating Agreement** | |
| State the term remaining | SHEPHERD ROYALTY LLC 5949 Sherry Lane, Suite 1175 DALLAS, TX 75225 |
| List the contract number of any government contract | |
| 2.178. State what the contract or lease is for and the nature of the debtor's interest **Deja Vu Prospect Development Agreement** | |
| State the term remaining | SHEPHERD ROYALTY LLC 5949 Sherry Lane, Suite 1175 DALLAS, TX 75225 |
| List the contract number of any government contract | |
| 2.179. State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | Smart Oilfield Services, LLC 2251 Mizell Rd Liberty, TX 77575 |
| List the contract number of any government contract | |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stabil Drill** |
| | List the contract number of any government contract | | **110 Consolidated Dr**<br>**Lafayette, LA 70508** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stephens Production Company** |
| | List the contract number of any government contract | | **808 Travis Street, Suite 2300**<br>**Houston, TX 77002** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stevens Tanker Division,LLC** |
| | List the contract number of any government contract | | **9757 Military Pky**<br>**Dallas, TX 75227** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TDJ Oilfield Services** |
| | List the contract number of any government contract | | **5857 Hwy 80**<br>**Princeton, LA 71067** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Team 3 Rentals and Service** |
| | List the contract number of any government contract | | **PO Box 1100**<br>**Hilltop Lakes, TX 77871** |

Debtor 1  **Eagle Valley Development, LLC**

First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tenacious Torque, LLC**<br>**3100 N Ast**<br>**Bldg A**<br>**Midland, TX 79705** |
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Texas Energy Fluids**<br>**2185 FM 3058**<br>**Caldwell, TX 77836** |
| | List the contract number of any government contract | | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tomax Drilling Technology, LC**<br>**4103 Chance Ln**<br>**Rosharon, TX 77583** |
| | List the contract number of any government contract | | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tri-State Vaccuum and Rental, LLC**<br>**12267 US Hwy 84 E**<br>**Joaquin, TX 75954** |
| | List the contract number of any government contract | | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Trojan Wireline Services, LLC**<br>**PO Box 8908**<br>**Rancho Santa Fe, CA 92067** |
| | List the contract number of any government contract | | |

Debtor 1   **Eagle Valley Development, LLC**                                    Case number *(if known)* _____

     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tubular Solutions** |
| | List the contract number of any government contract | _____ | **12335 Kingsride Ln #250 Houston, TX 77024** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tubular Synergy Group, LP** |
| | List the contract number of any government contract | _____ | **8117 Preston Rd Suite 600 Dallas, TX 75225** |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **Two Rivers Energy Goup LLC** |
| | List the contract number of any government contract | _____ | **3698 RR 620 S., Suite 113 Austin, TX 78738** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Acquisition and Development Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TWO RIVERS ENERGY INVESTORS LP** |
| | List the contract number of any government contract | _____ | **3698 RR 620 S Suite 113 AUSTIN, TX 78738** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Moss Creek Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TWO RIVERS ENERGY INVESTORS LP** |
| | List the contract number of any government contract | _____ | **3698 RR 620 S Suite 113 AUSTIN, TX 78738** |

| Debtor 1 | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Approval of Construction and Operations for Oil and Gas Development - Government Contract Number - DACW63-9-22-0515** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Army Corps of Engineers** |
| | List the contract number of any government contract | | **P.O. Box 17300**<br>**Fort Worth, TX 76102** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Ride Lonesome Operating Agreeement** | |
|---|---|---|---|
| | State the term remaining | | **United Eagle Ford #1, LP** |
| | List the contract number of any government contract | | **320 S Oak St, STE 216**<br>**Roaknoke, TX 76262** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Universal Wellhead Services Holdings, LL** |
| | List the contract number of any government contract | | **5729 Leopard St, BLDG 8**<br>**Corpus Christi, TX 78408** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline Easement Contract - Government Contract Number - DACW63-9-22-0515** | |
|---|---|---|---|
| | State the term remaining | | **US ARMY CORPS OF ENGINEERS** |
| | List the contract number of any government contract | | **P O Box 76102-0300**<br>**FORT WORTH, TX 76102-0300** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Weatherford US, LP** |
| | List the contract number of any government contract | | **2000 St. James Place**<br>**Houston, TX 77056** |

Debtor 1 **Eagle Valley Development, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.200.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Winde Transport, LLC** **245 FM 60 S** **Caldwell, TX 00077-8365** |
| **2.201.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Wireline, Inc** **710 Skinner Ln** **Longview, TX 75605** |
| **2.202.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **WS Energy Services** **PO Box 1188** **Premont, TX 78375** |
| **2.203.** State what the contract or lease is for and the nature of the debtor's interest | **Kelly Heroes Operating Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Zarvona Energy, LLC** **1001 McKinney Street Suite 1800** **Houston, TX 77002** |
| **2.204.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Zeke's Trucking Co** **3020 State Hwy 19 N** **Huntsville, TX 77320** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Eagle Valley Energy Partners LLC** | **13413 Galleria Circle, Suite Q-100 Austin, TX 78738** | **AB Eagle Holdings, LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Eagle Valley Minerals, LLC** | **13413 Galleria Circle, Suite Q-100 Austin, TX 78738** | **AB Eagle Holdings, LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Eyrie Holdings, LLC** | **13413 Galleria Circle, Suite Q-100 Austin, TX 78738** | **AB Eagle Holdings, LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Eyrie Mineral Holdings, LP** | **13413 Galleria Circle, Suite Q-100 Austin, TX 78738** | **AB Eagle Holdings, LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Eagle Valley Development, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

|  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **Interest Income** | **$18,460.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Interest Income** | **$18,460.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Miscellaneous Income** | **$2.00** |

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2021** to **12/31/2021** | **Miscellaneous Income** | **$19.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | **Interest Income** | **$160.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **BBX OPERATING LLC** **3698 RR 620 Street** **Suite 113** **Austin, TX 78738** | **10/28/2022** | **$5,444.51** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **BBX OPERATING LLC** **3698 RR 620 Street** **Suite 113** **Austin, TX 78738** | **12/1/2022** | **$9,646.10** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **BBX OPERATING LLC** **3698 RR 620 Street** **Suite 113** **Austin, TX 78738** | **12/28/2022** | **$21,935.71** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **BBX OPERATING LLC** **3698 RR 620 Street** **Suite 113** **Austin, TX 78738** | **1/9/2023** | **$16,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **BORDER TO BORDER #1LP** **3698 RR 620 South** **Suite 113** **Austin, TX 78738** | **1/4/2023** | **$2,204.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor  **Eagle Valley Development, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **BORDER TO BORDER #1LP**<br>**3698 RR 620 South**<br>**Suite 113**<br>**Austin, TX 78738** | 10/31/2022 | $4,303.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **BORDER TO BORDER #1LP**<br>**3698 RR 620 South**<br>**Suite 113**<br>**Austin, TX 78738** | 11/30/2022 | $5,292.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **BOWMAN'S OILFIELD SERVICE, LLC**<br>**608 EAST MAIN ST.**<br>**STE 102**<br>**HENDERSON, TX 75652** | 12/31/2022 | $550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **BOWMAN'S OILFIELD SERVICE, LLC**<br>**608 EAST MAIN ST.**<br>**STE 102**<br>**HENDERSON, TX 75652** | 11/10/2022 | $1,434.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **BOWMAN'S OILFIELD SERVICE, LLC**<br>**608 EAST MAIN ST.**<br>**STE 102**<br>**HENDERSON, TX 75652** | 12/7/2022 | $990.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **BOWMAN'S OILFIELD SERVICE, LLC**<br>**608 EAST MAIN ST.**<br>**STE 102**<br>**HENDERSON, TX 75652** | 12/21/2022 | $1,531.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **BOWMAN'S OILFIELD SERVICE, LLC**<br>**608 EAST MAIN ST.**<br>**STE 102**<br>**HENDERSON, TX 75652** | 1/9/2023 | $40,173.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **BTA ETG GATHERING LLC**<br>**P.O. Box 4018**<br>**Houston, TX 77210-4018** | 11/30/2022 | $13,966.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    __Eagle Valley Development, LLC__                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.14. | **BTA ETG GATHERING LLC** **P.O. Box 4018** **Houston, TX 77210-4018** | **12/1/2022** | **$30,213.96** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **12/31/2022** | **$7,563.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **10/28/2022** | **$3,675.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.17. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **11/10/2022** | **$9,345.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **11/23/2022** | **$3,868.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **12/7/2022** | **$3,165.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. | **BULLDOG WIRELINE, INC.** **18462 Hwy 21 W** **North Zulch, TX 77872** | **12/28/2022** | **$3,198.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. | **CAA PREMIUM FINANCE FUNDING** **P.O. BOX 66501** **ST., MO 63166-6501** | **1/9/2023** | **$2,722.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.22. | **CAA PREMIUM FINANCE FUNDING** P.O. BOX 66501 ST., MO 63166-6501 | 1/10/2023 | $2,722.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. | **CAA PREMIUM FINANCE FUNDING** P.O. BOX 66501 ST., MO 63166-6501 | 11/1/2022 | $2,722.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. | **CAA PREMIUM FINANCE FUNDING** P.O. BOX 66501 ST., MO 63166-6501 | 11/25/2022 | $2,722.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. | **CANEY CREEK RESOURCES LLC** 1182 E CANEY LOOP CHESTER, TX 75936 | 12/31/2022 | $20,061.64 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. | **CBI MINERALS LLC** C/O GEORGE CLARK, IV 34 S HAWTHORNE CIR THE WOODLANDS, TX 77384 | 12/31/2022 | $3,607.86 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. | **CBI MINERALS LLC** C/O GEORGE CLARK, IV 34 S HAWTHORNE CIR THE WOODLANDS, TX 77384 | 11/30/2022 | $4,727.56 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. | **CHANDRA FAMILY HOLDINGS, LTD.** 925 S. KIMBALL AVE SUITE 100 SOUTHLAKE, TX 76092 | 12/31/2022 | $3,209.76 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. | **CHANDRA FAMILY HOLDINGS, LTD.** 925 S. KIMBALL AVE SUITE 100 SOUTHLAKE, TX 76092 | 11/30/2022 | $4,240.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30. **CHEM-RAY SERVICES, LLC**<br>P.O. BOX 113<br>SILSBEE, TX 77656 | 10/31/2022 | $3,426.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **CHEM-RAY SERVICES, LLC**<br>P.O. BOX 113<br>SILSBEE, TX 77656 | 11/2/2022 | $1,268.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **CHEM-RAY SERVICES, LLC**<br>P.O. BOX 113<br>SILSBEE, TX 77656 | 11/10/2022 | $3,305.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **CONSOLIDATED TAX COLLECTIONS**<br>**OF WASHINGTON COUNTY**<br>P.O. BOX 2199<br>BRENHAM, TX 77834 | 12/31/2022 | $16,599.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **FRACTAL RESOURCES LLC**<br>419 W 34th ST<br>Houston, TX 77018 | 12/31/2022 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **GILLCO ENERGY, LP**<br>500 S. TAYLOR SUITE 101<br>LOBBY BOX 249<br>AMARILLO, TX 79101 | 12/31/2022 | $3,793.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **GILLCO ENERGY, LP**<br>500 S. TAYLOR<br>SUITE 101<br>LOBBY BOX 249<br>AMARILLO, TX 79101 | 10/31/2022 | $1,227.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **GILLCO ENERGY, LP**<br>500 S. TAYLOR<br>SUITE 101<br>LOBBY BOX 249<br>AMARILLO, TX 79101 | 11/30/2022 | $4,252.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.38. | **GRIMES CAD** P.O. BOX 489 360 HILL ST. ANDERSON, TX 77830 | 12/31/2022 | $14,154.68 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.39. | **HOWLEY LAW PLLC** 711 LOUISIANA ST SUITE 1850 HOUSTON, TX 77002 | 12/31/2022 | $360.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.40. | **HOWLEY LAW PLLC** 711 LOUISIANA ST SUITE 1850 HOUSTON, TX 77002 | 1/3/2023 | $145,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.41. | **HOWLEY LAW PLLC** 711 LOUISIANA ST SUITE 1850 HOUSTON, TX 77002 | 1/9/2023 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.42. | **HOWLEY LAW PLLC** 711 LOUISIANA ST SUITE 1850 HOUSTON, TX 77002 | 11/28/2022 | $7,260.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. | **J & M TIMBER INC.** 345 LAND D DR NACOGDOCHES, TX 75961 | 10/31/2022 | $11,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.44. | **JONATHAN J NASH** 2101 Old Mill Rd. Cedar Park, TX 78613 | 12/31/2022 | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.45. | **J-W POWER COMPANY** 16479 N DALLAS PKWY STE 850-LB-8 ADDISON, TX 75001 | 12/31/2022 | $12,325.58 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | Eagle Valley Development, LLC | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.46. | **J-W POWER COMPANY**<br>**16479 N DALLAS PKWY**<br>**STE 850-LB-8**<br>**ADDISON, TX 75001** | **11/10/2022** | **$5,329.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | **J-W POWER COMPANY**<br>**16479 N DALLAS PKWY**<br>**STE 850-LB-8**<br>**ADDISON, TX 75001** | **12/7/2022** | **$6,996.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | **J-W POWER COMPANY**<br>**16479 N DALLAS PKWY**<br>**STE 850-LB-8**<br>**ADDISON, TX 75001** | **12/14/2022** | **$13,949.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. | **KELBY MCCALL**<br>**8206 E HWY**<br>**LUFKIN, TX 75901-1053** | **12/31/2022** | **$6,782.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **KELBY MCCALL**<br>**8206 E HWY**<br>**LUFKIN, TX 75901-1053** | **11/30/2022** | **$8,887.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. | **KERRCO INC.**<br>**808 TRAVIS, SUITE 2200**<br>**HOUSTON, TX 77002** | **12/31/2022** | **$6,995.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | **KERRCO INC.**<br>**808 TRAVIS, SUITE 2200**<br>**HOUSTON, TX 77002** | **11/30/2022** | **$9,167.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. | **MBOE, INC.**<br>**1020 E. LEVEE ST**<br>**SUITE 130**<br>**DALLAS, TX 75207** | **12/31/2022** | **$3,235.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Eagle Valley Development, LLC**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.54 **MBOE, INC.**<br>1020 E. LEVEE ST<br>SUITE 130<br>DALLAS, TX 75207 | 11/30/2022 | $4,240.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55 **MEREDITH LAND & MINERALS COMPANY**<br>2001 KIRBY DR<br>STE 1350<br>HOUSTON, TX 77019 | 12/31/2022 | $3,336.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56 **MEREDITH LAND & MINERALS COMPANY**<br>2001 KIRBY DR<br>STE 1350<br>HOUSTON, TX 77019 | 11/30/2022 | $4,407.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57 **NACOGDOCHES CENTRAL APPRAISAL DISTR**<br>216 W HOSPITAL ST<br>NACOGDOCHES, TX 75961 | 12/31/2022 | $78,832.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58 **NACOGDOCHES CENTRAL APPRAISAL DISTR**<br>216 W HOSPITAL ST<br>NACOGDOCHES, TX 75961 | 1/9/2023 | $514.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59 **NEW DAWN ENERGY LLC**<br>3100 S GESSNER<br>SUITE 105<br>HOUSTON, TX 77063 | 12/31/2022 | $104,054.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60 **NEW DAWN ENERGY LLC**<br>3100 S GESSNER<br>SUITE 105<br>HOUSTON, TX 77063 | 11/30/2022 | $137,422.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61 **RIVERON MANAGEMENT SERVICES**<br>2515 McKinney Ave<br>Dallas, TX 75201 | 12/31/2022 | $250,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Eagle Valley Development, LLC**                                Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.62. | **ROCK HOUSE RESOURCES LLC**<br>**316 BAILEY AVE**<br>**SUITE 100**<br>**Ft. Worth, TX 76107** | **12/31/2022** | **$390.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. | **ROCK HOUSE RESOURCES LLC**<br>**316 BAILEY AVE**<br>**SUITE 100**<br>**Ft. Worth, TX 76107** | **11/2/2022** | **$300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. | **ROCK HOUSE RESOURCES LLC**<br>**316 BAILEY AVE**<br>**SUITE 100**<br>**Ft. Worth, TX 76107** | **12/1/2022** | **$3,289.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. | **ROCK HOUSE RESOURCES LLC**<br>**316 BAILEY AVE**<br>**SUITE 100**<br>**Ft. Worth, TX 76107** | **11/30/2022** | **$4,346.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66. | **ROCKIN A-4H SERVICES**<br>**2890 ENLOE DR**<br>**BRYAN, TX 77807** | **12/31/2022** | **$4,920.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. | **ROCKIN A-4H SERVICES**<br>**2890 ENLOE DR**<br>**BRYAN, TX 77807** | **11/10/2022** | **$4,170.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. | **ROCKIN A-4H SERVICES**<br>**2890 ENLOE DR**<br>**BRYAN, TX 77807** | **12/7/2022** | **$4,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. | **ROCKIN A-4H SERVICES**<br>**2890 ENLOE DR**<br>**BRYAN, TX 77807** | **1/9/2023** | **$3,320.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.70. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 12/31/2022 | $14,489.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 10/28/2022 | $8,102.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 11/2/2022 | $15,356.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.73. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 12/1/2022 | $5,926.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 12/7/2022 | $6,402.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **TRI-STATE VACUUM & RENTAL LLC**<br>P.O. BOX 632943<br>NACOGDOCHES, TX 75963 | 12/14/2022 | $18,710.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. **TUSK ROYALTY, LLC**<br>316 BAILEY AVE<br>SUITE 115<br>Ft. Worth, TX 76107 | 1/9/2023 | $21,151.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. **TUSK ROYALTY, LLC**<br>316 BAILEY AVE<br>SUITE 115<br>Ft. Worth, TX 76107 | 10/19/2022 | $11,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Eagle Valley Development, LLC** _____  Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.78. | **TUSK ROYALTY, LLC**<br>**316 BAILEY AVE**<br>**SUITE 115**<br>**Ft. Worth, TX 76107** | **11/2/2022** | **$10,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. | **TUSK ROYALTY, LLC**<br>**316 BAILEY AVE**<br>**SUITE 115**<br>**Ft. Worth, TX 76107** | **12/1/2022** | **$9,620.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. | **TWO RIVERS ENERGY INVESTORS LP**<br>**3698 RR 620 S.**<br>**SUITE 113**<br>**AUSTIN, TX 78738** | **12/28/2022** | **$1,910.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.81. | **TWO RIVERS ENERGY INVESTORS LP**<br>**3698 RR 620 S.**<br>**SUITE 113**<br>**AUSTIN, TX 78738** | **10/31/2022** | **$7,033.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82. | **TWO RIVERS ENERGY INVESTORS LP**<br>**3698 RR 620 S.**<br>**SUITE 113**<br>**AUSTIN, TX 78738** | **11/30/2022** | **$10,607.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.83. | **WITHERSPOON INTERESTS, LLC**<br>**3701 KIRBY**<br>**SUITE 716**<br>**HOUSTON, TX 77098** | **12/31/2022** | **$6,240.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See SOFA #30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Eagle Valley Development, LLC vs. Halliburton Energy Services, Inc.**<br>**Cause No 37233** | **Commercial Litigation** | **Washington Co TX 335th Judicial District**<br>**100 East Main**<br>**Suite 305**<br>**Brenham, TX 77833** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

| Debtor | Eagle Valley Development, LLC | Case number *(if known)* |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | 11/30/22 Retainer from Debtor $25,000.00<br>12/23/22 Payment to Invoice from Debtor $7.260.00<br>1/3/23 Payment to Invoice from Debtor $360.00<br>1/13/23 Retainer from Debtor $145,000.00<br>1/13/23 Payment to Invoice from Retainer $72,742.50<br>1/23/23 Payment to Invoice from Retainer $11,347.50<br>1/27/23 Payment to Invoice from Retainer $28,942.50<br>Retainer held in Trust $56,967.50 | | |
| | Howley Law PLLC<br>711 Louisiana St.<br>Suite 1850<br>Houston, TX 77002 | | See Description | $177,620.00 |
| | Email or website address<br>https://howley-law.com/ | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | | 1/9/2023 Retainer from Debtor $250,000.00<br>1/13/23 Payment to Invoice from Retainer $140,890.00<br>1/26/23 Payment to Invoice from Retainer $27,696.50<br>Retainer held in Trust $81,413.50 | | |
| | Riveron Consulting, LP<br>2515 McKinney Ave.<br>Dallas, TX 75201 | | See Description | $250,000.00 |
| | Email or website address<br>https://riveron.com/ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank 1703 W 5th Street Austin, TX 78703** | **XXXX-3956** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/2022** | **$10,210.63** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  **Eagle Valley Development, LLC**                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Mutiple Royalty Interests | PNC Bank | Suspense Account Account ending 6238 | $14,475.48 |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Kelli Poole**<br>**2430 Stone Castle Circle**<br>**College Station, TX 77845** | **11/2018-07/2021** |
| 26a.2. | **James A Wilkins**<br>**4006 Eck Lane**<br>**Dripping Springs, TX 78620** | **05/2020-01/2022** |
| 26a.3. | **Laurel Vance**<br>**710 Deer Creek Circle**<br>**Dripping Springs, TX 78620** | **11/2018-Current** |
| 26a.4. | **Jim Griffin**<br>**9687 East Arbor Place**<br>**Englewood, CO 80111** | **01/18/2022-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **BDO USA LLP**<br>**515 Congress Ave**<br>**Suite 2600**<br>**Austin, TX 78701** | **10/2020-05/2021** |
| | Name and address | Date of service<br>From-To |
| 26b.2. | **Weaver & Tidwell LLP**<br>**2821 West 7th Street**<br>**Fort Worth, TX 76107** | **10/2021-06/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Laurel Vance**<br>**710 Deer Creek Circle**<br>**Dripping Springs, TX 78620** | **11/2018-Current** |

Debtor  **Eagle Valley Development, LLC**     Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **AB Energy Opportunity Fund**<br>**501 Commerce Street**<br>**Nashville, TN 37203** |
| 26d.2. **Travelers**<br>**4650 Westway Park Blvd**<br>**Houston, TX 77041** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Telfer | 516 Ladin Lane<br>Austin, TX 78734 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary Barton | 909 Fannin St., Ste. 4000<br>Houston, TX 77010 | Chief Restructuring Officer | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Martineau | 2907 Navidad Cove<br>Austin, TX 78735 | President | 11/2018-04/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark J. Helmueller | 13413 Galleria Circle<br>Building Q, Suite 100<br>Austin, TX 78738 | General Counsel | 11/2018-11/2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor  **Eagle Valley Development, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Eyrie Holdings, LLC** <br> **13413 Galleria Circle** <br> **Bldg Q, Suite 100** <br> **Austin, TX 78738** | **-$1,433,810.63** | **01/13/2023** | **Generated Offset-Affil Revenue** |
| | **Relationship to debtor** <br> **Related Entity** | | | |
| 30.2 . | **Eyrie Mineral Holdings, LP** <br> **13413 Galleria Circle** <br> **Building Q, Suite 100** <br> **Austin, TX 78738** | **-$240.32** | **01/13/2023** | **Generated Offset-Affil Revenue** |
| | **Relationship to debtor** <br> **Related Entity** | | | |
| 30.3 . | **Eyrie Holdings, LLC** <br> **13413 Galleria Circle** <br> **Bldg Q, Suite 100** <br> **Austin, TX 78738** | **-$4,631.13** | **01/13/2023** | **Revenue Payment Offset-Affil Revenue Payable** |
| | **Relationship to debtor** <br> **Related Entity** | | | |
| 30.4 . | **Eyrie Mineral Holdings, LP** <br> **13413 Galleria Circle** <br> **Building Q, Suite 100** <br> **Austin, TX 78738** | **-$4,384.72** | **01/13/2023** | **Revenue Payment Offset-Affil Revenue Payable** |
| | **Relationship to debtor** <br> **Related Entity** | | | |
| 30.5 . | **Eagle Valley Energy Partners LLC** <br> **13413 Galleria Circle** <br> **Bldg Q, Suite 100** <br> **AUSTIN, TX 78738** | **-$343,482.71** | **01/13/2023** | **Transfer from Eagle Valley Energy Partners, LLC to Eagle Valley Development, LLC** |
| | **Relationship to debtor** <br> **Related Entity** | | | |
| 30.6 . | **Eagle Valley Energy Partners LLC** <br> **13413 Galleria Circle** <br> **Bldg Q, Suite 100** <br> **AUSTIN, TX 78738** | **-$4,714,687.25** | **01/13/2023** | **Transfer from Eagle Valley Energy Partners, LLC to Eagle Valey Development, LLC** |
| | **Relationship to debtor** <br> **Related Entity** | | | |

Debtor  **Eagle Valley Development, LLC**                                        Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$1,799.48** | **02/07/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.8. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$188.93** | **03/18/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.9. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$838.52** | **06/28/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.10. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$512.23** | **11/23/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.11. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$90,000.00** | **1/26/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.12. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$65,000.00** | **2/14/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.13. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$10,650.00** | **2/17/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.14. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$68,000.00** | **2/24/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.15. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$27,000.00** | **3/1/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.16. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$74,000.00** | **3/11/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.17. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$64,000.00** | **3/29/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.18. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$39,000.00** | **4/1/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.19. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$64,566.00** | **4/13/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.20. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q**<br>**STE100**<br>**AUSTIN, TX 78738** | **$1,000.00** | **4/20/2022** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |

Debtor  **Eagle Valley Development, LLC**

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 1. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $700.00 | 4/27/2022 | **Management Services Agreement** |
| 30.2 2. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $67,000.00 | 4/27/2022 | **Management Services Agreement** |
| 30.2 3. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $48,477.00 | 4/29/2022 | **Management Services Agreement** |
| 30.2 4. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $68,000.00 | 5/11/2022 | **Management Services Agreement** |
| 30.2 5. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $43,115.00 | 6/1/2022 | **Management Services Agreement** |
| 30.2 6. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $68,000.00 | 5/26/2022 | **Management Services Agreement** |
| 30.2 7. **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** **Relationship to debtor Parent Company** | $67,000.00 | 6/13/2022 | **Management Services Agreement** |

Debtor  **Eagle Valley Development, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.28. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$68,000.00** | **6/28/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.29. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$68,000.00** | **7/13/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.30. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$66,000.00** | **7/29/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.31. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$37,000.00** | **7/1/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.32. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$33,600.00** | **8/5/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.33. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$40,000.00** | **8/12/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.34. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$38,000.00** | **8/29/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |

Debtor  **Eagle Valley Development, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.35. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$32,000.00** | **9/1/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.36. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$37,000.00** | **9/14/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.37. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$39,000.00** | **9/14/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.38. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$35,000.00** | **10/3/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.39. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$28,000.00** | **10/14/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.40. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$27,000.00** | **10/27/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |
| 30.41. | **Eagle Valley Operating LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$29,000.00** | **11/1/2022** | **Management Services Agreement** |
| | **Relationship to debtor Parent Company** | | | |

| Debtor | **Eagle Valley Development, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 2. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$24,000.00** | **11/15/2022** | **Management Services Agreement** |
| 30.4 3. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$26,000.00** | **12/1/2022** | **Management Services Agreement** |
| 30.4 4. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$13,100.00** | **12/15/2022** | **Management Services Agreement** |
| 30.4 5. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$13,000.00** | **12/30/2022** | **Management Services Agreement** |
| 30.4 6. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$26,000.00** | **12/30/2022** | **Management Services Agreement** |
| 30.4 7. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$13,100.00** | **11/30/2022** | **Management Services Agreement** |
| 30.4 8. | **Eagle Valley Operating LLC** **13413 GALLERIA CIR BDLG Q STE100** **AUSTIN, TX 78738**<br><br>**Relationship to debtor** **Parent Company** | **$175,000.00** | **12/28/2022** | **Management Services Agreement** |

Debtor **Eagle Valley Development, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.49. | **Eagle Valley Operating LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$79,000.00** | **1/10/2023** | **Management Services Agreement** |
| | **Relationship to debtor**<br>**Parent Company** | | | |
| 30.50. | **EAGLE VALLEY DEVELOPMENT LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$77,375.03** | **2/4/2022** | |
| | **Relationship to debtor**<br>**Related Entity** | | | |
| 30.51. | **EAGLE VALLEY DEVELOPMENT LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$325,576.92** | **2/25/2022** | |
| | **Relationship to debtor**<br>**Related Entity** | | | |
| 30.52. | **EAGLE VALLEY DEVELOPMENT LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$100,000.00** | **2/28/2022** | |
| | **Relationship to debtor**<br>**Related Entity** | | | |
| 30.53. | **EAGLE VALLEY DEVELOPMENT LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$70,181.77** | **3/3/2022** | |
| | **Relationship to debtor**<br>**Related Entity** | | | |
| 30.54. | **EAGLE VALLEY DEVELOPMENT LLC**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$125,000.00** | **3/18/2022** | |
| | **Relationship to debtor**<br>**Related Entity** | | | |

Debtor  **Eagle Valley Development, LLC**                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 5. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$58,897.96** | **3/25/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.5 6. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$159,787.00** | **3/30/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.5 7. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$63,483.02** | **4/1/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.5 8. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$175,000.00** | **4/18/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.5 9. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$180,571.40** | **4/27/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 0. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$86,942.32** | **4/29/2022** | |
| | **Relationship to debtor Related Entity** | | | |

Debtor  **Eagle Valley Development, LLC**

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 1. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $222,809.47 | 5/25/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 2. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $105,832.12 | 6/1/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 3. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $100,000.00 | 6/14/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 4. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $469,481.52 | 6/27/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 5. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $75,058.68 | 7/13/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 6. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $320,036.62 | 7/31/2022 | |
| | **Relationship to debtor Related Entity** | | | |

Debtor  **Eagle Valley Development, LLC**  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 7. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $320,036.62 | 7/31/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 8. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $320,036.62 | 7/31/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.6 9. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $89,612.01 | 8/10/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 0. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $33,906.07 | 8/19/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 1. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $75,492.83 | 9/1/2022 | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 2. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | $33,920.44 | 9/20/2022 | |
| | **Relationship to debtor Related Entity** | | | |

Debtor **Eagle Valley Development, LLC**     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 3. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$39,000.00** | **9/29/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 4. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$39,000.00** | **9/29/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 5. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$25,000.00** | **9/27/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 6. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$94,802.50** | **10/3/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 7. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$212,523.16** | **10/26/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.7 8. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$280,000.00** | **11/29/2022** | |
| | **Relationship to debtor Related Entity** | | | |

Debtor  **Eagle Valley Development, LLC**                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.79. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$10,000.00** | **12/13/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.80. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$335,000.00** | **12/28/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.81. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$22,492.50** | **12/30/2022** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.82. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$652,115.19** | **1/9/2023** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.83. | **EAGLE VALLEY DEVELOPMENT LLC 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738** | **$46,657.84** | **1/10/2023** | |
| | **Relationship to debtor Related Entity** | | | |
| 30.84. | **JACOB STEIMLE 525 ELWORTH PATH LAKEWAY, TX 78738** | **$418.92** | **04/20/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor Senior Geophysicist** | | | |

| Debtor | **Eagle Valley Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.85. | **BLAKE RANDALL**<br>**295 Hazy Hills Loop**<br>**Dripping Springs, TX 78620** | **$176.21** | **03/25/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor**<br>**VP of Operations** | | | |
| 30.86. | **BLAKE RANDALL**<br>**295 Hazy Hills Loop**<br>**Dripping Springs, TX 78620** | **$766.49** | **04/20/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor**<br>**VP of Operations** | | | |
| 30.87. | **BLAKE RANDALL**<br>**295 Hazy Hills Loop**<br>**Dripping Springs, TX 78620** | **$219.95** | **09/02/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor**<br>**VP of Operations** | | | |
| 30.88. | **MARK HELMUELLER**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$224.00** | **03/25/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor**<br>**General Counsel** | | | |
| 30.89. | **MARK HELMUELLER**<br>**13413 GALLERIA CIR BDLG Q STE100**<br>**AUSTIN, TX 78738** | **$218.85** | **06/28/2022** | **Employee Expense Reimbursement** |
| | **Relationship to debtor**<br>**General Counsel** | | | |
| 30.90. | **BBX OPERATING LLC**<br>**3698 RR 620 Street, Suite 113**<br>**Austin, TX 78738** | **$19,308.69** | **02/08/2022** | |
| | **Relationship to debtor**<br>**Drilling contractor** | | | |
| 30.91. | **BBX OPERATING LLC**<br>**3698 RR 620 Street, Suite 113**<br>**Austin, TX 78738** | **$13,488.74** | **04/20/2022** | |
| | **Relationship to debtor**<br>**Drilling contractor** | | | |

Debtor **Eagle Valley Development, LLC**          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9 2. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$14,569.25** | **05/06/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 3. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$9,949.98** | **06/28/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 4. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$18,951.89** | **08/01/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 5. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$6,382.95** | **09/02/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 6. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$1,831.75** | **09/30/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 7. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$5,444.51** | **10/28/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 8. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$9,646.10** | **12/01/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |
| 30.9 9. | **BBX OPERATING LLC** **3698 RR 620 Street, Suite 113** **Austin, TX 78738** | **$21,935.71** | **12/28/2022** | |
| | **Relationship to debtor** **Drilling contractor** | | | |

Debtor **Eagle Valley Development, LLC**                                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 00. | **BBX OPERATING LLC**<br>**3698 RR 620 Street, Suite 113**<br>**Austin, TX 78738** | **$16,000.00** | **01/09/2023** | |
| | **Relationship to debtor**<br>**Drilling contractor** | | | |
| 30.1 01. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$39,174.50** | **01/26/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 02. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$15,409.89** | **08/10/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 03. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$3,927.81** | **01/31/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 04. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$6,008.81** | **02/28/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 05. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$5,049.31** | **03/31/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 06. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$2,764.51** | **04/29/2022** | |
| | **Relationship to debtor** | | | |
| 30.1 07. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$3,740.15** | **05/31/2022** | |
| | **Relationship to debtor** | | | |

Debtor  **Eagle Valley Development, LLC**                            Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 08. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$3,662.46** | **06/30/2022** | |
| | Relationship to debtor | | | |
| 30.1 09. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$6,167.82** | **07/29/2022** | |
| | Relationship to debtor | | | |
| 30.1 10. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$1,931.13** | **08/31/2022** | |
| | Relationship to debtor | | | |
| 30.1 11. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$1,646.61** | **09/30/2022** | |
| | Relationship to debtor | | | |
| 30.1 12. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$2,204.50** | **10/31/2022** | |
| | Relationship to debtor | | | |
| 30.1 13. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$4,303.70** | **11/30/2022** | |
| | Relationship to debtor | | | |
| 30.1 14. | **BORDER TO BORDER #1LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$5,292.69** | **12/31/2022** | |
| | Relationship to debtor | | | |
| 30.1 15. | **TWO RIVERS ENERGY INVESTORS LP**<br>**3698 RR 620 S., SUITE 113**<br>**AUSTIN, TX 78738** | **$3,164.86** | **01/31/2022** | |
| | Relationship to debtor | | | |

Debtor  **Eagle Valley Development, LLC**                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 16. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $9,890.59 | 02/28/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 17. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $7,485.80 | 03/31/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 18. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $5,709.47 | 04/29/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 19. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $5,000.58 | 05/31/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 20. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $4,738.41 | 06/30/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 21. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $10,499.24 | 07/29/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 22. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $1,627.45 | 08/31/2022 | |
| | **Relationship to debtor** | | | |

Debtor    **Eagle Valley Development, LLC**                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 23. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $1,852.85 | 09/30/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 24. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $1,910.51 | 10/31/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 25. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $7,033.39 | 11/30/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 26. | **TWO RIVERS ENERGY INVESTORS LP** 3698 RR 620 S., SUITE 113 AUSTIN, TX 78738 | $10,607.53 | 12/31/2022 | |
| | **Relationship to debtor** | | | |
| 30.1 27. | **Eyrie Holdings, LLC** 13413 GALLERIA CIR BDLG Q STE100 AUSTIN, TX 78738 | $544,699.13 | 01/13/2023 | **Generated Offset-Affil JIB Create from APJE Affil JIB Receivable** |
| | **Relationship to debtor** **Related Entity** | | | |
| 30.1 28. | **Eagle Valley Energy Partners LLC** 13413 Galleria Circle Bldg Q, Suite 100 AUSTIN, TX 78738 | $3,733,290.03 | 01/13/2023 | **Intercompany Offset Entry** |
| | **Relationship to debtor** **Related Entity** | | | |
| 30.1 29. | **Eyrie Holdings, LLC** 13413 Galleria Circle Bldg Q, Suite 100 Austin, TX 78738 | $1,509,070.67 | 01/13/2023 | **InterCompany Offset Entry** |
| | **Relationship to debtor** **Related Entity** | | | |

Debtor **Eagle Valley Development, LLC**     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 30. | **Eyrie Mineral Holdings, LP** **13413 Galleria Circle** **Building Q, Suite 100** **Austin, TX 78738** | **0.00** | **01/13/2023** | **InterCompany Offset Entry** |
| | **Relationship to debtor** **Related Entity** | | | |
| 30.1 31. | **Eagle Valley Energy Partners LLC** **13413 Galleria Circle** **Bldg Q, Suite 100** **AUSTIN, TX 78738** | **$39,000.00** | **01/13/2023** | **Transfer from Eagle Valley Development, LLC to Eagle Valley Energy Partners, LLC** |
| | **Relationship to debtor** **Related Entity** | | | |
| 30.1 32. | **Eyrie Holdings, LLC** **13413 Galleria Circle** **Bldg Q, Suite 100** **Austin, TX 78738** | **$616,991.67** | **01/13/2023** | **Generated Offset-Affil JIB Receivable** |
| | **Relationship to debtor** **Related Entity** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☐ No
  ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Eagle Valley Operating, LLC** | **EIN:**    **38-4100604** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Eagle Valley Development, LLC**                                         Case number *(if known)*

---

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2023**

**/s/ Gary Barton**                                              **Gary Barton**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

In re  **Eagle Valley Development, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eagle Valley Energy Partners LLC**<br>**13413 Galleria Circle**<br>**Bldg Q, Suite 100**<br>**AUSTIN, TX 78738** | | **100%** | **Ownership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 27, 2023**

Signature  **/s/ Gary Barton**

**Gary Barton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Texas

In re __Eagle Valley Development, LLC_____     Case No. _____

_____     Chapter __11_____
                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __January 27, 2023_____          __/s/ Gary Barton_____
                                               **Gary Barton**/**Chief Restructuring Officer**
                                               Signer/Title

.

(Dan) Orbeck & Associates
9215 Braes Bayou Dr
Houston, TX 77074


3D Oilfield Services and Rental
621 N Washington Ave
Livingston, TX 77351


6684 ENERGY HOLDINGS LLC
ATTN: MARTIN WHITE
104 DECKER COURT STE 300
IRVING, TX 75062


A. R. DILLARD INC.
P.O. BOX 8206
WICHITA FALLS, TX 76107


A.T. JONES


AB Eagle Holdings, LLC
1345 Avenue of the Americas
New York, NY 10105


Adageo Energy Partners, LP
1250 S. Capital of Texas Hwy
Bldg 1, Suite 400
Austin, TX 78746


ADVANCE HYDROCARBON CORP
10343 Sam Houston Park Drive
Suite 325
HOUSTON, TX 77064


AGATHA BUSA
Box 26, Hwy 30 East
ROANS PRARIE, TX 77875


AIMEE REDDING
23825 112 St
TREVOR, WI 53179

AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field St
Suite 1800
DALLAS, TX 75201


Alamo Tubing Testers Corp
PO Box 2087
Alvin, TX 77512


ALBERT WEATHERLY
RECEIVER IN CAUSE C1934764
c/o DISTRICT CLERK NACOG. CO.
101 W Main, Suite 120
NACOGDOCHES, TX 75961


ALICE FAYE WATSON
9401 SHADY BLUFF DR
BATON ROUGE, LA 70818-4530


ALISON IRBY
109 Kalis Cove
BUDA, TX 78610


Alliance Crane Service, LLC
1806 Highway 290 East
Brenham, TX 77833


ALTA FAYE SCALES
747 Monterey Blvd
Apt #3
SAN FRANCISCO, CA 94127


ALY Energy Services, Inc and Austin Chal
3 Riverway
Suite 920
Houston, TX 77056


AMA LYNN MCKINNEY
179 PENNSYLVANIA AVE
SHREVEPORT, LA 71105


AMANDA LOVING-GIBBARD
250 Columbine Street
#314
DENVER, CO 80206

Amarado Oil Company, Ltd.
3001 RR 620 South, Suite 323
Austin, TX 78738


AMBER BERRY
43455 Huron St
LANCASTER, CA 93535-5527


AMERICAN ARBITRATION ASSOC
120 BROADWAY 21ST FLOOR
New York, NY 10271


American Cooler & Equipment
PO Box 782309
San Antonio, TX 78278


AMY SQUYRES
2110 WEBSTER ST
LIBERTY, TX 77575


Anchor USA
11700 Katy Fwy
Suite 200
Houston, TX 77079


ANDREW TYREE BESING


ANGELA CHRISTINE GROFF
16204 Mones Lane
LEANDER, TX 78641


ANGELA P WEBB
576 County Rd 330
NACOGDOCHES, TX 75961


ANN & ROBERT LURIE
Children's Hospital of Chicago
225 E Chicago Ave
CHICAGO, IL 60611


ANN BAILEY GONZALEZ
31 Columbia Crest Place
SPRING, TX 77382

ANN HUGHES CARTER
49 Smith Ridge Road
CHARLOTTE, ME 04666


ANNE ASHBURN LEAZER
2608 Ingram Rd
SACHSE, TX 75048


ANNE H PIPER
6307 Whitmar Place N
MEMPHIS, TN 38120


ANNE KREBS JOHNSON
846 Binbrook Dr
MESQUITE, TX 75149-8806


ANNE S YOUNGBLOOD
126 Verano Loop RR#3
Santa Fe, NM 87508


ANNIE LEE PRESCOTT, LIFE ESTATE,


APACHE CORP
2000 Post Oak Blvd., 3rd Fl.
Attn: Expenditure Acct
DALLAS, TX 75284-0133


Apache Corporation
PO BOX 840133
DALLAS, TX 75284-0133


ARDITH ARNOLD
557 Island View Dr
CAMANO ISLAND, WA 98282


ARETE MINERAL HOLDINGS LLC
3334 W Main St #235
NORMAN, OK 73072


ARLENE BROWN
16 Pine Brook
LIVINGSTON, TX 77351

ARLENE PRESCOTT


ARTHUR D. EATON
705 A. Turner St
COLLEGE STATION, TX 77845


AUGUSTA C STANFORD
189 Napa Valley Cir
MADISON, MS 39110-9081


AXIP Energy Services, LP
1301 McKinney
Suite 900
Houston, TX 77010


B&D Flowback
3808 S Eastman Rd
Longview, TX 75602


BABS BALLENGER KERSH
1133 Buford Ln
HENDERSON, TX 75652


BAMBI LOOKABAUGH HILL
2030 CR 131
COLORADO CITY, TX 78414-3013


BARBARA A POWELL
12409 FM 1935
BRENHAM, TX 77833


BARBARA A SCHWARTZ SAUER
1216 Oak Hallow Dr
DICKINSON, TX 77539


BARBARA G. WEBB
P. O. Box 2954
LOS LUNAS, NM 87031


BARBARA GAIL NAMAN
1655 Sotogrande Blvd. #607
HURST, TX 76053

BARBARA MITCHELL
310 E. Main St.
SAN AUGUSTIN, TX 75972


BARBARA RHODES DECENDENT TRUST
Linda Arthur/Renee Rhodes CoTrustees
P. O. Box 676
BAYTOWN, TX 77522


BARBARA RUNNELS
P O Box 631
SAN AUGUSTIN, TX 75972


BARRETT NAMAN
13518 Taylorcrest Rd
HOUSTON, TX 77079


BARRY L. GROSSBACH, TRUSTEE
OF REVOCABLE TRUST FOR MDH MINERALS
446 S 43rd St
PHILADELPHIA, PA 19104


BAXSTO, LLC
P O Box 302857
AUSTIN, TX 78703


Bayou Land & Royalty Co.
P.O. Box 913
Cedar Park, TX 78630


BBX OPERATING LLC
3698 RR 620 S
Suite 113
AUSTIN, TX 78738


BDO USA LLP
515 Congress Avenue
Suite 2600
Austin, TX 78701


Beacon Land Management
1800 St. James Place
Suite 308
Houston, TX 77056

Bee Right There Courier Services, Inc db
2257 N Loop 336 W
#140 PMB 507
Conroe, TX 77304


BEN TUCKER
P O Box 353
ARCHER CITY, TX 76351


BERNIE L MUELLER COOKE
P O Box 56429
HOUSTON, TX 77256-6429


BETH BALLENGER WELCH
3223 Rustic Villa Dr
KINGWOOD, TX 77345


BETSY C CRAIG
3025 Iris Dr
HOOVER, AL 35244


BETTIE BOWEN HIGH
1304 Verdant Way
AUSTIN, TX 79512


BETTY HAAS CHILDREN'S TRUST
Bob Haas, Trustee
2942 N. Umberland Dr
TALLAHASSEE, FL 23209


BEVERLY HART BURKLOW
4380 Castle Oak Ct
ORANGE PARK, FL 32065


BILL BALDRIDGE JR
902 Memphis St
LONGVIEW, TX 75604


Biscoe Investments, LLC
P.O. Box 92314
Austin, TX 78709-2314


BJ Services, LLC
11211 FM 2920 Rd
Tomball, TX 77375

BLACK STONE MINERALS COMPANY LP
P O Box 301267
DALLAS, TX 75303-1267


BLAIRBAX ENERGY, LLC
1108 Lavaca St
Suite 110 #604
AUSTIN, TX 78701


Blake Randall
295 Hazy Hills Loop
Dripping Springs, TX 78620


BLANCHE ARNOLD PRESCOTT
P O Box 455
MILLICAN, TX 77866-0450


BLUE CREEK INVESTORS
3439 NE Sandy Blvd #327
PORTLAND, OR 97232


BOB HAAS
2942 N Umberland Dr.
TALLAHASSEE, FL 23209


BOBBY JOE TRANT
13769 FM 244
IOLA, TX 77861-3673


BONNIE S JACOBS
6187 FM 226
NACOGDOCHES, TX 75961


BOP Ram-Block & Iron Rock Rentals, Inc
PO Box 872
Weatherford, OK 73096


BORDER TO BORDER #1LP
3698 RR 620 S
Suite 113
AUSTIN, TX 78738

Border to Border Exploration, LLC
3698 RR 620 S
Suite 113
Austin, TX 78738


Borehole Seismic
10500 Northwest Fwy
Suite 224
Houston, TX 77092


BOS Solutions
742 Scarlet Dr
Grand Junction, CO 81505


BOWMAN'S OILFIELD SERVICE, LLC
608 E Main St, Suite 102
HENDERSON, TX 75652


BRADIE BYRON HICKS
9533 CR 173
IOLA, TX 77861


BRANTLEY H ELDRIDGE JR
810 Steubing Oaks
SAN ANTONIO, TX 78258


BRENDA RAMIREZ
35 STILLMEADOW
Round Rock, TX 78664


BRENDAN B ANDERS
2215 Landford Hills Dr
CHARLOTTESVILLE, VA 22911


Brent Canteloupe
21701 Agarito Lane
Spicewood, TX 78669


BRONWYN BOWEN
c/o Bettie Bowen High
1304 Verdant Way
AUSTIN, TX 78746

BRUCE C MARTIN
777 Burnet Ranch Rd
WIMBERLY, TX 78676

BTA ETG GATHERING LLC
P O Box 4018
HOUSTON, TX 77210-4018

BTE ENERGY LLC
3001 RR 620 South
Suite 321
AUSTIN, TX 78738-6887

BUFFY ENERGY, LLC
P O Box 1649
AUSTIN, TX 78767-1649

BULLDOG WIRELINE, INC.
18462 Hwy 21 W
NORTH ZULCH, TX 77872

Burleson County Tax Office
Attn: Jessica Lucero
100 West Buck Street
Suite 202
Caldwell, TX 77836

Butch's Rat Hole & Anchor Services, Inc
700 Austin St
Levelland, TX 79336

CAA PREMIUM FINANCE FUNDING
P O Box 66501
St. Louis, MO 63166-6501

Cactus Wellhead, LLC
920 Memeorial City Way
Suite 300
Houston, TX 77024

CAD G SIMPSON WILLEFORD
2503 Lazybrook Dr.
HOUSTON, TX 77008

CAIN INTEREST & ROYALTY LLC
P O Box 162426
AUSTIN, TX 78716


CALIFORNIA STATE CONTROLLER'S OFFIC
UNCLAIMED PROPERTY DIVISION
10600 WHITE ROCK ROAD #141
Rancho Cordova, CA 95670


CANDACE GAETA
2964 E Camellia Dr
GILBERT, AZ 85296


CANDLEWOOD RESOURCES LLC
P O Box 2402
MIDLAND, TX 79702


CANEY CREEK RESOURCES LLC
1182 E CANEY LOOP
CHESTER, TX 75936


Capitol Corporate Services
206 E. 9th Street, Suite 1300
Austin, TX 78701


CAPROCK ENERGY LLC
P O Box 7172165
STATELINE, NV 89449


CARL WILLIAM SAUER JR
1216 Oak Hollow Dr
DICKINSON, TX 77539


CAROL & WAYNE HADDOCK, JTROS
1006 Scenic Place
ALAMOGORDO, NM 88310


CAROL ANN HACKLER
3312 Spencer Court
BATON ROUGE, LA 70809


CAROL OLSON
2631 Country Hollow
SAN ANTONIO, TX 78209

CAROL S WALDROP
104 Cloudland Ct
Spicewood, TX 78669


CAROL WILLIS, TRUSTEE
Carol Willis GST Ex TR
1118 Victoria Dr
NACOGDOCHES, TX 75965


CAROLYN G SHANNON
P O Box 2408
KILGORE, TX 75663


CAROLYN JONES
3394 E Jasper Dr
GILBERT, AZ 85296


CAROLYN MANLEY
3032 Candy Ln
BOZEMAN, MT 59715


CAROLYN R STERNBERG
135 NW 16th St
OAK ISLAND, NC 28465


CARRIE MAE HENSON
1407 Dugger Circle
Apt B
KILLEEN, TX 76543


CATHERINE BRAGG
1391 E Boston St
GILBERT, AZ 85295


CATHY HALL
104 Tower Dr
VICKSBURG, MS 77803


CBI MINERALS LLC
c/o George Clark, IV
34 S Hawthorne Dir
THE WOODLANDS, TX 77384

CECILIA A. MINK
1035 Pleasant Way
WHITEFISH, MT 59937


CFR ROYALTY PARTNERS LP
6300 Ridglea Place
Suite 950
FORT WORTH, TX 76116


CHANDRA FAMILY HOLDINGS, LTD.
925 S Kimball Ave
Suite 100
SOUTHLAKE, TX 76092


Chandraco, LP
1841 Broken Bend Dr
Westlake, TX 76262


CHARLES A BENDELE
P O Box 187
HYE, TX 78635-0187


CHARLES B. SCHUCK
1603 Brendon Lake Dr #106
ORANGE CITY, FL 32763


CHARLES E BEENE
22 Mike Beth Circle
HUNTSVILLE, TX 77320


CHARLES E LINCOLN III
P O Box 111
ST PETERSBURG, FL 33731


CHARLES E LINCOLN IV
1313 Mulberry
CEDAR PARK, TX 78613


CHARLES E WEAVER III
6371 FM 2783
NACOGDOCHES, TX 75964

```
CHARLES LAYTON
d/b/a THP Resources
5985 FM 2609
NACOGDOCHES, TX 75965


CHARLES R HART
2220 Canterbury Dr
MANSFIELD, TX 76063


CHARLES WOODROW SCHROEDER TRUST
Patricia Louise Richey, Trustee
P O Box 39 Gallatin
GATEWAY, MT 59730-0039


CHARLOTTE B. KAMINSKI
1805 Carlotta
AUSTIN, TX 78733


CHARMEL B WINKLER
P O Box 338
TISHOMINGO, OK 73460


Chem-Ray Services, LLC
P O Box 113
SILSBEE, TX 77656


CHERYL R. DAGOSTINO
10404 East Aperture
MESA, AZ 85212


CHERYLL ANN WHIPPLE
7181 E Grandview Dr
PRESCOTT VALLEY, AZ 86314


CHESAPEAKE EXPLORATION, LLC
P O Box 18496
OKLAHOMA CITY, OK 73154


CHIQUITA S COSTEN
2313 Tremont Ave
Unit B
FORT WORTH, TX 76107
```

CHIRENO INDEPENDENT SCHOOL DISTRICT
P O Box 85
CHIRENO, TX 75937


CHRIS MILLS
35 Whitmarsh Pl
WAKE VILLAGE, TX 75501


CHRISTINE E. MCLEAN
20 Luxury Dr
Apt 15
NEWPORT, NH 03773


CHRISTOPHER A. WERLINE
8180 S Lodge Ln
PENDLETON, IN 46064


CHRISTOPHER G. KAHN
8826 Kona Way
Orangevale, CA 95662


CHRISTOPHER S BESING


CHRISTY E JONES
310 Riverside Path
CANYON LAKE, TX 78133


Circle 8 Crane Services
14950 Heathrow Forest Pkwy
Ste 175
Houston, TX 77032


Citizens Bank
P.O. Box 1700
Kilgore, TX 75663


CLARE H WREN
6125 Greenbrook Dr
RENO, NV 89511


CLARENCE E HUGHES
6009 E FM 40
LUBBOCK, TX 79403

CLARK FINANCIAL GROUP, LLC
c/o Doug Clark Mng Member
111 Bank St, PMB 201
GRASS VALLEY, CA 95945


CLEAR FORK ROYALTY II, LP
6300 Ridglea Place
Suite 950
FT WORTH, TX 76102


CLEMENTINE GLENN


COASTAL MANAGEMENT TRUST
Perry L & Patricia B. Shaw
P O Box 1569
PORTER, TX 77365


Common Disposal
PO Box 1871
Center, TX 75935


CONCHO ROYALTY COMPANY LP
4925 Greenville Ave
Suite 500
DALLAS, TX 75206


Conley Rose, P.C.
5601 Granite Parkway
Sutie 500
Houston, TX 77079


CONOR B FITZSIMONS
P O Box 667
EAGLE, ID 83616


CONSOLIDATED TAX COLLECTIONS
OF WASHINGTON COUNTY
P.O. BOX 2199
BRENHAM, TX 77834


CORONADO RESOURCES 2013 LP
3811 Turtle Creek Blvd
Suite 1800
DALLAS, TX 75219

Covenant Testing Technologies
1600 Highway 6
Suite 360
Sugarland, TX 77478


CRAIG M BLOUNT
302 Byrnes Dr
SAN ANTONIO, TX 78209


CROFT PRODUCTION SYSTEMS, INC.
19230 FM 442
NEEDVILLE, TX 77461


Crown Pine Timber 1, LP
702 N TEMPLE Dr
DIBOLL, TX 75941


CSHV HCG Office, LLC
12700 Hill Country Blvd
Suite T-100
Bee Cave, TX 78738


Cti Fishing and Completions, Inc
4401 Sandune Rd
Liberty, TX 77575


Curtis Oilfield Services,LLC
4779 Hwy 96 N
Silsbee, TX 77656


CYNTHIA A RIPTOE
20656 Washtenaw
HARPER WODS, MI 48225


CYNTHIA BOONE IREY
1015 Huntington Rd
KANSAS CITY, MO 77270


CYNTHIA KAY MOSS BARKER
2007 Geney St
BRENHAM, TX 77833


CYNTHIA L. MARTIN
1417 Jadens Way
WASHINGTON, IL 61571

CYNTHIA PICKETT
a/k/a Cynthia Perrett
2504 Ashland Ave
BOSSIER CITY, LA 71111


CYNTHIA TUCKER CURTIS
P O Box 51989
MIDDLEBURG, VA 20115


Cypress Creek Resources
7485 Phelan
Baeaumont, TX 77706


Dalton Crane
599 State Hwy 111 N
Edna, TX 77957


DANA F TROUSDALE
P O Box 802561
HOUSTON, TX 77280


DANA LYNNE HARDEY
504 Berwick Dr
BRANDON, MS 39047


DANIEL SPAIN
255 Arrowhead Lane
BOZEMAN, MT 59718


DARLENE PRESCOTT
4610 Village Park Dr
PASADENA, TX 77504


Davenel's Welding Services
PO Box 594
Franklin, TX 77856


DAVID AND DENA GASKIN
10592 CR 175
IOLA, TX 77861


DAVID EDWARD BUDIL
216 Walnut St
STOUGHTON, MA 02072

DAVID M. SORRELS
1120 Pointe Newport Terrace
Apt 302
CASSELBERRY, FL 32707


David Martineau
2907 Navidad Cove
Austin, TX 78735


DAVID MCLEAN
94 Grant St. South
SLOATSBURG, NY 10974


DAVID MERRITT
11803 Hardwood Trl
AUSTIN, TX 78750-1311


DAVID PAUL FORTUYN SCHUMACHER
3751 E Dartmouth Ave
DENVER, CO 80210


DAVID PROSKE
723 Ellena Rd
HOUSTON, TX 77076


DAVIS, JR., RICHARD T.
c/o The Rosine Blount McFaddin Mineral T
2615 Calder Avenue
Suite 1050
BEAUMONT, TX 77702


DEAN SCHROEDER
6230 Easley Ln
SANDIA, TX 78383-5700


DEBORAH D P BILLEAUD IRREVOCABLE TR
Attn: Deborah Dawn P. Billeaud
106 Royal Springs Lane
CRAWFORD, TX 76638


Defiance Energy Services, LLC
415 Texas St
Suite 111
Shreveport, LA 71161

DELORES S ANDERSON JENKINS
Faminly Limited Partnership
2823 Colonial Dr
NACOGDOCHES, TX 75965

DELTA 08, LLC
P O Box 471365
FORT WORTH, TX 76147

Dependable Pressure Testers, Inc
2481 State Hwy 315
Carthage, TX 75633

Derrick Equipment Company
15630 Export Plaza Dr
Houston, TX 77032

DERRICK RAY BERRY
P O Box 278
KENTWOOD, LA 70444-0278

DIAMOND P LEASE & WELL SERVICE INC.
P O Box 203
Dime Box, TX 77853

DIXIE MAYFIELD L.
10016 Lakeshore Dr
TYLER, TX 75707

DOLORES H PRICE
5020 Kelvin Drive
Apt 1801
HOUSTON, TX 77005

DON L. RENCHIE
3887 Bird Pond Road
COLLEGE STATION, TX 77845-3622

DONNA I HOLLIMAN

DONNA WYATT
P O Box 985
CASPER, WY 82602

DONNIA ROBLES
2 Terrace Drive
SAN ANGELO, TX 76903


DONNIA SUE SEELY
27 E 33rd
SAN ANGELO, TX 76903


DORCHESTER RESOURCES, LP
P O Box 18879
OKLAHOMA CITY, OK 73154-8879


DOROTHY D. WELBURN
1611 Andrews Drive
WICHITA FALLS, TX 76301


Douglas E. Sheetz
4600 Greenville Ave
Suite 300
DALLAS, TX 75206


DOUGLAS ERICK PECK IRREV TRUST
Attn: Douglas E. Peck
4900 Hwy 105
BRENHAM, TX 77833


DOUGLAS W. HOWELL, III
P O Box 4895
BRYAN, TX 77805


Downhole Products USA
4730 Consulate Plaza Dr
Suite 190
Houston, TX 77032


DRC PETROLEUM LTD.
P O Box 19997
SUGAR LAND, TX 77496


Drilling Fluid Solutions, LLC
270 Industrial
Rayne, LA 70578

Drilling Tools International, Inc
3701 Briarpark Dr
Ste 150
Houston, TX 77042


DW ENERGY GROUP LLC
104 Decker Court, Suite 300
IRVING, TX 75062-2757


Eagle Valley Energy Partners LLC
13413 Galleria Circle, Suite Q-100
Austin, TX 78738


Eagle Valley Minerals, LLC
13413 Galleria Circle, Suite Q-100
Austin, TX 78738


Eagle Valley Operating, LLC
13413 Galleria Circle, Suite Q-100
Austin, TX 78738


EDDIE JOHN PROSKE
13200 Royal Shores Dr
CONROE, TX 77303


EDDIE LARRY CONELEY
P O Box 1246
NAVASOTA, TX 77868


EDGAR STARCKE
6001 Kelsing Cove
AUSTIN, TX 78835


EDWARDS, BURKE T.
3001 RR 620 South
Suite 321
AUSTIN, TX 78738-6876


EILEEN B. KUHL
3430 Candy Lane
BOZEMAN, MT 59715


ELEANOR PRESCOTT
7913 Spivey Rd
HIGHLANDS, TX 77562-4334

ELIZABETH COOK ASHBURN
P O Box 4275
PALESTINE, TX 75802


ELIZABETH D KOLLET,RECEIVER IN
Cause #C1934920, 145th Dist. Ct.
2617 County Road 538
NACOGDOCHES, TX 75961


ELIZABETH SEALE-HUTCHESON HEIRS PTNSHP
P O Box 3147
BELLAIRE, TX 77402


ELLEN DOUGLAS MYERS
307 Arcadia Place
SAN ANTONIO, TX 78209


ELLIOTT INTERESTS LTD
P O Box 640
MILLICAN, TX 77866-0640


ELSA L DANIELS DAVIS
10915 Warwick
HOUSTON, TX 77024


EMILY C FORSYTHE
3402 Randolph Rd
AUSTIN, TX 78722


EMMA W. CONWELL
5083 Stonespring Way
ANDERSON, IN 46012


Energy Supervisors, LLC
1278 Wafer Rd
Haughton, LA 71037


ENERLEX, INC.
18452 E 111 St
BROKEN ARROW, OK 74011


ENVERUS
P O Box 735594
DALLAS, TX 75373-5732

```
EPA - Region 6
Attn: Bankruptcy Division
1201 Elm Street, Suite 500
Dallas, TX 75270


Estate of Charles Werline



ESTATE OF CYNTHIA BRISTOL BOWMER
John Robert Bowman Sr. Ind Executor
2022 Clarinda Ave
WHIICHITA FALLS, TX 76308-1311


ESTATE OF DAVID B. SAVILLE  (DEC'D)
P O Box 2811
HICKORY, NC 28603


ESTATE OF DAVID CALVIN SCHROEDER
David C. Schroeder, Trustee
17 Avery Lane, Apt 209
WALPOLE, NH 03608


ESTATE OF KATHRYN BAILEY
c/o Kathryn Ann Bailey Hutchison
25 Downs Lake Circle
DALLAS, TX 75230


ESTATE OF LUTHER SWIFT,III,DECEASED
4375 Thomas Park
BEAUMONT, TX 77706


ESTATE OF MATTIE STRINGFIELD Deceased
P O Box 16595
GALVESTON, TX 77552-6595


ESTATE OF SUSAN M HINCHEE,DECEASED



ETC Texas Pipeline, LTD
800 East Sonterra Blvd.
Suite 400
San Antonio, TX 78258
```

EUGENE C GARRISON JR LIFE ESTATE
Leigh K Litteer & Eugene C. Garrison III
Remaindermen
1419 Dominion Dr
KATY, TX 77450


EUGENE C GARRISON, III
13031 123rd Lane NE
KIRKLAND, WA 98034


Evergreen Chemical Solutions
6700 Woodlands Pkwy.
The Woodlands, TX 77382


Eyrie Holdings, LLC
13413 Galleria Circle, Suite Q-100
Austin, TX 78738


Eyrie Mineral Holdings, LP
13413 Galleria Circle, Suite Q-100
Austin, TX 78738


F.I.G. ENERGY, LLC
251 Rainbow Dr. #15160
LIVINGSTON, TX 77399


FADRIQUE TRUST
c/o RAYMOND B. KEATING, III
P O Box 62208
HOUSTON, TX 77205


FDF Energy Services
100 Asma Blvd
Suite 151
Lafayette, LA 70508


FIRST BAPTIST CHURCH DALLAS
Acting through Baptist Foundation TX
d/b/a Highground Advisors, Agen & AIF
P O Box 840350
DALLAS, TX 75284-0350


Fleming Oilfield Services
5112 Carrabba Rd
Bryan, TX 77808

FLETCHER L. POOL FAMILY TRUST
Lynn Elliott, Acting Trustee
P O Box 454
MILLICAN, TX 77866-0640


FlowCo Production Solutions, LLC
12514 Cutten Rd
Suite A
Houston, TX 77066


FLOY L. COLLINS
4894 Hwy 259 South
HENDERSON, TX 75654


Flying V Rentals, LLC
2406 Irving Blvd
Irving Blvd
Dallas, TX 75207


Force Pressure Control
PO Box 429
Seguin, TX 78156


FRANCES CASON
861 W. Quinman St
EMORY, TX 75440


FRANCES RICHARD
12828 Starbrimson Trail
ELGIN, TX 78621


FRANCIS A STANLEY BRUMBY
1436 Kveton Rd
SEALY, TX 77474


FRANCIS SCHOTT TESTAMENTARY TRUST
930 DR 620
NACOGDOCHES, TX 75964


FRANK & FRANCES TUCKER REVOC LIVING TRUS
Amy T. Hale, Trustee
189 Tucker Lane
NACOGDOCHES, TX 79631

FRANK C ERWIN III
101 Westcott St, #1507
HOUSTON, TX 77007

FRANK SHARP INTEREST REVOCABLE
c/o Kay Baily Hutchison, Trustee
25 Downs Lake Cir
DALLAS, TX 75230

FREDDIE RAY SCHROEDER
2410 Boca Chica Dr.
PORTLAND, TX 78374-2708

Frontier International Frontier Oil Tool
7904 N Sam Houston Pkwy
4th Floor
Houston, TX 77064

G&G Services Unlimited, LLC
101 Viking Dr
Suite M
Suite M Bossier City, LA 71111

G.L. MILLARD ENTERPRISES LLC
3511 Chimney Rock
NACOGDOCHES, TX 75965

GARRET HARRIS
1315 Elm Avenue
SILT, CO 81652

GARY W HIRSCH
284 Kempsey Dr
NORTH BRUNSWICK, NJ 08902

Genesis Fluids, LLC
9701 N BRdway Ext
Oklahoma City, OK 73114

GEOFFREY H. MCLEAN
78 Squires Ln
NEW LONDON, NH 03257

GEORGE ARNOLD, JR.
3647 Canyon Creek Cir
TYLER, TX 75707


GEORGE E HOLLAND
6829 Midcrest Dr
DALLAS, TX 75254


GEORGE H. MCLEAN, JR.
12 Mill Brook Dr
WILBRAHAM, MA 01095


GEORGE MILLARD III
3511 Chimney Rock
NACOGDOCHES, TX 75965


GEORGE S. WANNAMAKER & SUCCESSORS
George S. Wanamaker EX TR
1480 County Rd 262
GEORGETOWN, TX 78633


GEORGE STUBBLEFIELD AND WIFE
Inez Stubblefield


GEORGI DAVIS DUWE
6802 Rockledge Cove
AUSTIN, TX 78731


GeoSouthern Energy Corporation
1425 Lake Front Circle Suite 200
Woodlands, TX 77380


GILBERT J BESING


GILBERT M ALLEN
16018 Cutten Rd
HOUSTON, TX 77070


GILLCO ENERGY, LP
500 S Taylor, Suite 101
Lobby Box 249
AMARILLO, TX 79101

GOLDEN GIANT PROPERTIES LLC
127 Corbett Ave
SAN FRANCISCO, CA 94114


GR Wireline
2150 Town Square Place
Suite 410
Sugar Land, TX 77479


GRAHAM P STEWART III
P O Box 1408
GRAHAM, TX 76450


GREGORY C SMITH
3209 Walnut Avenue
MANHATTAN BEACH, CA 90266


Grimes CAD
P. O. Box 489360
Hill Street
Anderson, TX 77830


GUNN MINERALS, LLC
Frontier Enterprises LLC, MGMT PARTNER
1001 Rice Mine Road N
TUSCALOOSA, AL 35406


Gustavus Trucking LLC
13238 Chelsea Ln
Franklin, TX 77856


Gustavus Trucking, LLC
13238 Chelsea Lane
FRANKLIN, TX 77856


H A POTTER OIL AND GAS, LLC
10627 Pipine Rock Lane
HOUSTON, TX 77845


H3E LLC
14 Florence Court
SAN ANTONIO, TX 78257

H3E PARTNERS
Attn: Grebory Hickson
14 Florence Ct
SAN ANTONIO, TX 78257


Halliburton Energy Services
P O Box 301341
DALLAS, TX 75303-1341


HAROLD B. TRANT, JR.
14170 FM 3090
ANDERSON, TX 77830


Hasinai Development, LLC
3698 RR 620 S
Suite 113
Austin, TX 78738-6811


HEATHER KEARNEY
3656 Wickersham Lane
HOUSTON, TX 77027


Hi-Tech Tubular Service, LLC
1608 Hwy 90 E
New Iberia, LA 70560


HICKSON ENERGY CORPORATION
403 Hazeltine Dr.
AUSTIN, TX 78734


Hill Country Texas Galleria, LLC
12700 Hill Country Boulevard
Suite T-100
Bee Cave, TX 78738


HILLMAN ROYALTIES, LP
1415 S Voss, Suite 110-105
HOUSTON, TX 77057


HOCH CHILDREN'S TRUST
Attn: Rober Hoch
3001 Ranch Rd 620 S
Suite 322
AUSTIN, TX 78738

HOWARD BAKER YOUNG
P O Box 20608
HOUSTON, TX 77225


HRM-JJM LLC
John C. Mast, MGR
P O Box 635025
NACOGDOCHES, TX 75963-5025


HUANG & THOMPSON INVESTMENTS, LLC
4249 Yucca Flats TRail
FORT WORTH, TX 76108


Huang & Thompson Investments, LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731


Hunter Directional Services, LLC
525 N Sam Houston Pkwy
Suite 680
Houston, TX 77060


Hydroline Drilling, LLC
4713 Hazel Jones Rd
Bossier City, LA 71111


IAN D BLOUNT TRUST
Donna K. Blount, Trustee
12524 Taylor Dr
BUDA, TX 78610


IATAN ROYALTY LLC
P O Box 9065
MIDLAND, TX 79708


IDA NELLE PHILLIPS
a/k/a Nell Phillips
7201 Chimney Corners
AUSTIN, TX 78731


Innovex Downhole Solutions, Inc
4310  N Sam Houston Pkwy East
Houston, TX 77032

Intense Wireline Solutions
100 Independence Place
Suite 405
Tyler, TX 75703


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


IRENE LEE PAGAN
P O Box 7710
HOUSTON, TX 77042


IRIS PAULINE WALLACE BY
Cindy Wallace McMorran, AIF
P O Box 550469
HOUSTON, TX 77255-0469


Iron Horse Oilfield Service Group
2622 Salt Grass Trl
Deer Park, TX 77536


J R T MINERAL TRUST
Julia Ryman Holmes, Trustee
3804 Lovers Lane
DALLAS, TX 75225


J-W POWER COMPANY
16479 N Dallas Pkwy
Suite 850-LB-8
ADDISON, TX 75001


J.S. HUNTER OR SUCCESSORS IN INT


JACK E BRADY TRUST
2000 Republic Center
325 N. St. Paul St.
DALLAS, TX 75201


JACK H ELDRIDGE
11618 Bolero Cir
SAN ANTONIO, TX 78230

JACLYN PANNELL
5313 Duck Creek Rd
SANGER, TX 76266


Jacob Steimle
525 ELWORTH PATH
LAKEWAY, TX 78738


James (Adam) A Wilkins
4006 ECK LANE
Austin, TX 78734


JAMES CLAYTON VICK
22 Auburn Ridge
SPRING, TX 78070


JAMES JERRELL WELLS
2526 CR 256
NACOGDOCHES, TX 75965


JAMES KEITH LOWERY,  JR.
P O Box 62
ETOILE, TX 75944


JAMES L. KARR
1787 Pacific Dr
CAMANO ISLAND, WA 98282


JAMES M. FAULKNER
6301 Windhaven Pkwy #1103
PLANO, TX 75093


JAMES N. DEGNAN 2013 TRUST
P O Box 341243
AUSTIN, TX 78734


JAMES RICHARD HOLLAND IV
609 Barton Blvd
AUSTIN, TX 78704


JAMES WILLIS SEELY
27 East 33rd
SAN ANGELO, TX 76903

JAN GUNTER-OLIVER
1711 Fire Cracker
SAN ANTONIO, TX 78260


JAN M ZELLOW
69320 E 320 Rd
GROVE, OK 74344-8022


JANET D MILLER FRY
3801 E Crest Dr, Apt 6304
BRYAN, TX 77802


JANICE COKER
204 Amelia Oaks Way
COLUMBIA, SC 29209


JANICE P. CLIFT
3658 Lake Adelaide Pl
VIERA, FL 32955


JARRETT PANNELL
P O Box 1841
ARCHER CITY, TX 76351


JASON ELLISON
703 East Meadonws St
SAINT JO, TX 76265


JASON M DAVISON
40 E Ridge Ct
PARACHUTE, CO 81635


JAY & DENISE JORDAN
2217 Avian Way
OKLAHOMA CITY, OK 73170


JDMI L.L.C
P O Box 271120
CORPUS CHRISTI, TX 78427-1120


JEAN C BULLOCH
600 S. Pear Orchard
Apt 253
RIDGELAND, MS 39157

JEANETTE LOUISE TUCK
167 Bar J
Johnson City, TX 78636


JEANNE E PERRY
18744 South FM 225
DOUGLASS, TX 75943


JEANNE WHITEMORE LUECK
4708 Heron Lakes Circle
BRYAN, TX 77802-3468


JEANNIE LOTT
14 SOUTH FLAMINGO ROAD
LA MARQUE, TX 77568


JEFFERY B SMITH
1200 N. Central Ave
MODESTO, CA 95351-4809


JEFFREY R COCHRAN
3235 Betsy Lane
HERNDON, VA 20171


JEFFREY S VINCENT
12353 Green Ash Drive
FT WORTH, TX 76244


JENNIFER E. SMITH HALL
c/o Raymond B. Keating, III
P O Box 62208
HOUSTON, TX 77205


JERALD H BEENE
183 Tanglewood Dr
HUNTSVILLE, TX 77320


JERRY FISH
9954 West 400 South
HUDSON, IN 46747


JERRY HICKSON
403 Hazeltine Dr
AUSTIN, TX 78734

JERRY LEE SEELY
107 S. Moore Road
CHATTANOOGA, TN 37411


JETX ENERGY, LLC
9200 E. Mineral Ave
Suite 200
CENTENNIAL, CO 80112


JEWEL E HARDEMAN
289 Ross Hardeman Rd
NACOGDOCHES, TX 75961


JIM E PERRETT
312 Norwood Dr
HURST, TX 76053


JIMMY WATERS
1020 Riverchase Parkway W
BIRMINGHAM, AL 35244-1581


JOE A BEERY JR
P O Box 572392
HOUSTON, TX 77257-2392


JOHN & THERESA HILLMAN FAMILY PROPERTIES
P O Box 50187
MIDLAND, TX 79710


JOHN C. MAST SEP PROP PRTNR LP
P O Box 635025
NACOGDOCHES, TX 75963-5025


JOHN D SIMPSON
8315 Greenbush
HOUSTON, TX 77025


JOHN F LUBBEN, III
7413 Twilight Shadow Dr
AUSTIN, TX 78749-5221


JOHN G HOLLAND JR

JOHN HARDEMAN
P O Box 26
OKLAHOMA CITY, OK 73101


JOHN L ALLEN, SR. ESTATE
1029 Simon Dr
PLANO, TX 75025-2559


JOHN PAUL REINHART, SR.
2707 N. Beal
BELTON, TX 76513


JOHN STEPHEN POINDEXTER
119 S. Choctaw
BARTLESVILLE, OK 74003-2814


JOHN W WHITE
1951 Hunter Rd
Apt 5209
SAN MARCOS, TX 78666


JOHN WALLACE POINDEXTER
1115 Country Place Dr
HOUSTON, TX 77079


JOHNNIE STANLEY WHIDDON
1875 Jackson League Cir
BRENHAM, TX 77833


JON K. COCHRAN
127 Park Drive
SAN ANTONIO, TX 78212-2506


JON R FISH
1211 South Anderson St
ELWOOD, IN 46036


JONATHAN A. BUDIL
11955 SW Cheshire Road
BEAVERTON, OR 97008


JOS NATURAL RESOURCES LTD
P O Box 630876
NACOGDOCHES, TX 75963-0876

JOSEPH J GRAHAM
115 Brookgreen Circle N
MONTGOMERY, TX 77356-8359


Joseph Y. Ahmad
1221 McKinney Suite 2500
Houston, TX 77010


JOSEPHINE BERRY
P O Box 278
KENTWOOD, LA 70444-0278


JOSEPHINE SCHWARTZ
5710 Pickwick
BEAUMONT, TX 77706


JOW W. & TOBY BREWSTER
P O Box 516
MILLICAN, TX 77866


Joyce Steel Erection
31 FRJ Dr
Longview, TX 75602


JUDITH BREEDING SANDERS
P O Box 910422
SAINT GEORGE, UT 84791-0422


JUDITH BROWN
9222 Corbin Ave
NORTHRIDGE, CA 91324


JUDITH LYNN SMITH MENDOZA
c/o Raymond B. Keating, III
P O Box 1310
COLDSPRING, TX 77331


JULIA ANN WEATHERSBEE
8911 Tweed Berwick Dr.
AUSTIN, TX 78750-3553


JULIA K. SCHROEDER-VILLARREAL
9621 E Navajo Pl
SUN LAKES, AZ 85248-7119

JULIA RYMAN HOLMES
3804 Lovers Lane
DALLAS, TX 75225

JULIE CLIFT GREENWALT
328 W. Kari Ct
ST JOHNS, FL 32259

JULIUS G SMITH II
4684 Beverly Dr
DALLAS, TX 75209

JUSTIN L PANNELL
1820 County Rd 3206
MT ENTERPRISE, TX 75681

JW Power Company
P.O. Box 803527
Dallas, TX 75380-3527

JW Power Company
16479 N Dallas Pkwy
Suite 850
Addison, TX 75001

K&B Oilfiled Services
120 Taylor St
Henderson, TX 75652

K&C Custom Services
3656 FM 1696
Iola, TX 77861

KAREN CAMPBELL DENNEY
13105 N. Jaguar Ridge Rd
PRESCOTT, AZ 86305

KAREN J RIPTOE
3194 N Linden Rd
FLINT, MI 48504

KARICHI INVESTMENTS LP
2615 Calder Ave
#1050
BEAUMONT, TX 77702

KATHERINE E. DAUGHERTY
c/o Kimberly D. Scott
1010 Spring Cypress Rd
SPRING, TX 77373


KATHERINE L. PARKINS
4748 Lemona Ave
SHERMAN, CA 91403


KATHLEEN BOONE COLLINS
3527 S. Yorktown Pl
TULSA, OK 74105


KATHRYN B. BREIHAN
2224 Tarlton Cove
AUSTIN, TX 78746


KATHY SIMON CARR
5932 Walraven Cir
FT WORTH, TX 76133


KATIE DIMMIT GARRISON
328 Cordillera Trace
BOERNE, TX 78006


KAYLEE D BLOUNT TRUSTEE
Donna Blount Trustee
12524 Taylor Dr
BUDA, TX 78610


KELBY MCCALL
8206 E Hwy
LUFKIN, TX 75901-1053


KELLI ARMSTRONG


KELLY BLOUNT KRUSE
4075 Deverell St
JOHNS CREEK, GA 30022


KENNETH N BEENE
3310 Texana Court
ROUND ROCK, TX 78681

KENNETH R MUCHMORE
4513 De Ette Ave
BAKERSFIELD, CA 93313

KERRCO INC.
808 Travis, Suite 2200
HOUSTON, TX 77002

Kerrco, Inc.
808 Travis, Suite 2200
Houston, TX 77002

Kevin Lyendecker
1221 McKinney
Suite 2500
Houston, TX 77010

Key Energy Services, LLC
1301 McKinney
Suite 1800
Houston, TX 77010

Kil-Tex Oilfield Services, LLC
1300 Oakwood Ln
Kilgore, TX 75662

KIM K BASKETT
506 Plantation Lane
MARSHALL, TX 75762

KIMBALL'S LEGACY LLC
c/o Lisa M Colepand, MNG Member
3163 230th St
LAKE CITY, FL 32021

KIMBERLY STRICKLAND BOATMAN
3410 Summer Hill Ct
NACOGDOCHES, TX 75965

KIMBERLY WATERS KAEMPFFE
27298 Will Braden Cir
ATHENS, AL 35613-7536

Kingsley Directional
13921 Hwy 105 W
Suite 359
Conroe, TX 77304


Kodiak Resources, Inc.
3698 RR 620 Street, Suite 113
Austin, TX 78738


KRISTEEN ROE, BRAZOS COUNTY TAX A/C
4151 County Park Ct
BRYAN, TX 77802


Kureha Energy Solutions, LLC
3151 Briarpark Dr
Suite 1050
Houston, TX 77042


LARRY KENT KEARY
P O Box 12943
JACKSON, MS 39236


LAURA ASHBURN DUCKWORTH
P O Box 854
NAVASOTA, TX 77868-0854


LAURA BULLARD
1625 Degnen Lane
AUBREY, TX 76227


LAURA F WORLEY
14123 White Oak Gardens
CYPRESS, TX 77429


LAURA J. DUNCOMBE
5651 S. Nettleton Ave
SPRINGFIELD, MO 65810


LAURA L KENNER
1695 Rolling River View
SPRING BRANCH, TX 78070


LAURA MILLARD
1005 Kavanaugh Dr
AUSTIN, TX 78748

LAUREN A ORZACK
9 Commerce Ave
FRONT ROYAL, VA 22630


LAURIE ROMAN
4301 Parnell
COLLEGE STATION, TX 77845


LAURIE Y CRUMB
1128 Hidden Ridge #2159
IRVING, TX 75038


LAVITA C. BROWN
1495 CR 115
HICO, TX 76457


LAWRENCE C HOPKINS
4017 Alford Street
COLLEGE STATION, TX 77845


LAWRENCE-HUNT THOMAS INTERESTS LTD
3202 Miramar
LAPORTE, TX 77571


LAZY S MINERALS, LLC
P O Box 100493
FORT WORTH, TX 76185


Leam Drilling Services
3114 West Old Spanish Trail
Iberia, LA 70560


Legacy Pressure Control
3802 Brighton Creek Circle
Tyler, TX 75707


Legend Energy Services
409 E. California Ave
Oklahoma City, OK 73104


LEIGH K GARRISON LITTEER
625 S Race St
DENVER, CO 80209

LEONA LEE WELLS
303 Arrowdale Dr
HOUSTON, TX 77037


LEONARD LOUKANIS
3006 Carolyn
BACLIFF, TX 77518


LESLIE PROSKE
3904 Amanda St
DICKINSON, TX 77539


LILLIAN BROCK
1000 Evergreen Terrace
Apt 1111
SAN PABLO, CA 94806-3860


LINDA  SORRELS
1627 SW 82nd Terrace
GAINESVILLE, FL 32607


LINDA BLACK CANNON TRUST
Linda B. Cannon, Trustee
P O Box 129
TROY, TX 76579


LINDA C WERLINE LIFE ESTATE
Nicole Lau, Christopher Werline,
   Joshua Wersline, Remaindermen
10333 N. State Rd 37
ELWOOD, IN 46036


LINDA D ARTHUR
3218 Kathleen Dr
BAYTOWN, TX 77523


LINDA FINKELSTEIN
8762 Thunderbird Drive
PENSACOLA, FL 32514


LINDA R RUSSO YODER
P O Box 2962
WEATHERFORD, TX 76086

LISA LUNSFORD
503 Dexter Dr
COLLEGE STATION, TX 77840


LIZA BARNHARDT WEEMS
1080 Poplar Ave
BOULDER, CO 80304


LLOYD DAVIS
P O Box 2734
SACREMENTO, CA 95812-2734


LMK RESOURCES INC.
6051 NORTH COURSE DRIVE
Suite 300
HOUSTON, TX 77072


LOCO INVESTMENTS LLC
P O Box 635025
NACOGDOCHES, TX 75963-5025


LOIS A BLOUNT 2007 MINERAL TRUST
Tasca and Neal Feibel, Trustees
75 Abby Woods Lane
DALLAS, TX 75248


LONGHORN LAND COMPANY
7908 Jefferson Circle
COLLEYVILLE, TX 76034


LORA L MINK
P O Box 442
TERRA CEIA, FL 34250


LORETTA CAMMACK,DISTRICT CLERK
Est of J.M. Brittain, Deceased
Cause No C1934451, 145th Dist Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


LORETTA CAMMACK,DISTRICT CLERK
Est of Antoinette H Wynne, Deceased
Cause No C1934451, 145th Dist Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961

LORETTA CAMMACK,DISTRICT CLERK
Est of Willie K Mooreman, Deceased
Cause No C1934451, 145th Dist Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


LORETTA CAMMACK,DISTRICT CLERK
Est of Willie Mettauer, Deceased
Cause No C1934451, 145th Dist Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


LORETTA L RIPTOE
708 Worden St. SE
GRAND RAPIDS, MI 49507


LORRAINE HIRSCH NELLIS
756 Camino Magnifico
SAN MARCOS, CA 92069


LOUIS J WORTHAM III
1097 Redfish St
BAYOU VISTA, TX 77563


LOUISE F KEMP
5829 Calhurst
DALLAS, TX 75230


LOUISE H RUNG III
222 Coconut St, Rt 2
GALVESTON, TX 77554


LOUISE H. DAVIS IRREVOCABLE TRUST
William V. Hanks, Trustee
c/o Raymond B. Keating, III
P O Box 62208
HOUSTON, TX 77205


LOYOLA P HOLLAND
204 Devonshire Dr
SAN ANTONIO, TX 78209


LUTHER SWIFT III
4375 Thomas Place
BEAUMONT, TX 77706

LVG TR OF MARY/EDWARD COLQUITT
Mary & Edward Colquitt, Trustees
2541 Moyers Rd
RICHMOND, CA 94806-3101


LYNDEL N BEENE JR
1425 Birdsall St
HOUSTON, TX 77007


LYNN W HICKEY
4413 Bat Falcon
AUSTIN, TX 39180-8027


MADGE WALLACE
c/o Robert Nettles
1218 Marilyn Jane Lane
ROCKWALL, TX 75087


MAGNOLIA MARTIN ESTATE
Emmitt Martin, Jr. Executor
3728 Avenue N
GALVESTON, TX 77550-6612


MALCOLM ENERGY, LLC
9601 Pine Lake Drive
HOUSTON, TX 77055


MALCOLM L STEWART
1701 16th St. NW
#727
WASHINGTON, DC 20009


MAMIE S BLOOM
2780 W Riverwalk Cr
LITTLETON, CO 80123


MARGARET ANNE HENDERSON BECKMAN
606 Bayview Drive
KERENS, TX 75114


MARGARET H. DYER
7895 Joee Lane
NAVASOTA, TX 77868

MARGARET MICHELE GROSSAINT
2916 Camille Dr
COLLEGE STATION, TX 77845


MARGIE NORDT
P O Box 616
MILLICAN, TX 77866


MARGIE SCHWARTZ STARKE
6001 Kelsing Cove
AUSTIN, TX 78835


MARILYN H MUNGER WATSON
1400 Zillock Rd
Lot T417
SAN BENITO, TX 78586


MARJORIE J WILLIAMS LIFE ESTATE
Sherry Sneed & Merry Waugh, Remaindermen
3117 SW 28th
AMARILLO, TX 79109


MARK A. JAEHNE
P O Box 726
GIDDINGS, TX 78942


MARK H DANIELS FAMILY TRUST
Patricia Daniels, Trustee
4504 Elm St
CHEVY CHASE, MD 20815


MARK L SHIDLER INC
1313 Campbell Rd, Suite D
HOUSTON, TX 77055-6429


MARK LEON HALE
2925 Gulf Fwy South
Suite B, Box 517
LEAGUE CITY, TX 77573


MARK WILLIAM MCLEAN
440 Route 103
SUNAPEE, NH 03782

MARTHA JANE SCHMIDT TAYLOR
1310 N. Fredonia St
NACOGDOCHES, TX 75963


MARY ALICE GREEN
1153 Rumrill Blvd Trlr 36
SAN PABLO, CA 94806


MARY ANN COUSSONS
4523 Cypress Pond Ct
HOUSTON, TX 77059


MARY B MEHTA
944 Legacy Oaks Dr
PENSACOLA, FL 32514


MARY BETH HOLMES TRUST
2900 Cedarview
HENDERSON, TX 75652


MARY C. STRICKLAND
5619 Dahlia Lane
KATY, TX 77493


MARY D. AMES
P O Box 892
PROCTOR, TX 76468


MARY F HARDEMAN ECKELS
24807 Mt Auburn Dr
KATY, TX 77494


MARY JOYCE
2832 Ranch Road 1323
JOHNSON CITY, TX 78636-4436


MARY L. RICHARDS
22525 7th Ave S, #419
DES MOINES, WA 98198


MARY LOUISE SCHROEDER
1802 Mission Dr
VICTORIA, TX 77901-3122

MARY M LATSOS
435 Stacy Lane
BOSSIER CITY, LA 71111

MARY R BLOUT BIGGERSTAFF
4002 Pueblo Ct
GRANBURY, TX 76048

MARYANA H SYMES
1809 Club House Ln
SAN ANGELO, TX 76904

MATNEY NEATHERLIN
4265 Cottonwood Ln
EXCELSIOR, MN 55331-9328

MATTHEW ALLEN THOMPSON
18224 Ashford Oaks Drive
WILDWOOD, MO 63038

Maverick Field Services, LLC
PO Box 262
LaGrange, TX 78945

MAXINE HARDEMAN
2980 Wooden Rd
NACOGDOCHES, TX 75961

Maxum Enterprises
201 N Rupart St
Ft Worth, TX 76107

MAY BENELLEN SISSON
450 Southwest 9th
COOPER, TX 75432

MAYO MINERALS LLC
P. R. Mayo Jr.
1250 NE Loop 410, Suite 415
SAN ANTONIO, TX 78209

MBOE, INC.
1020 E. Levee St, Suite 130
DALLAS, TX 75207

McAda Drilling
720 Ave F North
Rear Bldg
Bay City, TX 77414


McBride Operating, LLC
4010 Waterview
Longview, TX 75605


MCGILLICUDDY LLC
4408 Steeplewood Trail
ARLINGTON, TX 76016


MELANIE A. HOEFER
2 Wickham Pl
BURLINGAME, CA 94010


MELANIE BUDIL
1805 S Buhr Mill Ct
SPRINGFIELD, IL 62704


MELINDA A TAUNTON
2306 Wesley Circle
BOSSIER CITY, LA 71111


MELISSA VINCENT CASTRO
313 East McCart St
KRUM, TX 76249


MEREDITH LAND & MINERALS COMPANY
2001 Kirby Drive, Suite 1350
HOUSTON, TX 77019


Meredith Land & Minerals Company
1001 MCKINNEY ST
Suite 2200
Houston, TX 77002


Meredith Land & Minerals Company
2001 Kirby Dr. Suite 130
Dallas, TX 77019


MERRY P WAUGH
P O Box 274
ENCAMPMENT, WY 82325

MICHAEL A. LOVERA
362 N FM 730
DECATUR, TX 76234


MICHAEL E  & KIMBERLY KAY HUDSON
129 CR 4377
DECATUR, TX 76234


MICHAEL LOWERY
P O Box 63
ETOILE, TX 75944


MICHAEL NEIL BROWN
18727 Thorntree Ln
DALLAS, TX 75252


Michael Reeder
3001 RR 620 SOUTH
SUITE 321
AUSTIN, TX 78738-6887


MICHAEL S. COCHRAN
51 Saddle Rock Ridge
WIMBERLEY, TX 78676


MICHAEL T HOLLAND
8 Bretagne Cir
LITTLE ROCK, AR 72223


MIDDLEBROOK MINERAL PARTNERSHI
P O Box 632399
NACOGDOCHES, TX 75963-2399


MIKE REEDER
3001 RR 620 S
Suire 323
AUSTIN, TX 78738


MINNIE F HUCKABEE
9437 Palmetto Ln
SHREVEPORT, LA 71118


MINNIE LAURA KOSCH
8017 S. Neenah
BURBANK, IL 60459-1752

MIRANDA D HOLLIMAN
1001 County Rd 419
NACOGDOCHES, TX 75961

MIRIMAR EAGLEBINE LLC
4143 Maple Ave, Suite 300
DALLAS, TX 75219

MOLLY TUCKER SMITH
822 Millard Dr
NACOGDOCHES, TX 75965

MONTANA STATE UNIVERSITY
1501 S. 11th
BOZEMAN, MT 59715

MOONSHADOW RESOURCES LLC
185 Quail Run
ODESSA, TX 79761

MPH PRODUCTION COMPANY
P O Box 2955
VICTORIA, TX 77902

MS. FLOY R HEDDEN
3606 Lucas Drive
AUSTIN, TX 78731

MS. LAUREL H JUNG
7260 York Ave So., #401
EDINA, MN 55435

MS. SAVILLE INMAN
N4238 Pelsdorf Ave
GRANTON, WI 54436

MYRON M BEENE
14390 FM 244
IOLA, TX 77861

Nacogdoches Central Appraisal District
216 W Hospital St
Nacogdoches, TX 75961

NANCY A HACKNEY
704 Center Way
LAKE JACKSON, TX 77566


NANCY G. DAVIS
P O Box 101141
FT. WORTH, TX 76185


NANCY H GREENSHIELD
17818 Burnt Leav Ln
SPRING, TX 77379


NANCY LANHAM
1023 St. Hwy 361
Suite C
PORT ARANSAS, TX 78373


NANCY SNYDER
6543 Fair Valley Trail
AUSTIN, TX 78749


NELL ABNEY LIFE ESTATE
Mark Abney, Remainderman
3905 S. Chestnut
LUFKIN, TX 75901


NEREA ENTERPRISES LLC
P O Box 635426
NACOGDOCHES, TX 75963


NEW DAWN ENERGY LLC
3100 S. Gessner, Suite 105
HOUSTON, TX 77063


New Dawn Energy, LLC
3100 S GESSNER
Suite 105
Houston, TX 77063


New IPT, Inc
1707 Cole Blvd
Suite 200
Golden, CO 80401

New Tech Global Environmental, LLC
911 Regional Park Dr
Houston, TX 77060

Nine Energy
2001 Kirby Dr
Suite 200
Houston, TX 77019

Norma Schunior Sowell
697 Schunior Rd
Chireno, TX 75937

NTG Environmental
911 Regional Park Drive
HOUSTON, TX 77060

Office of the Attorney General
Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

OFS International
7735 Miller Rd
#3
Houston, TX 77049

Oil Patch Group, INC
12012 Wickchester Ln.
Suite 475
Houston, TX 77079

Oil States Energy Services
333 Clay St
Suite 4620
Houston, TX 77002

OLIVE WISTER KAMPMANN
1 Towers Park Lane #616
SAN ANTONIO, TX 78209

OMA LLC
9118 Lake Lewisville Court
CYPRESS, TX 77433

Orion Drilling Company, LLC
P.O. Box 71509
Corpus Chrisie, TX 78467


Osborne Family Properties, LTD.
P.O. Box 8206
Wichita Falls, TX 76107


OSPREY RESOURCES INC
P O Box 56449
HOUSTON, TX 77256


PAGAN REVOCABLE LIFETIME TRUST
Leah Pagan Olivarri & Allan C. Pagan, TR
P O Box 3867
CORPUS CHRISTI, TX 78463-3867


PATCH ENERGY LLC
P O Box 51068
MIDLAND, TX 79710


PATRICIA M GEORGE
John C Mast, Agent & AIF
P O Box 635025
NACOGDOCHES, TX 75963-5025


PATRICIA M WILLIAMS HAMMONS
16223 Robinwood Ln
SAN ANTONIO, TX 78248


PATRICIA SMITH,RECEIVER ON BEHALF
of Estate of J H Teutsch, Deceased
145th District Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


PATRICIA SMITH,RECEIVER ON BEHALF
of Estate of Jennie Scott, Deceased
Cause No C1934452, 145th District Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961

PATRICIA SMITH,RECEIVER ON BEHALF
of Estate of M L Teutsch, Deceased
Cause No C1934452, 145th District Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


PATRICIA SMITH,RECEIVER ON BEHALF
of Estate of W A Teutsch, Deceased
Cause No C1934452, 145th District Court
101 W Main St, Suite 120
NACOGDOCHES, TX 75961


PATRICIA SWIFT ROBERT
4375 Thomas Place
BEAUMONT, TX 77706


PATRICK W WALLACE
10299 Jackrabbit Ln
BRYAN, TX 77808-4027


PATSY L. LANGFORD
9075 CR 174
ANDERSON, TX 77830


PATTI MOORE TODD
2930 Lakeview Rd
SHREVEPORT, LA 71107


PAUL C BESING


PAULINE J LOW TRUST
John Low, Trustee
4040 Broadway St, Suite 510
SAN ANTONIO, TX 78209


Payzone Energy Services
1201 Brashear Ave
Suite 421
Morgan City, LA 70380


PEGGY BULL
4757 County Road 69
ROBSTOWN, TX 78380-5805

PENELOPE A DOUGHERTY
Or Her Successors-in-Interest


PERI LOOKABAUGH WEAKS
601 Sandalwood Ct
COPPELL, TX 75019-2223


PHILIP E SANDERS JR
2900 Cedarview
AUSTIN, TX 78704


PHILLIP EISEN
262 Beth Dr
LIVINGSTON, TX 77351


Phoenix Services, LLC
PO Box 421328
Houston, TX 77242


Pioneer Wireline Services
1250 NE Loop 410
Suite 1000
San Antonio, TX 78209


Pipe Pros
1729 N Clarkwood Rd
Bldg 101
Corpus Christi, TX 78409


PLAYMOORE HOLDINGS LLC
Attn: Jeff Lynch
5891 SH 119
GILLETT, TX 78116


PLAYMOORE VENTURES, LLC
5891 State Highway 119
GILLETT, TX 78116


PMG RESOURCES LC
4205 McFarlin Blvd
DALLAS, TX 75205


PNC Bank
1703 W 5th Street
Austin, TX 78703

PNC Bank
2200 Post Oak Boulevard
17th Floor
Houston, TX 77056

POWELL'S' BLUFF CONSOLIDATION
12409 FM 1935
BRENHAM, TX 77833

Power Rig Rental Tool
PO Box 61520
Lafayette, LA 70596

PRELLY MINERALS
P O Box 1385
FORT WORTH, TX 76101

PRISCILLA DAVIS GRAVELY
3510 St. Johns Dr.
DALLAS, TX 75205

Professional Directional Enterprises
850 Conroe Park West Dr
Conroe, TX 77303

Pruitt Tool & Supply Co
9700 Aire Circle
Fort Smith, AR 72916

Pyramid Tubular Products
2 Northpoint Dr
Suite 610
Houston, TX 77060

Q2 ARTIFICIAL LIFT SERVICES LLC
3611 Hwy 158
MIDLAND, TX 79706

Quail Tools, LP
3713 HWY 14
NEW IBERIA, LA 70560

QUARTZ ROYALTY LLC
P O Box 1433
CHICKASHA, OK 73023

QUORUM BUSINESS SOLUTIONS USA INC.
P O Box 734963
DALLAS, TX 75373-4963


RANDALL W PECK IRREV TRUST
UTA Dated 12/05/2012
Randall W. Peck, Trustee
1675 Godfrey Lane
VIRGINIA BEACH, VA 23454


RAY KOWALIK
4570 Matt Wright Road
NAVASOTA, TX 77868


Raymond Klussman
3553 FM 3456
Brenham, TX 77833


RAYMOND O KLUSSMANN
3553 FM 3456
BRENHAM, TX 77833


RDG LAND SERVICES LLC
105 N West St
ATLANTA, TX 75551


REBECCA A HALE FISHER
6505 Geisler Crossing Lane
DICKINSON, TX 77539-1158


REBECCA SCHOTT TESTAMENTARY TRUST
930 CR 620
NACOGDOCHES, TX 75964


Red Diamond Pressure Control, LLC
1268 Magnolia Rd.
Waskom, TX 75692


Red Rock Rentals
116 N Pinecrest Dr
Ruston, LA 71270


REGINALD W ADAMS
3514 Colquitt Rd
SHREVEPORT, LA 71118

RENEE L RHODES
3103 Knight Lane
BAYTOWN, TX 77521


RICHARD A POWELL IRREV TRUST
Attn: Richard A. Powell
13095 CR 31
STERLING, CO 80751


RICHARD G FOCKE
7422 Carew
HOUSTON, TX 77004


RICHARD KIRK MOSS
17 Scattered Oaks
HUNTSVILLE, TX 77320


RICHARD M. VICK
2211 Windsor Dr
BRYAN, TX 77802-4649


RICHARD PENA
2902 W 28th St
BRYAN, TX 77803-6200


RICK PRESCOTT
P O Box 22002
FT. LAUDERDALE, FL 33335


Rig Runner
519 N Sam Houston Pkwy E
Suite 600
Houston, TX 77060


RioTex Swabbing
101 Coletoville Rd
Victoria, TX 77905


RITA MOORE HARRIS
9253 Wallace Lake Rd
SHREVEPORT, LA 71106

Riverbend Land
800 Bering Dr
Suite 218
Houston, TX 77057


RJH Energy, LTD
3001 RR 620 SOUTH, SUITE 322
AUSTIN, TX 78738-6876


RJH ENERGY, LTD.
3001 RR 620 South
Suite 322
AUSTIN, TX 78738-6887


ROBERT C BLOUNT &
Klaudia E J Blount, JTROS
398 CR 1895
YANTIS, TX 75497


ROBERT DOUGLAS NAMAN
1800 Glen Road
KERRVILLE, TX 78702


ROBERT ELLISON FLYNN
16511 Riverpointe Dr
CHARLOTTE, NC 28278-5804


ROBERT L. TICHENOR
437 Walnut Ave
WAYNESBORO, VA 22980-4717


ROBERT NOBLE SMITH LEGACY LLC
P O Box 65
MCCORDSVILLE, IN 46055


ROBERT OLIN WHIDDON
1400 S Park St
BRENHAM, TX 77833


ROBERT SIDNEY YARBROUGH
2018 Sidney Baker St
KERRVILLE, TX 78028

ROBERT T HARDEMAN
903 Rober E. Lee Dr
GREENWOOD, MS 38930


ROBERT T MARTIN
2726 Oak Rd
PEARLAND, TX 77584


ROBERT W SUTTON JR
2160 Woodsfield
BEAUMONT, TX 77706


ROBERT W SUTTON JR &
BRANDA RAE SUTTON
2160 Woodsfield
BEAUMONT, TX 77706


ROBERTA A. KAHN
5372 Laurel Drive
CONCORD, CA 94521


ROBIN F FERNANDEZ
7910 Tizerton Ct
SPRING, TX 77379


ROBIN PANTALION SMITH
580 County Rd 255
NACOGDOCHES, TX 75965


ROBIN TRANT JOHNSON
P O Box 130
IOLA, TX 77861


ROBIN TUCKER HENDERSON LIM
408 Cielo Vis
CANYON LAKE, TX 78133


ROCK HOUSE RESOURCES LLC
316 Bailey Ave, Suite 100
Fort Worth, TX 76107


ROCK HOUSE RESOURCES LLC
316 Bailey Avenue, Suite 100
FORT WORTH, TX 76107

Rock House Resources, LLC
3973 W. Vickery
Suite 101
Fort Worth, TX 76107


Rockin A-4H Services
2890 Enloe Drive
BRYAN, TX 77807


Rocking W Energy
PO Box 458
Banquete, TX 78339-0458


RODMAN SAVILLE TRUST
Pamela B. Saville Springall, Trustee
3 Juniper Rd
PLACITAS, NM 87043


RODOLFO MARTIN ACOSTA TRANT
9440 SW 100th St
MIAMI, FL 33176


ROGER N & BELINDA K WILLIAMS
6494 Waterway Drive
COLLEGE STATION, TX 77845


ROMAN TRANT
P O Box 5205
BRYAN, TX 77805


RONALD E. LOVERA
601 Lasater Ct
KELLER, TX 76248


ROSALIE A. MAXEY
11265 E FM 219
HICO, TX 76457


ROSEMARY S. BARNETT
517 Dell Place
BOZEMAN, MT 59715


ROSS TUCKER
P O Box 1524
ARCHER CITY, TX 76351

ROSSCER C TUCKER II
2902 Cedar Woods Place
HOUSTON, TX 77068


RUSSELL H WHITE
117 Franklin Blvd #102
AUSTIN, TX 78751


RUTH RASCH MERIC LIFE ESTATE
3733 Westheimer, Apt 1030
HOUSTON, TX 77027


RWLS, LLC
1937 West Ave
Levelland, TX 79336


RYAN S FORSYTHE
922 W Westover Rd
SPOKANE, WA 99218


SALLY MGMT LLC
P O Box 80335
AUSTIN, TX 78708


SAMANTHA BROOKE STONE
8700 Millway
AUSTIN, TX 78757


SAMANTHA BROOKS SCHELL
6208 Draftwood Dr
MIDLAND, TX 79707


SAMCO OIL & GAS PROPERTIES LLC
P O Box 23247
OVERLAND PARK, PARK 66283-0000


SANDRA ACOSTA
521 E 12th St
HOUSTON, TX 77008


SANDRA C. MUNGER
1050 Reef Road, Unit 101
VERO BEACH, FL 32962

SARAH ELLA MELTON MARTIN, LIFE TNT
2726 Oak Road
PEARLAND, TX 77584


SCHUMACHER MINERALS, LTD
c/o Travis Property Management LLC
P O Box 56429
HOUSTON, TX 77256-6429


SCOTT B BLOUNT
8026 Sandpiper Ln NE
BAINBRIDGE ISLAND, WA 98110


SCOTTY G. HERIN
20511 Barron Road
COLLEGE STATION, TX 78029-0040


Scout Downhole,Inc
1125 Beach Airport Rd
Conroe, TX 77301


SDS Petroleum Consultants
1406 Rice Rd
Suite 400
Tyler, TX 75703


SEALE/HUTCHESON DESCEN PARTNERSHIP
P O Box 3147
BELLAIRE, TX 77402


SENECA RESOURCES CO, LLC
Attn: Accounting Dept
2000 Westinghouse Dr, Suite 400
CRANBERRY TOWNSHIP, PA 16066


Shelfish Oil & Gas LLP
7485 Phelan
Beaumont, TX 77706


SHEPHERD OIL & GAS LLC
Attn: Gary Redwine
5949 Sherry Lane, Suite 1175
DALLAS, TX 75225

SHEPHERD ROYALTY LLC
5949 Sherry Lane, Suite 1175
DALLAS, TX 75225


SHERRIE HOPKINS
3801 East Crest Dr
Apt. #4306
BRYAN, TX 77802


SHERRY GAYLE SNEED
4108 O'Neill Dr
AMARILLO, TX 79109


SHERWIN L HARDEMAN
625 Millard Dr
NACOGDOCHES, TX 75965


SHERYL K MCDANIEL REVOC TRUST
Sheryl K McDaniel, Trustee
P O Box 2040
FLINT, TX 75762


SHRINER'S HOSPITALS FOR CHILDREN
c/o Northern Trust Co
P O Box 226270
DALLAS, TX 75222


SIDNEY DAVIS SMITH
2407 E 72 Place
TULSA, OK 74136-5505


SIDNEY DAVIS TRUST
Georgi D. Duwe, Trustee
P O Box 26547
AUSTIN, TX 78755


SKILLERN FAMILY CEMETERY
1219 McLemore Court
NACOGDOCHES, TX 75964


Smart Oilfield Services, LLC
2251 Mizell Rd
Liberty, TX 77575

Southeast Texas Oilfield Supply
1147 E. Gibson St.
P O Box 2170
JASPER, TX 75951


SOUTHWEST MINERALS GROUP LTD
P O Box 153220
LUFKIN, TX 75915


SOUTHWEST PETROLEUM COMPANY, LP
P O Box 702377
DALLAS, TX 75370-2377


SOUTHWEST RESOURCES, INC.
P O Box 1805
BRENHAM, TX 77834-1805


SOVOS COMPLIANCE, LLC
200 Ballardvale St.
Bldg, 1, 4th Floor
WILMINGTON, MA 01887


SPALDING PROSPECTS, LLC
2407 Stoney Brook Dr.
HOUSTON, TX 77063


SPIRO RESOURCES LTD
P O Box 6387
SAN ANTONIO, TX 78209


Stabil Drill
110 Consolidated Dr
Lafayette, LA 70508


STEFANIE S NIELSON
5518 Tanbark Road
DALLAS, TX 75229


STEPHANIE T GRANGER
3790 Hwy 12
VIDOR, TX 77662

STEPHEN BRUCE FRUEN
8373 E Via De Ventura Dr
Apt K-142
SCOTTSDALE, AZ 85258


STEPHEN I MUNGER IV
Credit Shelter Trust
32 Hunting Hill Dr.
DIX HILLS, NY 11746


STEPHEN LAWRENCE NAMAN
4855 Chamblee Dunwood Rd
ATLANTA, GA 30338


Stephens Production Company
808 Travis Street, Suite 2300
Houston, TX 77002


STEPHYN P HOLLAND
19425 Haude Rd
SPRING, TX 77388


STERLING W JENIGAN


STEVEN CRAIG
180 Orchard Hill Ln
NEWPORT, VA 24128-3536


STEVEN LEE BROWN
1229 CR 663
Lot #246
OAK GROVE, AR 72660


STEVEN S VINCENT
419 Brett Drive
DAYTON, OH 45433


STEVEN SPAIN
P O Box 4147
BOZEMAN, MT 59772


Stevens Tanker Division,LLC
9757 Military Pky
Dallas, TX 75227

STEWART LOVING-GIBBARD
3439 NE Sandy Blvd. #327
PORTLAND, OR 97232


STEWART MINERAL CORPORATION
P O Box 1408
GRAHAM, TX 76450


STUART M WILLIAMS
7630 Lynn Ann
SAN ANTONIO, ANTONIO 78240-0000


SUE ANN MARTIN
1614 Stuart Dr
RICHMOND, TX 77406


SUSAN CRAIG HUNTER
6302 Sault Dr
CORPUS CHRISTI, TX 78414-3013


SUSAN D. JUMONVILLE
504 Lora Ln
WINTERVILLE, NC 28590


SUSAN NAMAN GARFINKEL
241 Confederate Cir
CHARLESTON, SC 29407


SUSAN SCHMIDT POSTON
11423 Falcon Dr
TEMPLE, TX 76502


SUSAN TUCKER ALEXANDER
1575 Preston Rd
DENISON, TX 75020


SUTTON & COMPANY LP
8312 W Breeze Way
JONESTOWN, TX 78645


SUTTON4 NATURAL RESOURCES LLC
4005 Raquet St
NACOGDOCHES, TX 75965

SUZANNA FULCHER
5218 Braeburn Dr
BELLAIRE, TX 77401


SUZANNE DAVIS, LP
Roger Love, Manager
1101 Butternut
ABILENE, TX 79602


SVN MINERALS LLC
P O Box 56429
HOUSTON, TX 77256-6429


SYLVIA SWIFT BESING
8523 Thackery St
DALLAS, TX 75225


SYLVIA T PORTEOUS REVOC TRUST
P O Box 56429
HOUSTON, TX 77256-6429


T. DON HUTTON REVOCABLE TRUST
Terrell Don Hutton, Trustee PMB 220
73 White Bridge Rd
Suite 103
NASHVILLE, TN 37205


TAILAI HUANG
4249 Yucca Flats Trail
FORT WORTH, TX 76108


TASCA G FEIBEL
75 Abby Woods Ln
DALLAS, TX 75248


TCEQ
Attn: BKCY Division
P.O. Box 13087
Austin, TX 78711


TDJ Oilfield Services
5857 Hwy 80
Princeton, LA 71067

Team 3 Rentals and Service
PO Box 1100
Hilltop Lakes, TX 77871


TED H. YORK LIFE ESTATE
4541 Lake Pointe Ave
BATON ROUGE, LA 70817


Tenacious Torque, LLC
3100 N Ast
Bldg A
Midland, TX 79705


TERESA LYNN HICKS
9533 CR 173
IOLA, TX 77861


TERRI ANN ELLISON
P O Box 22
CHAPPELL HILL, TX 77426


TERRY F HARDEMAN
620 Mission View Ct
NEW BRAUNFELS, TX 78130


TESTAMENTARY TRUST UWO CLARA
c/o Regions Bank/Operations Group
P O Box 11566
Account#6412000127
BIRMINGHAM, AL 35202


Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 12548, MC-008
Austin, TX 78711


Texas Energy Fluids
2185 FM 3058
Caldwell, TX 77836


Texas Railroad Commission
Enforcement Division
Office of General Counsel
P.O. Box 12967
Austin, TX 78711

Texas Workforce Commission
TWC Building - Regulatory Integrity Div.
101 East 15th Street
Austin, TX 78778


THADDEUS ALLEN BERRY
P O Box 73
ROSELAND, LA 70456-0073


THE ANNA MARY TRAINER REVOCABL
2615 Calder Ave, Suite 1050
BEAUMONT, TX 77702


THE ESTATE OF DORIS EVANS, DECEASED
c/o Julia Ann Weathersbee
8911 Tweed Berwick Dr
AUSTIN, TX 78750


THE OUTBACK RANCH LLC
1851 Deer Park Dr
COLLEGE STATION, TX 77845


THE R.J. AND C.S. ST. GERMAIN
PARTNERSHIP, LTD DULUTH 1889 LC, GP
P O Box 1889
WIMBERLEY, TX 78676


THE ROSINE BLOUNT MCFADDIN MIN
2615 Calder Ave, Suite 1050
BEAUMONT, TX 77702


THERMON A. MOORE
902 Joseph St
SHREVEPORT, LA 71107


THOMAS J SIMMONS (LIFE ESTATE)
603 CR 3017
DAYTON, TX 77535


THOMAS K BOONE
4417 Lorraine Ave
DALLAS, TX 75205-3610

THOMAS L PRICE
294 Hickory Hills Loop
PURVIS, MS 39475


THOMAS W HOCH
4515 Merle Dr #B
AUSTIN, TX 78745


THOMAS WILLIAM WALLACE
15119 Jones Road
Houston, TX 77070


TIMOTHY EDWARD BLOUNT
P O Box 73
WAPANUCKA, OK 73461


TLW INVESTMENTS INC.
1001 Fannin, Suite 2020
HOUSTON, TX 77002


TOM HAAS
P O Box 375
CAMPTON, NH 03223


Tomax Drilling Technology, LC
4103 Chance Ln
Rosharon, TX 77583


TOMMY HOLIDY
P O Box 4275
PALESTINE, TX 75802


TRACEY FREEZIA
14085 Denver West Cir
Apt 2307
LAKEWOOD, CO 80401


TRACEY L HARDEMAN
2314 S Acoma St
DENVER, CO 80223


TRANT L. KIDD FAM PRT LTD
102 N College Ave
Suite 106
TYLER, TX 75702

TRAVIS HARRIS
530 Birch Court
RIFLE, CO 81650


Tri-State Vaccuum and Rental, LLC
12267 US Hwy 84 E
Joaquin, TX 75954


TRI-STATE VACUUM & RENTAL LLC
8204 US Hwy 59 N
TENAHA, TX 75974


TRIPLE CROWN ACQUISITIONS LLC
P O Box 376
JACKSONVILLE, TX 75766


Trojan Wireline Services, LLC
PO Box 8908
Rancho Santa Fe, CA 92067


Tubular Solutions
12335 Kingsride Ln
#250
Houston, TX 77024


Tubular Synergy Group, LP
8117 Preston Rd
Suite 600
Dallas, TX 75225


TUSK ROYALTY, LLC
316 Bailey Ave, Suite 100
Ft. Worth, TX 76107


Two Rivers Energy Goup LLC
3698 RR 620 S., Suite 113
Austin, TX 78738


TWO RIVERS ENERGY INVESTORS LP
3698 RR 620 S
Suite 113
AUSTIN, TX 78738

TY TUCKER
P O Box 1524
ARCHER CITY, TX 76351


U.S. Army Corps of Engineers
P.O. Box 17300
Fort Worth, TX 76102


U.S. Bank
800 Nicollet Mall
Minneapolis, MN 55402


UNITED EAGLE FORD #1, LP
320 S Oak St
Suite 216
ROANOKE, TX 76262


United States Attorney
Civil Process Clerk
601 NW Loop 410, Suite 600
San Antonio, TX 78216


Universal Wellhead Services Holdings, LL
5729 Leopard St, BLDG 8
Corpus Christi, TX 78408


US ARMY CORPS OF ENGINEERS
P O Box 76102-0300
FORT WORTH, TX 76102-0300


V J RANCH INTERESTS, LP
P O Box 60768
SAN ANGELO, TX 76906


VELA ROBERTSON
211 N  L Ave.
WAPANUCKA, OK 73461


VELMA MURPHY
7405 David Dr
FRISCO, TX 75034-5439


VERA PRESCOTT
9101 Business Hwy 83, #345
HARLINGEN, TX 78552

VERNON E KENNER
2803 Marquis Cir. West
ARLINGTON, TX 76016


VERNON JAY MARTIN



VERNON MOORE
4720 Old Mooringsport Rd
SHREVEPORT, LA 71107


VICK MINERAL INTERESTS, LP
2817 Persimmon Ridge Ct
BRYAN, TX 77807-4861


VICTOR E MIDYETT
15434 Peermont
HOUSTON, TX 77062


VIK RANCH, LLC
7680 Greencrest Cir
BASTROP, LA 71220


VIRGINIA A SCELFO
27010 Carmel Falls Ln
KATY, TX 77494


VIRGINIA ANN SMITH FOSS TRUST
c/o Raymond B. Keating, III
P O Box 62208
HOUSTON, TX 77205


VIRGINIA HOWE SMITH OIL & GAS TRUST
Susan Smith Loriga, Trustee
c/o R. Keati
P O Box 62208
HOUSTON, TX 77205-2208


VIRGINIA RYMAN LARSSON TRUST
c/o Julia Ryman Holmes
3804 Lovers Lane
DALLAS, TX 75225-7101

VIVIAN P. WORRELL
607 Blue Ridge Drive
SHENANDOAH, TX 77381


W.M. ALEXANDER


WALTER RAYMOND WHITEHEAD
14 SOUTH FLAMINGO ROAD
La Marque, TX 77568


WALTER S ADAMS
107 Katy Lane
BOSSIER CITY, LA 71111


WARD N. ADKINS, JR.
5519 Tupper Lake
HOUSTON, TX 77056


WARREN RANDOLPH FLYNN, III
28250 Canal Road, Unit 505
ORANGE BEACH, AL 36561-4062


WASHINGTON CO TREASURER
105 W Main St, Suite 105
BRENHAM, TX 77833


Washington County
100 East Main
Suite 100
Brenham, TX 77833


Weatherford US, LP
2000 St. James Place
Houston, TX 77056


WESLEY LOUIS BERRY
P O Box 278
KENTWOOD, LA 70444-0278


WESTSTAR OIL & GAS INC
1601 E 19th
EDMOND, OK 73013

WILLIAM ANTHONY MILLS
15 West Warwick Ave West
WARWICK, RI 02893


WILLIAM DALE VICK, III
1340 Hwy 2807
CISCO, TX 76437


WILLIAM E STEPP
121 Donniebrook Dr.
PALESTINE, TX 75803


WILLIAM EDWARD WHIDDON JR
P O Box 111
CHAPPELL HILL, TX 77426


WILLIAM F DANIELS
14301 Echo Bluff
AUSTIN, TX 78737


WILLIAM M WALLACE EXEMPT TRUST
Sheila Wallace Holmes, Trustee
3836 Mablewood Ave
DALLAS, TX 75205


WILLIAM NOBLE SMITH JR 1984 TRUST
c/o Raymond B. Keating, III
P O Box 62208
HOUSTON, TX 77205


WILLIAM R BRUNNER
P O Box 6191
SAN ANTONIO, TX 78209


WILLIAM R MIDYETT
5183 Lupine St
YOUBA LINDA, CA 92886


WILLIAM THOMPSON


WILLIE J LUNDY JONES
5956 Arlington Ave
LOS ANGELES, CA 90043-3243

Winde Transport, LLC
245 FM 60 S
Caldwell, TX 00077-8365

Wireline, Inc
710 Skinner Ln
Longview, TX 75605

WITHERSPOON INTERESTS, LLC
3701 KIRBY, SUITE 716
HOUSTON, TX 77098

WS Energy Services
PO Box 1188
Premont, TX 78375

Zarvona Energy, LLC
1001 McKinney Street Suite 1800
Houston, TX 77002

Zeke's Trucking Co
3020 State Hwy 19 N
Huntsville, TX 77320

ZEUS PETROLEUM
P O Box 458
BELLAIRE, TX 77402-0458

# United States Bankruptcy Court
## Western District of Texas

In re  **Eagle Valley Development, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Eagle Valley Development, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eagle Valley Energy Partners LLC**
**13413 Galleria Circle**
**Bldg Q, Suite 100**
**AUSTIN, TX 78738**

☐ None [*Check if applicable*]

**January 27, 2023**

Date

**/s/ Tom A. Howley**

**Tom A. Howley 24010115**

Signature of Attorney or Litigant

Counsel for   **Eagle Valley Development, LLC**

**HOWLEY LAW PLLC**
**Pennzoil Place – South Tower**
**711 Louisiana Street, Suite 1850**
**Houston, Texas 77002**
**Phone: 713-333-9125**
**tom@howley-law.com**